ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID C. WALTON (167268)
NATHAN R. LINDELL (248668)
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
nlindell@rgrdlaw.com
bcochran@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEITH JENSEN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) STABLE ROAD ACQUISITION CORP., et al., ) ) ) Defendants. ) ) | Case No. 2:21-cv-05744 JFW (SHKx) <u>CLASS ACTION</u> DECLARATION OF LEAD TRIAL COUNSEL |

1  I, Nathan R. Lindell, hereby declare as follows:

2  1.  I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Robbins Geller Rudman & Dowd LLP, and the lead trial attorney for the plaintiff in the above-captioned action. I am familiar with the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2.  In accordance with Paragraph 3(a) of the Court's Standing Order, Dkt. No. 10, I hereby notify the Court that I am registered as a CM/ECF User in the Central District of California and I, along with the other attorneys in my firm, have consented to service and receipt of filed documents by electronic means.

3.  My e-mail address of record is nlindell@rgrdlaw.com.

4.  I have read the Court's Standing Order and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2021.

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID C. WALTON
NATHAN R. LINDELL
BRIAN E. COCHRAN

*/s/ Nathan R. Lindell*
NATHAN R. LINDELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
nlindell@rgrdlaw.com
bcochran@rgrdlaw.com

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHNSON FISTEL, LLP
FRANK J. JOHNSON (174882)
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
franki@johnsonfistel.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 23, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ Nathan R. Lindell
NATHAN R. LINDELL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: nlindell@rgrdlaw.com

# Mailing Information for a Case 2:21-cv-05744-JFW-SHK Keith Jensen v. Stable Road Acquisition Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,paralegal@johnsonfistel.com,jonathans@johnsonfistel.com,brettm@johnsonfistel.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`