MARK HOLSCHER (SBN 139582)
AUSTIN NORRIS (SBN 284603)
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
Email:      mark.holscher@kirkland.com
            Austin.norris@kirkland.com

Counsel for Stable Road Acquisition Corp.,

SCR-NI Holdings, LLC, Brian Kabot, and James Norris

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KEITH JENSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>STABLE ROAD ACQUISITION CORP., et al.,<br><br>    Defendants. | Case No. 2:21-CV-05744 JFW-SHK<br><br>CLASS ACTION<br><br>**NOTICE OF LODGING CERTIFICATE OF GOOD STANDING FOR STEFAN ATKINSON** |

Defendants, Stable Road Acquisition Corp., SCR-NI Holdings, LLC, Brian Kabot, and James Norris, by and through their undersigned counsel, hereby lodge the Certificate of Good Standing from the state of New York in support of Attorney Stefan Atkinson's Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice. (Doc. 22).

DATED:  August 23, 2021         Respectfully submitted,

                                KIRKLAND & ELLIS LLP


                                By:   s/ Mark Holscher
                                      Mark Holscher

                                *Attorney for Defendants Stable Road Acquisition Corp., SCR-NI Holdings, LLC, Brian Kabot, and James Norris*