**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH JENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STABLE ROAD ACQUISITION CORP., et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05744-JFW-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION VACATING AND TAKING OFF CALENDAR DEADLINE TO FILE A JOINT REPORT AND SCHEDULING CONFERENCE, AND SETTING DEADLINES FOR THE FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |
| MARTIN HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STABLE ROAD ACQUISITION CORP., et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05943-JFW-SHK |
| DREW DEPOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STABLE ROAD ACQUISITION CORP., et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-06287-JFW-SHK |

Having considered the Joint Stipulation Vacating and Taking Off Calendar Deadline to File a Joint Report and Scheduling Conference and Setting Deadlines for the Filing of an Amended Complaint and Defendants' Response Thereto (the "Joint Stipulation"), submitted by Hartmut Haenisch ("Lead Plaintiff Movant") and Defendants Stable Road Acquisition Corp., Momentus Inc., SRC-NI Holdings, LLC, Brian Kabot, James Norris, and Mikhail Kokorich (collectively, "Defendants"), and good cause appearing therefore, the Court hereby GRANTS the Joint Stipulation and hereby ORDERS as follows:

1.      The parties are not required to file a Joint Report on or before October 18, 2021, or otherwise comply with the disclosure requirements in Federal Rule of Civil Procedure 26 and Local Rule 26-1 prior to resolution of Defendants' anticipated motion(s) to dismiss, as set forth in the Court's September 17, 2021 order (Dkt. No. 59).

2.      The Scheduling Conference set for November 1, 2021 at 1:15 p.m. as set forth in the Court's September 17, 2021 order (Dkt. No. 59) is vacated and taken off calendar.

3.      The deadline for Plaintiff to file an amended consolidated class action complaint ("CAC") is November 12, 2021.

4.      The deadline for Defendants to file any motions to dismiss the CAC is December 13, 2021.

5.      The deadline for Plaintiff to file any opposition papers to Defendants' motions to dismiss the CAC is January 12, 2022.

6.      The deadline for Defendants to file any reply papers is February 3, 2022.

**IT IS SO ORDERED.**

DATED:  October 18, 2021

_____
Hon. John F. Walter
United States District Court Judge