ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID C. WALTON (167268))
NATHAN R. LINDELL (248668)
DANIELLE S. MYERS (259916)
BRIAN E. COCHRAN (286202)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
nlindell@rgrdlaw.com
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
jsanchez@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SEC. LITIG. ) ) ) | Case No. 2:21-cv-05744-JFW-SHK |
| This Document Relates To: ) ) ) | CLASS ACTION |
| *Jensen v. Stable Road Acquisition Corp.*, No. 2:21-cv-05744-JFW-SHK ) ) ) ) ) | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| ) ) | |
| Defendants. ) ) | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Keith Jensen hereby voluntarily dismisses his claims filed in *Jensen v. Stable Road Acquisition Corp.*, No. 2:21-cv-05744-JFW-SHK without prejudice to his ability to participate in this consolidated action as an absent class member. Mr. Jensen's counsel are also concurrently filing withdrawals of their appearance in this action. The class's interests will continue to be represented by Glancy Prongay & Murray LLP, Court-appointed Lead Counsel.

DATED: October 21, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID C. WALTON
NATHAN R. LINDELL
DANIELLE S. MYERS
BRIAN E. COCHRAN
JUAN CARLOS SANCHEZ


                    s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
nlindell@rgrdlaw.com
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
isanchez@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON (174882)
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

Attorneys for Plaintiff

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 21, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

# Mailing Information for a Case 2:21-cv-05744-JFW-SHK In re Stable Road Acquisition Corp. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel James Anello**
  daniel.anello@wilsonelser.com

- **Stefan Atkinson**
  stefan.atkinson@kirkland.com

- **Emerson Bursis**
  emerson.bursis@kirkland.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank R Cruz**
  fcruz@frankcruzlaw.com,fcruzlaw@yahoo.com

- **Lucas E Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com

- **Aaron T Goodman**
  aaron.goodman@bakermckenzie.com,griselda.solis@bakermckenzie.com,aaron-goodman-6862@ecf.pacerpro.com

- **Mark C Holscher**
  mark.holscher@kirkland.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,paralegal@johnsonfistel.com,jonathans@johnsonfistel.com,brettm@johnsonfistel.com

- **Reed R Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com,e_file_sd@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Michael P McCloskey**
  michael.mccloskey@wilsonelser.com,lisa.allison@wilsonelser.com,david.aveni@wilsonelser.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Austin C Norris**
  austin.norris@kirkland.com,laura-bay-kirkland-ellis-llp-2744@ecf.pacerpro.com,laura.bay@kirkland.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomla

- **Robert Vincent Prongay**
  CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,VMesropyan@glancylaw.com,JCohen@glancylaw.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,info@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Garth A Spencer**
  gspencer@glancylaw.com,garth-spencer-0632@ecf.pacerpro.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Perrie M Weiner**
  perrie.weiner@bakermckenzie.com,Nathaniel.Wilkes@bakermckenzie.com,perrie-weiner-6247@ecf.pacerpro.com,Jeffery.Brockway@bakermckenzie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)