Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
| | CLASS ACTION |
| | **DECLARATION OF LEAD TRIAL COUNSEL** |

DECLARATION OF LEAD TRIAL COUNSEL

I, Casey E. Sadler, hereby declare as follows:

1.    I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner at the law firm of Glancy Prongay & Murray LLP, and the lead trial attorney for Lead Plaintiff Hartmut Haenisch in the above-captioned action. I am familiar with the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.    In accordance with Paragraph 3(a) of the Court's Standing Order, Dkt. No. 10, I hereby notify the Court that I am registered as a CM/ECF User in the Central District of California.

3.    My e-mail address of record is csadler@glancylaw.com.

4.    I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of October, 2021.

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Casey E. Sadler*
Casey E. Sadler
Robert V. Prongay
Charles H. Linehan
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: csadler@glancylaw.com

*Counsel for Lead Plaintiff Hartmut Haenisch*

DECLARATION OF LEAD TRIAL COUNSEL

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 22, 2021, I served true and correct copies of the foregoing document (Declaration of Lead Trial Counsel) by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2021, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler