Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
| | CLASS ACTION |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFF'S MOTION REGARDING CLASS CERTIFICATION SCHEDULE** |
| | Date:   November 29, 2021<br>Time:   1:30 p.m.<br>Crtrm:  7A<br>Judge:  Hon. John F. Walter |

SPENCER DECLARATION I/S/O MOT. REGARDING CLASS CERTIFICATION SCHEDULE

I, Garth Spencer, hereby declare as follows:

1.      I am a member in good standing of the bar of this Court, an active member of the State Bar of California, an associate at the law firm of Glancy Prongay & Murray LLP, and an attorney for Lead Plaintiff Hartmut Haenisch in the above-captioned action. I am familiar with the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is an email chain from October 22, 2021 to November 1, 2021 among counsel for the parties in which class certification scheduling and related matters are discussed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2021.

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
csadler@glancylaw.com
gspencer@glancylaw.com

*Counsel for Lead Plaintiff Hartmut Haenisch*

SPENCER DECLARATION I/S/O MOT. REGARDING CLASS CERTIFICATION SCHEDULE

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 1, 2021, I served true and correct copies of the foregoing document (Declaration of Garth Spencer in Support of Lead Plaintiff's Motion Regarding Class Certification Schedule) by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2021, at Los Angeles, California.

*s/ Garth Spencer*
Garth Spencer

SPENCER DECLARATION I/S/O MOT. REGARDING CLASS CERTIFICATION SCHEDULE

2