# Exhibit A

## Garth Spencer

| | |
|---|---|
| **From:** | Garth Spencer |
| **Sent:** | Monday, November 1, 2021 3:29 PM |
| **To:** | Bursis, Emerson; Goodman, Aaron |
| **Cc:** | Casey Sadler; Holscher, Mark C.; Anello, Daniel J.; Aveni, David J.; Atkinson, Stefan |
| **Subject:** | RE: Stable Road litigation - meet and confer |

Thank you, will update to include David in the list and get this filed.

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047 (cell)
310-201-9150 (office)

---

**From:** Bursis, Emerson <emerson.bursis@kirkland.com>
**Sent:** Monday, November 1, 2021 3:25 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

Garth,

Defendants have no objection to the draft motion papers. I did want to flag, however, that you omitted David Aveni (copied here) when listing the attendees of our meet and confer.

Thanks,

**Emerson Bursis**

_____

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3476
**M** +1 347 453 1492
**F** +1 212 446 4900

_____

emerson.bursis@kirkland.com

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Monday, November 1, 2021 5:28 PM
**To:** Bursis, Emerson <emerson.bursis@kirkland.com>; Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

Thanks Emerson, we intend to file the attached motion papers one hour from now at 3:30 pm PT. Please let us know before then if you have any comments.

Best,
Garth

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047 (cell)
310-201-9150 (office)

---

**From:** Bursis, Emerson <emerson.bursis@kirkland.com>
**Sent:** Monday, November 1, 2021 12:01 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

Garth,

We continue to believe that this stipulation is unnecessary. Plaintiff's 120-day deadline to move for class certification under the Court's Standing Order (ECF No. 10) was extended by the Court's Order Extending Time for Defendants to Respond to the Complaint and For Plaintiff to File a Motion for Class Certification (ECF No. 19). Although that Order instructed the parties to submit a proposed schedule for, among other things, "lead plaintiff's motion for class certification *(if necessary)*" (*id.* (emphasis added)), such a schedule is not necessary at this time, given Defendants' forthcoming motion(s) to dismiss and the Court's subsequent scheduling order (ECF No. 72).

We do not have any intention of causing Plaintiff to waive its rights with respect to class certification. We simply do not want to bother the Court with a stipulation that is neither necessary nor appropriate. As we discussed on Friday, if you wish to file a motion seeking clarification of Plaintiff's deadline to move for class certification, we would be inclined not to object. We ask, however, that a draft of any such motion be shared with us in advance before we confirm our non-objection.

Sincerely,

**Emerson Bursis**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3476
**M** +1 347 453 1492
**F** +1 212 446 4900

emerson.bursis@kirkland.com

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Monday, November 1, 2021 11:20 AM
**To:** Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Bursis, Emerson <emerson.bursis@kirkland.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

2

Following up on Friday's meet and confer, please let us know your position on our proposed scheduling stipulation as soon as possible. As discussed, we believe we need to file today based on the scheduling order at ECF 19. Per the Court's standing order, we must file no later than 4:00 pm.

Thanks,
Garth

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047 (cell)
310-201-9150 (office)

---

**From:** Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Sent:** Wednesday, October 27, 2021 3:47 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Bursis, Emerson <emerson.bursis@kirkland.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

Thank you, Garth. Defense counsel are available on Friday at 12 PT. Can you please circulate a dial-in invite?

Best, Aaron

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Tuesday, October 26, 2021 8:24 PM
**To:** Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Bursis, Emerson <emerson.bursis@kirkland.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** [EXTERNAL] Re: Stable Road litigation - meet and confer

Thanks, we are available from 10:00 am to 3:00 pm PT on Friday, would any time in that window work on your end?


_____

Garth Spencer

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, California 90067

929-777-1047 (cell)

310-201-9150 (office)

**From:** Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Sent:** Tuesday, October 26, 2021 5:25 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Bursis, Emerson <emerson.bursis@kirkland.com>; Holscher, Mark C. <mholscher@kirkland.com>; Anello, Daniel J. <Daniel.Anello@wilsonelser.com>; Aveni, David J. <David.Aveni@wilsonelser.com>; Atkinson, Stefan <stefan.atkinson@kirkland.com>
**Subject:** RE: Stable Road litigation - meet and confer

Hi, Garth.  I don't know that we agree on your conclusion but let's go ahead and set a time to meet and confer.  Could you please let us know your availability for this Friday and next week?

Best, Aaron

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Friday, October 22, 2021 4:56 PM
**To:** mholscher@kirkland.com; Goodman, Aaron <Aaron.Goodman@bakermckenzie.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>
**Subject:** [EXTERNAL] Stable Road litigation - meet and confer

Counsel,

In light of the Court's previous scheduling order (see ECF 19 at paragraph 3) and the recent lead plaintiff appointment, we think it makes sense for the parties to have a brief meet and confer next week regarding class certification timing, in preparation for submitting a joint proposal to the court.

Proposed draft filings are attached for your review. Please let us know your availability for a meet and confer next week.

Thanks for your consideration, and have a nice weekend.


Best,
Garth

_____
Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047 (cell)
310-201-9150 (office)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.