**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES -- GENERAL

Case No.    **Master File: CV 21-5744-JFW(SHKx)**    Date:  November 22, 2021

Title:    In re Stable Road Acquisition Corp. Securities Litigation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING LEAD PLAINTIFF'S MOTION REGARDING CLASS CERTIFICATION SCHEDULE [filed 11/1/2021; Docket No. 92]**

On November 1, 2021, Lead Plaintiff Hartmut Haenisch ("Lead Plaintiff")  filed a Motion Regarding Class Certification Schedule.  No Opposition was filed.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 29, 2021 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Lead Plaintiff's moving papers, and in light of the fact that no opposition was filed, the Court **GRANTS** Lead Plaintiff's Motion Regarding Class Certification Schedule.  The Court signs, as modified, the Proposed Order Granting Lead Plaintiff's Motion Regarding Class Certification Scheduled lodged with the Court on November 1, 2021 (Docket No. 92-1).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr