1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) **ORDER GRANTING LEAD PLAINTIFF'S MOTION REGARDING CLASS CERTIFICATION SCHEDULE** |
|---|---|

Having considered Lead Plaintiff's Motion Regarding Class Certification Schedule (the "Motion"), submitted by Hartmut Haenisch ("Lead Plaintiff"), and any papers submitted in support thereof, and good cause appearing therefore, the Court hereby GRANTS the Motion and hereby ORDERS as follows:

1. If the Court denies Defendants' anticipated motion to dismiss, within ten (10) days thereof, counsel for Lead Plaintiff and counsel for Defendants shall meet and confer and submit a proposed schedule to the Court for Lead Plaintiff's anticipated motion for class certification (if necessary), and other applicable deadlines.

2. This Order supersedes any prior orders in this action regarding the schedule for class certification, including but not limited to the order entered at Docket No. 19 (Order Extending Time for Defendants to Respond to the Complaint and for Plaintiff to File a Motion for Class Certification).

**IT IS SO ORDERED.**

DATED:  November 22, 2021

_____
Hon. John F. Walter
United States District Court Judge