KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone:  (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:21-CV-05744-JFW-SHK |
|---|---|---|

**STABLE ROAD DEFENDANTS' NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

CLASS ACTION

Date:  March 14, 2022

Time:  1:30 p.m.

Judge: Hon. John F. Walter

Courtroom:  7A

**TO THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 14, 2022, at 1:30 pm., or as soon thereafter as the matter may be heard before the Honorable John F. Walter in Courtroom 7A of the United States District Court for the Central District of California, located at the First Street Courthouse, 350 W. First Street, Los Angeles, California, 90012, Stable Road Acquisition Corp. ("SRAC"), SRC-NI Holdings, LLC ("Sponsor"), James Hofmockel, Brian Kabot, James Norris, and Juan Manuel Quiroga (collectively, the "Stable Road Defendants") hereby do move under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the First Amended Complaint in its entirety, without leave to amend.

The Stable Road Defendants move for dismissal on the grounds that Plaintiff fails to state a claim upon which relief may be granted. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 3, 2022. This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other matters as may properly come before the Court.

1

DATED:  February 14, 2022

Respectfully submitted,
Kirkland & Ellis LLP

*/s/ Mark Holscher, P.C.*

KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone:  (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

2