KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone:  (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-05744-JFW-SHK |
| | **DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE STABLE ROAD DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| | <u>CLASS ACTION</u> |

I, Mark Holscher, hereby declare as follows:

1.    I am an attorney duly licensed to practice in the State of California and before this Court.  I am a partner at the law firm of Kirkland & Ellis LLP, and counsel for Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga  (collectively, the "Stable Road Defendants").  I make this declaration in support of the Stable Road Defendants' Motion to Dismiss the First Amended Complaint.  I have personal knowledge of the matters stated herein.

2.    Attached hereto are true and correct copies of the following documents:

**Exhibit 1** Prospectus for Stable Road Acquisition Corp. filed with the SEC on November 8, 2019.

**Exhibit 2** Preliminary Registration Statement for Stable Road Acquisition Corp. filed on Form 2-4 with the SEC on November 2, 2020.

**Exhibit 3** Press Release announcing Merger Agreement between Stable Road Acquisition Corp. and Momentus, issued on October 7, 2020.

**Exhibit 4** Stable Road Acquisition Corp.'s Form 8-K filed with the SEC on January 25, 2021.

**Exhibit 5** SEC Notice of Effectiveness of Stable Road Acquisition Corp.'s Registration Statement, dated July 22, 2021.

**Exhibit 6** Stable Road Acquisition Corp.'s Form 8-K filed with the SEC on August 11, 2021.

[Signature Page Follows]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February 2022.

/s/ Mark Holscher, P.C.

KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or about the 14th day February, 2022, a true and correct copy of the above and foregoing pleading was electronically filed with the Clerk of the Court by using the CM/ECF service, which will provide copies to all counsel of record registered to receive CM/ECF notifications.

/s/
Mark Holscher, P.C.

1