# EXHIBIT 5

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Notice of Effectiveness

**Effectiveness Date:**    July 22, 2021 5:00 P.M.

**Form:**    S-4

**CIK:**    0001781162

**Company Name:**    Stable Road Acquisition Corp.

**File Number:**    333-249787