KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone:  (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

IN RE STABLE ROAD
ACQUISITION CORP.
SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-CV-05744-JFW-SHK

**[PROPOSED] ORDER
GRANTING THE STABLE
ROAD DEFENDANTS'
MOTION TO DISMISS THE
FIRST AMENDED COMPLAINT**

CLASS ACTION

After considering the pleadings, papers, the arguments of counsel and other matters presented to the Court, and good cause having been found, it is **HEREBY ORDERED** that the Stable Road Defendants' Motion to Dismiss the First Amended Complaint is **GRANTED**, and the First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. John F. Walter
United States District Judge

1