**BAKER MCKENZIE LLP**
Perrie M. Weiner (Bar No. 134146)
perrie.weiner@bakermckenzie.com
Aaron T. Goodman (Bar No. 330791)
aaron.goodman@bakermckenzie.com
Paul Chander (Bar No. 305133)
paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

*Attorneys for Defendants Momentus Inc.
and Dawn Harms*

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile: +1 619 321 6201

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**DECLARATION OF AARON T. GOODMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  July 11, 2022<br>Time: 1:30 p.m.<br>Courtroom:  7A (Hon. John F. Walter)<br><br>Complaint Filed: July 15, 2021<br>FAC Filed:  November 12, 2021 |

## DECLARATION OF AARON T. GOODMAN

1.      I am an attorney at law duly admitted to practice before the courts of the State of California. I am a Partner with the law firm Baker McKenzie LLP, counsel of record for Defendants Momentus Inc. ("Momentus") and Dawn Harms (collectively, "Defendants") in the above captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint and Request for Judicial Notice. As counsel for the Defendants, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of October 29, 2019 IPO Prospectus, filed by Stable Road Acquisition Corp. with the SEC, and publicly available at:

https://www.sec.gov/Archives/edgar/data/1781162/000161577419013573/fs12019a2_stableroad.htm

4.      Attached hereto as **Exhibit B** is a true and correct copy of Momentus' October 7, 2020 Press Release, which is publicly available on Momentus's website at:

https://www.sec.gov/Archives/edgar/data/0001781162/000121390021034741/fs42021a3_stableroadacq.htm

5.      Attached hereto as **Exhibit C** is a true and correct copy of the June 29, 2021 Amended Registration Statement, filed by Stable Road Acquisition Corp. with the SEC, and publicly available at:

https://www.sec.gov/Archives/edgar/data/0001781162/000121390021034741/fs42021a3_stableroadacq.htm.

6.      Attached hereto as **Exhibit D** is a true and correct copy of Momentus' July 29, 2021 Press Release, which is publicly available on Momentus's website at:

https://momentus.space/wp-content/uploads/2021/07/A_Final_PDF_Thruster-July-

1

29.pdf.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the November 2, 2020 Registration Statement, filed by Stable Road Acquisition Corp. with the SEC, publicly available at:

https://www.sec.gov/Archives/edgar/data/1781162/000121390020034368/fs42020_stableroadacq.htm

8.      Attached hereto as **Exhibit F** is a true and correct copy of the March 8, 2021 Amended Registration Statement, filed by Stable Road Acquisition Corp. with the SEC, and made available on Momentus's website at:

https://investors.momentus.space/node/7071/html.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the October 7, 2020 Form 8-K, filed by Stable Road Acquisition Corp. with the SEC, and made available on Momentus's website at:

https://investors.momentus.space/node/6661/html

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Phoenix, Arizona on this 14th day of February 2022.

 _/s/ Aaron T. Goodman_   
Aaron T. Goodman

2

DECLARATION OF AARON T. GOODMAN ISO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT