**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| Forward-Looking Statement(s) | Citation \| Source | Cautionary Language |
|---|---|---|
| Revenue Forecast: "Defendants' **projections** issued as part of the October 7, 2020 deal announcement **forecast** $2 million in 2020 revenue, $19 million in 2021, and $152 million in 2022, **growing** to over $4 billion **by 2027**." | • Am. Compl. ¶¶ 99, 119<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) | • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information concerning Stable Road's or Momentus' possible or assumed future results of operations . . . potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for stockholders. <u>These forward-looking statements are based on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events</u>."<br><br>• "<u>These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors</u>, many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements. These risks, uncertainties, assumptions and other important factors include, but are not limited to: changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained." |
| "Our first launch with customers **is currently anticipated** to occur in June 2022, subject to receipt of licenses and other government approvals and availability of slots on our launch provider's manifests. Prior planned launches were cancelled due to not receiving required licenses and other governmental | • Am. Compl. ¶ 165<br><br>• June 29, 2021 Amended Reg. Statement | • "<u>Certain statements in this proxy statement/consent solicitation statement/prospectus may constitute 'forward looking statements' for purposes of the federal securities laws.</u> Forward-looking statements include, but are not limited to, statements regarding SRAC's, Momentus' or their respective management teams' expectations, hopes, |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| approvals and other factors, and we can offer no assurances that our first launch will occur in June 2022." | | beliefs, intentions or strategies regarding the future, projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, and are <u>not guarantees of future performance</u>." <br><br> • "Forward-looking statements in this proxy statement/consent solicitation statement/prospectus may include, for example, statements about . . . the Combined Company's strategy, future operations, projected capital resources and financial position, estimated revenues and losses, projected costs and capital expenditures, prospects and plans . . . ." <br><br> • "<u>You should not place undue reliance on these forward-looking statements</u> in deciding how to vote your proxy or instruct how your vote should be cast on the proposals set forth in this proxy statement/consent solicitation statement/prospectus. As a result of a number of known and unknown risks and uncertainties, <u>our actual results or performance may be materially different from those expressed or implied by these forward-looking statements</u>." |
| "The on-orbit testing has demonstrated for the first time that microwave electrothermal plasma technology has the **potential to achieve** high specific impulse using water propellant . . . ." | • Am. Compl. ¶ 184 <br><br> • Article Published by Space News on September 25, 2019 | • "In addition to water plasma propulsion, Momentus is testing Vigoride subsystems on the El Camino Real mission including flight software, avionics, attitude sensors, microwave and power system. During the mission, <u>Momentus has noted both nominal and off-nominal operational events 'as can be expected from any new flight system,</u>' Kokorich said." |
| "The Company **plans to launch** its first Vigoride vehicle in December 2020 with commercial customers and four to five Vigorides in 2021." | • Am. Compl. ¶ 188 <br><br> • Joint Press Release from SRAC and Momentus (October 7, 2020) | • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | concerning Stable Road's or Momentus' possible or assumed future results of operations . . . potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for stockholders. <u>These forward-looking statements are based on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events</u>." |
| | | • "<u>These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors</u>, many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements. These risks, uncertainties, assumptions and other important factors include, but are not limited to: changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained." |
| "First Mover with Rapid Progress To Date" (forecasting four launches by the end of 2021). | • Am. Compl. ¶ 189<br><br>• Investor Presentation Prepared by Momentus and Filed with the SEC by SRAC (Goodman Decl., Ex. G, p. 177). | • "In addition, assumptions and estimates of Momentus' and its industry's future performance are <u>necessarily subject to a high degree of uncertainty and risk due to a variety of factors</u>. These and other factors could cause Momentus' future performance and actual market growth, opportunity and size and the like to differ materially from our assumptions and estimates."<br><br>• "This Presentation <u>contains estimated or projected financial information with respect to Momentus, namely Momentus' projected revenue, customer demand, market share, EBITDA, EBITDA margin and free cash flow for 2020-2027</u>. Such estimated or projected financial |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such estimated or projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information . . . . Actual results may differ materially from the results contemplated by the estimated or projected financial information contained in this presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such estimates and projections will be achieved." |
| | | • "If the contemplated business combination is pursued, Stable Road will be required to file a proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC when they become available because they will contain important information about Stable Road, Momentus and the contemplated business combination." |
| | | • "This Presentation includes forward-looking statements within the meaning of the safe harbor provisions of the United States Private Securities Litigation Reform Act of 1995. . . . These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics, projections of market opportunity and market share. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Momentus' and Stable Road's management and are not predictions of actual |

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | performance. <u>These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability</u>. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. . . . <u>These forward-looking statements are subject to a number of risks and uncertainties</u>, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the proposed business combination or that the approval of the stockholders of Stable Road or Momentus is not obtained; failure to realize the anticipated benefits of the proposed business combination; risks relating to the uncertainty of the projected financial information with respect to Momentus; risks related to the rollout of Momentus' business and the timing of expected business milestones; . . . the impact of significant investigative, regulatory or legal proceedings; . . . and those factors discussed in Stable Road's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and Quarterly Report on Form 10-Q for the quarter ended June 30, 2020, in each case, under the heading "Risk Factors," and other documents of Stable Road filed, or to be filed, with the Securities and Exchange Commission ("SEC"). <u>If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements</u>. There may be additional risks that neither Stable Road nor Momentus presently know or that Stable Road and Momentus |
|---|---|---|

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | |
|---|---|---|
| | | currently believe are immaterial that could also cause <u>actual results to differ from those contained in the forward-looking statements.</u> In addition, <u>forward-looking statements reflect Stable Road's and Momentus' expectations, plans or forecasts of future events and views as of the date of this Presentation. Stable Road and Momentus anticipate that subsequent events and developments will cause Stable Road's and Momentus' assessments to change.</u> . . . These forward-looking statements should not be relied upon as representing Stable Road's and Momentus' assessments as of any date subsequent to the date of this Presentation. Accordingly, <u>undue reliance should not be placed upon the forward-looking statements.</u>" |
| "Our first commercial launch **will be** in December 2020 with SpaceX. We have a pretty full vehicle of **satellites to deliver**. And then we have a phenomenal launch cadence for 2021 going up with SpaceX in February, June, and December 2021. We actually have one and a half vehicles already booked for December 2021. So pretty aggressive launch cadence with SpaceX." | • Am. Compl. ¶ 190 <br><br> • Televised Interview with Defendant Kabot on CNBC, the transcript of which was filed with the SEC by SRAC | • "This Current Report may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information concerning Parent or the Company's possible or assumed future results of operations, business strategies, the expected development, capabilities and timing of the operation or offering of the Company's transport vehicles and services, the expected timing of the Company's first mission in December 2020, potential revenue from customer contracts, debt levels, competitive position, industry environment, potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for stockholders. <u>These forward-looking statements are based on Parent's or the Company's management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events.</u>" <br><br> • "These forward-looking statements are <u>not guarantees of future performance, conditions or results, and involve a</u> |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Parent's or the Company's management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements." <br><br> • "You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made." |
| "[Momentus] **will be conducting** our first flight with customers in December 2020." | • Am. Compl. ¶ 191 <br><br> • Script from Conference Call with Defendants Kabot, filed with the SEC by SRAC | • Operator of Call: "I would like to first remind everyone that this call may contain forward-looking statements including, but not limited to, Momentus and Stable Road's expectations or predictions of financial and business performance and conditions, competitive and industry outlook and the timing and completion of the transaction. Forward-looking statements are inherently subject to risks, uncertainties, and assumptions and they are not guarantees of performance. I encourage you to read the press release issued today, the accompanying presentation and Stable Road's filings with the SEC for a discussion of the risks that can affect the business combination, Stable Road's business and the business of the combined company after completion of the proposed business combination." |
| "Momentus is at the forefront of the new space economy and is **poised to capitalize** on the significant growth opportunity as a first mover . . .[w]e **expect** to deploy the proceeds of this transaction to support our rapid growth and operations, and to support our capital needs as we ramp up revenues." | • Am. Compl. ¶ 192 <br><br> • Joint Press Release from SRAC and Momentus (October 7, 2020) | • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information concerning Stable Road's or Momentus' possible or assumed future results of operations . . . potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for stockholders. These forward-looking statements are based |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events." <br><br> • "These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements. These risks, uncertainties, assumptions and other important factors include, but are not limited to: changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained." |
| "We are building upon last year's successful in-space test of our water plasma propulsion and **will be conducting** our first flight with customers in December 2020." | • Am. Compl. ¶ 204 <br><br> • Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC | • Operator of Call: "I would like to first remind everyone that this call may contain forward-looking statements including, but not limited to, Momentus and Stable Road's expectations or predictions of financial and business performance and conditions, competitive and industry outlook and the timing and completion of the transaction. Forward-looking statements are inherently subject to risks, uncertainties, and assumptions and they are not guarantees of performance. I encourage you to read the press release issued today, the accompanying presentation and Stable Road's filings with the SEC for a discussion of the risks that can affect the business combination, Stable Road's business and the business of the combined company after completion of the proposed business combination." |
| "Transaction Highlights," "No additional capital needs **expected** prior to achieving profitability." | • Am. Compl. ¶ 207 | • "In addition, assumptions and estimates of Momentus' and its industry's future performance are necessarily subject to |

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | |
|---|---|---|
| | • Investor Presentation Prepared by Momentus and Filed with the SEC by SRAC (Goodman Decl., Ex. G, p. 177) | a high degree of uncertainty and risk due to a variety of factors. These and other factors could cause Momentus' future performance and actual market growth, opportunity and size and the like to differ materially from our assumptions and estimates." |
| | | • "This Presentation contains estimated or projected financial information with respect to Momentus, namely Momentus' projected revenue, customer demand, market share, EBITDA, EBITDA margin and free cash flow for 2020-2027. Such estimated or projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such estimated or projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information . . . . Actual results may differ materially from the results contemplated by the estimated or projected financial information contained in this presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such estimates and projections will be achieved." |
| | | • "If the contemplated business combination is pursued, Stable Road will be required to file a proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC when they become available because they will contain important information about Stable Road, Momentus and the contemplated business combination." |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | • "This Presentation includes forward-looking statements within the meaning of the safe harbor provisions of the United States Private Securities Litigation Reform Act of 1995. . . . These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics, projections of market opportunity and market share. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Momentus' and Stable Road's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. . . . These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the proposed business combination or that the approval of the stockholders of Stable Road or Momentus is not obtained; failure to realize the anticipated benefits of the proposed business combination; risks relating to the uncertainty of the projected financial information with respect to Momentus; risks related to the rollout of Momentus' business and the timing of expected business milestones; . . . the impact of significant investigative, regulatory or legal proceedings; . . . and those factors |

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | |
|---|---|---|
| | | discussed in Stable Road's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and Quarterly Report on Form 10-Q for the quarter ended June 30, 2020, in each case, under the heading "Risk Factors," and other documents of Stable Road filed, or to be filed, with the Securities and Exchange Commission ("SEC"). <u>If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that neither Stable Road nor Momentus presently know or that Stable Road and Momentus currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Stable Road's and Momentus' expectations, plans or forecasts of future events and views as of the date of this Presentation. Stable Road and Momentus anticipate that subsequent events and developments will cause Stable Road's and Momentus' assessments to change.</u> . . . These forward-looking statements should not be relied upon as representing Stable Road's and Momentus' assessments as of any date subsequent to the date of this Presentation. Accordingly, <u>undue reliance should not be placed upon the forward-looking statements.</u>" |
| "As of September 30, 2020, the Company had customer contracts which represent **approximately** $90 million in **potential revenue over the next several years**." | • Am. Compl. ¶ 208<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) | • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information concerning Stable Road's or Momentus' possible or assumed future results of operations . . . potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for stockholders. <u>These forward-looking statements are based on Stable Road's or Momentus' management's current</u> |

11

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events." |
| | | • "These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements. These risks, uncertainties, assumptions and other important factors include, but are not limited to: changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained." |
| "Significant Customer Traction and **Expected** Demand," which stated, "Signed Contracts >$90M." | • Am. Compl. ¶ 209<br><br>• Investor Presentation Prepared by Momentus and Filed with the SEC by SRAC (Goodman Decl., Ex. G, p. 177) | • "In addition, assumptions and estimates of Momentus' and its industry's future performance are necessarily subject to a high degree of uncertainty and risk due to a variety of factors. These and other factors could cause Momentus' future performance and actual market growth, opportunity and size and the like to differ materially from our assumptions and estimates."<br><br>• "This Presentation contains estimated or projected financial information with respect to Momentus, namely Momentus' projected revenue, customer demand, market share, EBITDA, EBITDA margin and free cash flow for 2020-2027. Such estimated or projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such estimated or projected financial information are inherently uncertain and are subject to a wide variety of significant business, |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information . . . . Actual results may differ materially from the results contemplated by the estimated or projected financial information contained in this presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such estimates and projections will be achieved." |
| | | • "If the contemplated business combination is pursued, Stable Road will be required to file a proxy statement and other relevant documents with the SEC. Stockholders and other interested persons are urged to read the proxy statement and any other relevant documents filed with the SEC when they become available because they will contain important information about Stable Road, Momentus and the contemplated business combination." |
| | | • "This Presentation includes forward-looking statements within the meaning of the safe harbor provisions of the United States Private Securities Litigation Reform Act of 1995. . . . These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics, projections of market opportunity and market share. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Momentus' and Stable Road's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict |

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | and will differ from assumptions. . . . <u>These forward-looking statements are subject to a number of risks and uncertainties</u>, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the proposed business combination or that the approval of the stockholders of Stable Road or Momentus is not obtained; failure to realize the anticipated benefits of the proposed business combination; risks relating to the uncertainty of the projected financial information with respect to Momentus; risks related to the rollout of Momentus' business and the timing of expected business milestones; . . . the impact of significant investigative, regulatory or legal proceedings; . . . and those factors discussed in Stable Road's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and Quarterly Report on Form 10-Q for the quarter ended June 30, 2020, in each case, under the heading "Risk Factors," and other documents of Stable Road filed, or to be filed, with the Securities and Exchange Commission ("SEC"). <u>If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that neither Stable Road nor Momentus presently know or that Stable Road and Momentus currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements.</u> In addition, <u>forward-looking statements reflect Stable Road's and Momentus' expectations, plans or forecasts of future events and views as of the date of this Presentation. Stable Road and</u> |
|---|---|---|

14

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | Momentus anticipate that subsequent events and developments will cause Stable Road's and Momentus' assessments to change. . . . These forward-looking statements should not be relied upon as representing Stable Road's and Momentus' assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements." |
|---|---|---|
| "Combined company will have an **estimated** enterprise value of **approximately** $1.2 billion." | • Am. Compl. ¶ 211<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) | • See above |
| "[W]e believe that our financial **projections** assume a conservative market capture." | • Am. Compl. ¶ 214<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC | • Operator of Call: "I would like to first remind everyone that this call may contain forward-looking statements including, but not limited to, Momentus and Stable Road's expectations or predictions of financial and business performance and conditions, competitive and industry outlook and the timing and completion of the transaction. Forward-looking statements are inherently subject to risks, uncertainties, and assumptions and they are not guarantees of performance. I encourage you to read the press release issued today, the accompanying presentation and Stable Road's filings with the SEC for a discussion of the risks that can affect the business combination, Stable Road's business and the business of the combined company after completion of the proposed business combination." |
| "Our backlog encompasses the initial and early deployment of our customers' constellations, and we **expect** our backlog with existing customers will grow by many multiples as we **plan to serve** the rollout of our customers' constellations. We have several substantial opportunities **currently in negotiation or in discussions**, worth more than $1 billion of additional potential revenue." | • Am. Compl. ¶ 214<br><br>• Script from Conference Call with Defendants Kabot, filed with the SEC by SRAC | • See above |

15

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| "We **expect** good margin expansion over the next few years and we are **projecting** that we will be profitable by 2023 and operating at or near run-rate margins by 2025. On a run rate basis, we **expect** gross margins of around 70%, and EBITDA margins of 60%." | • Am. Compl. ¶ 214<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC | • See above |
| "We **believe** Mikhail Kokorich will play a vital role in helping us achieve our goals and advance the interests of our stockholders." | • Am. Compl. ¶ 222<br><br>• November 2, 2020 Reg. Statement | • "Certain statements in this proxy statement/consent solicitation statement/prospectus may constitute forward looking statements for purposes of the federal securities laws. Forward-looking statements include, but are not limited to, statements regarding SRAC's, Momentus' or their respective management teams' expectations, hopes, beliefs, intentions or strategies regarding the future, projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, and are not guarantees of future performance."<br><br>• You should not place undue reliance on these forward-looking statements in deciding how to vote your proxy or instruct how your vote should be cast on the proposals set forth in this proxy statement/consent solicitation statement/prospectus. As a result of a number of known and unknown risks and uncertainties, our actual results or performance may be materially different from those expressed or implied by these forward-looking statements. |
| "We **believe** that Mr. Kokorich is qualified to serve as a member of the board of directors of the Combined Company because of his extensive professional experience in the space technology industry and deep knowledge of the operations of Momentus as our Chief Executive Officer." | • Am. Compl. ¶ 222<br><br>• November 2, 2020 Reg. Statement | • "These restrictions on the ability of foreign persons to invest in us could limit our ability to engage in strategic transactions that could benefit our stockholders, including a change of control, and could also affect the price that an investor may be willing to pay for our common stock."<br><br>• "In addition to the restrictions on foreign investments in us, our status as a 'foreign person' for CFIUS purposes may also restrict our future plans or potentially prevent us |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | from pursuing transactions that we believe would be advantageous to us and our stockholders. We are considered to be a 'foreign person' under CFIUS regulations because our founder, Mikhail Kokorich, is a Russian citizen and is deemed to have control over the Company, given his current and expected governance and management roles as Chief Executive Officer and a director of the Company and the Combined Company and his current and expected levels beneficial ownership of common stock of the Company and Combined Company." |
| | | • "Accordingly, it is possible that Mr. Kokorich's controlling interests in the Company, or perceptions surrounding Mr. Khasis and his affiliation with Sberbank, could make it more difficult to obtain CFIUS approval in connection with future potential investments by the Company in U.S. businesses." |
| | | • "With respect to any investment by Momentus that is within CFIUS's jurisdiction, the parties would have to determine whether a mandatory CFIUS filing would be required, or, if not, whether to submit a voluntary filing with CFIUS or proceed with the transaction without CFIUS review, in which case the transaction would remain susceptible to possible future CFIUS disruption. Whether or not a filing is made, CFIUS could block the consummation of an acquisition or investment within its jurisdiction or could order divestiture after the transaction is completed. Recently, a number of stockholders of a U.S. company, including Mr. Kokorich, divested their interests in such company pursuant to an order by CFIUS." |
| | | • "We have been pursuing a BIS license since early 2018 to authorize the deemed export of the Company's controlled technology to Mr. Kokorich, but we have not yet been able to obtain such a license, and there is no assurance we will ever be able to obtain such a license in |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | the future. If we continue to operate without such a license, Mr. Kokorich will continue to be unable to access this controlled technology for as long as he remains a non-US person. While we believe that if the current restrictions on Mr. Kokorich's access to controlled technology remain in place, we will be able to continue to operate our business without any material adverse impact on us, it is possible that these restrictions could in the future lead to complications or other issues that may have a material adverse impact on our operations." <br><br> • Momentus' co-founder and Chief Executive Officer, Mikhail Kokorich, who will be the Chief Executive Officer of the Combined Company, is a citizen of the Russian Federation who is seeking asylum in the United States and is authorized to work in the United States while his asylum application is pending. While Momentus believes Mr. Kokorich's application will be granted, if for any reason it is not, he may not be able to remain in the United States, which could make it difficult for him to perform his duties as Chief Executive Officer and as a director of the Company and the Combined Company, which would adversely impact us." |
| "We **plan** to launch the first iteration of our pioneer transport vehicle, Vigoride, in December 2020, followed by five vehicles in 2021." | • Am. Compl. ¶ 223 <br> • November 2, 2020 Reg. Statement | • See above |
| "Vigoride's first commercial mission **is planned** to launch in December 2020, followed by launches in April 2021, June 2021, and December 2021." | • Am. Compl. ¶ 223 <br> • November 2, 2020 Reg. Statement | • See above |
| "[R]estrictions on the ability of foreign persons to invest in us **could limit** our ability to engage in strategic transactions that **could benefit** our stockholders." | • Am. Compl. ¶ 224 <br> • November 2, 2020 Reg. Statement | • See above |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| "**I[]t is possible** that Mr. Kokorich's controlling interests in the Company, or perceptions surrounding Mr. Khasis and his affiliation with Sberbank, **could make** it more difficult to obtain CFIUS approval in connection with **future potential investments** by the Company in U.S. businesses." | • Am. Compl. ¶ 225<br><br>• November 2, 2020 Reg. Statement | • See above |
| "With respect to any investment by Momentus that is within CFIUS's jurisdiction . . . CFIUS **could block** the consummation of an acquisition or investment within its jurisdiction or **could order** divestiture after the transaction is completed." | • Am. Compl. ¶ 225<br><br>• November 2, 2020 Reg. Statement | • See above |
| "While we believe that if the current restrictions on Mr. Kokorich's access to controlled technology remain in place, we will be able to continue to operate our business without any material adverse impact on us, it is possible that these restrictions **could in the future** lead to complications or other issues that **may have** a material adverse impact on our operations." | • Am. Compl. ¶ 226<br><br>• November 2, 2020 Reg. Statement | • See above |
| "While Momentus believes Mr. Kokorich's application will be granted, if for any reason it is not, he may not be able to remain in the United States, **which could** make it difficult for him to perform his duties as Chief Executive Officer and as a director of the Company and the Combined Company, which would adversely impact us." | • Am. Compl. ¶ 227<br><br>• November 2, 2020 Reg. Statement | • See above |
| "The Combined Company will have an **anticipated** initial enterprise value of $1.2 billion, implying a 1.0x multiple of 2025 **projected** EBITDA as Momentus' operations are **expected** to achieve scale." | • Am. Compl. ¶ 237<br><br>• November 2, 2020 Reg. Statement | • See above |
| "[W]e have received significant interest from a wide range of different customers across different satellite applications. Our current signed backlog (as of November 1, 2020) is worth | • Am. Compl. ¶ 238<br><br>• November 2, 2020 Reg. Statement | • "The prospective financial information provided by Momentus management to SRAC was not prepared with a view toward compliance with SEC disclosure |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| **approximately** $90 million in **potential revenue** and continues to increase, while our pipeline consists of **approximately** $1.1 billion in **potential contracts** in negotiation or early conversations." | | requirements or the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but in the view of Momentus' management, <u>reflects to the best of management's knowledge and reasonable belief at the time of preparation, the expected course of action and the expected future financial performance of Momentus as of the date of preparation.</u>" |
| "Mr. Kokorich is pursuing several paths to U.S. Person status, and we believe that he meets all of the legal requirements **to be granted** such status in the United States. Momentus is also continuing to pursue appropriate export licensure for Mr. Kokorich." | <ul><li>Am. Compl. ¶ 255</li><li>November 2, 2020 Reg. Statement</li></ul> | <ul><li><u>"These restrictions on the ability of foreign persons to invest in us could limit our ability to engage in strategic transactions that could benefit our stockholders,</u> including a change of control, and could also affect the price that an investor may be willing to pay for our common stock."</li><li><u>"In addition to the restrictions on foreign investments in us, our status as a 'foreign person' for CFIUS purposes may also restrict our future plans or potentially prevent us from pursuing transactions that we believe would be advantageous to us and our stockholders. We are considered to be a 'foreign person' under CFIUS regulations because our founder, Mikhail Kokorich, is a Russian citizen and is deemed to have control over the Company,</u> given his current and expected governance and management roles as Chief Executive Officer and a director of the Company and the Combined Company and his current and expected levels beneficial ownership of common stock of the Company and Combined Company."</li><li><u>"Accordingly, it is possible that Mr. Kokorich's controlling interests in the Company, or perceptions surrounding Mr. Khasis and his affiliation with Sberbank, could make it more difficult to obtain CFIUS approval in connection with future potential investments by the Company in U.S. businesses."</u></li></ul> |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | • "With respect to any investment by Momentus that is within CFIUS's jurisdiction, the parties would have to determine whether a mandatory CFIUS filing would be required, or, if not, whether to submit a voluntary filing with CFIUS or proceed with the transaction without CFIUS review, in which case the transaction would remain susceptible to possible future CFIUS disruption. <u>Whether or not a filing is made, CFIUS could block the consummation of an acquisition or investment within its jurisdiction or could order divestiture after the transaction is completed. Recently, a number of stockholders of a U.S. company, including Mr. Kokorich, divested their interests in such company pursuant to an order by CFIUS.</u>" |
| | | • "We have been pursuing a BIS license since early 2018 to authorize the deemed export of the Company's controlled technology to Mr. Kokorich, <u>but we have not yet been able to obtain such a license, and there is no assurance we will ever be able to obtain such a license in the future. If we continue to operate without such a license, Mr. Kokorich will continue to be unable to access this controlled technology for as long as he remains a non-US person.</u> While we believe that if the current restrictions on Mr. Kokorich's access to controlled technology remain in place, we will be able to continue to operate our business without any material adverse impact on us, <u>it is possible that these restrictions could in the future lead to complications or other issues that may have a material adverse impact on our operations.</u>" |
| | | • Momentus' co-founder and Chief Executive Officer, Mikhail Kokorich, who will be the Chief Executive Officer of the Combined Company, is a citizen of the Russian Federation who is seeking asylum in the United States and is authorized to work in the United States while his asylum application is pending. <u>While Momentus believes Mr. Kokorich's application will be granted, if for</u> |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | any reason it is not, he may not be able to remain in the United States, which could make it difficult for him to perform his duties as Chief Executive Officer and as a director of the Company and the Combined Company, which would adversely impact us." |
|---|---|---|
| "[Momentus] **will be remanifesting** its January 2021 mission to a subsequent launch opportunity in 2021. This move **will allow** for the additional time necessary to secure FAA approval of Momentus' payloads, including completion of a standard interagency review . . . The Company has booked several additional launches with SpaceX between June and December of 2021." | • Am. Compl. ¶ 259 <br><br> • Jan 4, 2021 Press Release | • "The business combination between Momentus and Stable Road Acquisition Corp. remains on target to close in the first quarter of 2021, <u>subject to approval of Stable Road's and Momentus' stockholders and other closing conditions, including a registration statement being declared effective by the Securities and Exchange Commission.</u>" <br><br> • "<u>These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements</u>. These risks, uncertainties, assumptions and other important factors include, but are not limited to: changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained." <br><br> • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Forward looking statements include statements about the expected timing of the completion of this transaction, information concerning Stable Road's or Momentus' possible or assumed future results of operations . . . potential growth opportunities and the effects of regulation, including whether this transaction will generate returns for |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | stockholders. <u>These forward-looking statements are based on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs, as well as a number of assumptions concerning future events.</u>" |
| "We **will continue** to work with the FAA, as we have done successfully with other regulatory agencies, to obtain approval in a timely manner." | • Am. Compl. ¶ 260<br><br>• Jan 4, 2021 Press Release | • See above |
| "We believe that Mr. Kokorich meets all legal requirements **to be granted** such status in the United States, and that he **will be offered** U.S. citizenship, further increasing U.S. ownership of Momentus." | • Am. Compl. ¶ 263<br><br>• Transcript of Interview with Defendant Kennedy by IPO Edge, filed with the SEC by SRAC | • "This communication may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. <u>Forward looking statements include statements about</u> the expected timing of the completion of the proposed business combination between Stable Road Acquisition Corp. ("Stable Road") and Momentus, information concerning Stable Road's or <u>Momentus' projected future results of operations, revenues, business strategies, and the expected timing of Momentus' first mission including FAA approval of Momentus' payloads. These forward-looking statements are based on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs, as</u> well as a number of assumptions concerning future events." |
| "The Company reaffirms its **expectation** of 2021 revenue as detailed in its December 2020 investor presentation." | • Am. Compl. ¶ 268<br><br>• Jan 4, 2021 Press Release | • See above |
| "We **anticipate** that by launching our first Vigoride vehicle on a subsequent mission, we will still achieve our revenue **expectations** for 2021 while delivering our customers' payloads to orbit." | • Am. Compl. ¶ 269<br><br>• Jan 4, 2021 Press Release | • See above |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| "The number of launches did not change. Rather than launching in January, we **will launch** this particular vehicle at our **first opportunity, later this year**. Hence, we **do not expect** changes to our total revenue for 2021." | • Am. Compl. ¶ 270<br><br>• Transcript of Interview with Defendant Kennedy by IPO Edge, filed with the SEC by SRAC | • "This communication may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. <u>Forward looking statements include statements about</u> the expected timing of the completion of the proposed business combination between Stable Road Acquisition Corp. ("Stable Road") and Momentus, information concerning Stable Road's or <u>Momentus' projected future results of operations, revenues, business strategies, and the expected timing of Momentus' first mission including FAA approval of Momentus' payloads. These forward-looking statements are based on Stable Road's or Momentus' management's current expectations, estimates, projections and beliefs,</u> as well as a number of assumptions concerning future events." |
| "We **believe** that this leadership transition **will position** the company for success and help accelerate regulatory reviews by the U.S. government . . . We have full confidence in Dawn and the team to lead the Company to reach both near-term targets and achieve even greater success over the longer-term." | • Am. Compl. ¶ 276<br><br>• Jan 25, 2021 Press Release | • "This press release may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. <u>Forward looking statements include statements about the expected timing of the completion of the proposed business combination between Stable Road Acquisition Corp. ("Stable Road") and Momentus, information concerning Stable Road's or Momentus' projected future results of operations, revenues, business strategies, and the expected timing of Momentus' first mission.</u>"<br><br>• "These forward-looking statements are <u>not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors,</u> many of which are outside Stable Road's or Momentus' management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements." |

24

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | • "You are <u>cautioned not to place undue reliance upon any forward-looking statements</u>, which speak only as of the date made." |
| "Vigoride's first two commercial missions are **planned to launch** in June 2021, followed by a mission in August 2021 and three additional missions in December 2021." | • Am. Compl. ¶ 284<br><br>• March 8, 2021 Amended Reg. Statement | • <u>"Certain statements in this proxy statement/consent solicitation statement/prospectus may constitute 'forward looking statements' for purposes of the federal securities laws.</u> Forward-looking statements include, but are not limited to, statements regarding SRAC's, Momentus' or their respective management teams' expectations, hopes, beliefs, intentions or strategies regarding the future, projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, and are <u>not guarantees of future performance</u>."<br><br>• "Forward-looking statements in this proxy statement/consent solicitation statement/prospectus may include, for example, statements about . . . the Combined Company's strategy, future operations, projected capital resources and financial position, estimated revenues and losses, projected costs and capital expenditures, prospects and plans . . . ."<br><br>• <u>"You should not place undue reliance on these forward-looking statements</u> in deciding how to vote your proxy or instruct how your vote should be cast on the proposals set forth in this proxy statement/consent solicitation statement/prospectus. As a result of a number of known and unknown risks and uncertainties, <u>our actual results or performance may be materially different from those expressed or implied by these forward-looking statements</u>." |

## APPENDIX A

### FORWARD LOOKING STATEMENTS

| | | |
|---|---|---|
| "Momentus' first launch of customer payloads is **currently anticipated** to occur in June 2021 on a SpaceX Falcon-9 rocket" . . . Momentus still **plans** to build and launch six Momentus vehicles in 2021 in three launches." | • Am. Compl. ¶ 290<br><br>• April 7, 2021 Preliminary Proxy Statement | • "This Current Report on Form 8-K may contain a number of forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. <u>Forward-looking statements include statements about the expected timing of the completion of the proposed business combination, information concerning Parent or the Company's projected future results of operations, revenues, business strategies, and the expected timing of Momentus Inc.'s first mission.</u>"<br><br>• <u>"These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors,</u> many of which are outside Parent's or the Company's management's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements."<br><br>• "If Momentus does not receive all required licenses, authorizations and regulatory approvals by the time it is required to begin integrating its vehicles on the rocket for its planned mission in June 2021, it will be required to remanifest its payload to a later date. <u>However, even if its payload is remanifested to a later date, there is no guarantee that the required licenses, authorizations and regulatory approvals will be obtained by such later date.</u>"<br><br>• <u>"Momentus' business plan is dependent upon Momentus' ability to obtain and maintain the licenses, authorizations and regulatory approvals that are required for its missions. Any failure in Momentus' ability to procure and maintain the necessary licenses for its planned mission in June 2021 (or any future mission) could harm its reputation, cause the loss of customers and revenues and have a material adverse effect on its business, prospects, financial condition and results of operation. Furthermore, there is no</u> |

26

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | guarantee that the U.S. governmental agencies that issue the licenses and authorizations necessary for the successful operation of Momentus' business, including its future missions, will ever issue such licenses and authorizations." |
| | | • <u>The Momentus Business Combination may become significantly less attractive for the Company's stockholders if Momentus is forced to remanifest its planned mission in June 2021 or any future mission.</u> Furthermore, the Extension Amendment (if approved by stockholders) would delay the return of funds held in the trust account for those public stockholders of the Company who elect not to have all or a portion of their public shares redeemed in connection with the Extension Amendment." |
| "The investor presentation likewise contained a timeline forecasting Momentus's launch of six Momentus vehicles in 2021 in three launches." | • Am. Compl. ¶ 291<br><br>• Investor Presentation Prepared by Momentus and Filed with the SEC by SRAC (Goodman Decl., Ex. G, p. 177) | • "In addition, assumptions and estimates of Momentus' and its industry's future performance are <u>necessarily subject to a high degree of uncertainty and risk due to a variety of factors</u>. These and other factors could cause Momentus' future performance and actual market growth, opportunity and size and the like to differ materially from our assumptions and estimates."<br><br>• "This Presentation contains estimated or projected financial information with respect to Momentus, namely Momentus' projected revenue, customer demand, market share, EBITDA, EBITDA margin and free cash flow for 2020-2027. Such estimated or projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such estimated or projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

that could cause actual results to differ materially from those contained in the prospective financial information. . . . Actual results may differ materially from the results contemplated by the estimated or projected financial information contained in this presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such estimates and projections will be achieved."

- "STABLE ROAD'S STOCKHOLDERS AND OTHER INTERESTED PERSONS ARE ADVISED TO READ, WHEN AVAILABLE, THE REGISTRATION STATEMENT AND THE PROXY STATEMENT/CONSENT SOLICITATION STATEMENT/PROSPECTUS WHICH FORMS A PART OF THE REGISTRATION STATEMENT, AS WELL AS ANY AMENDMENTS THERETO, AND THE EFFECTIVE REGISTRATION STATEMENT AND DEFINITIVE PROXY STATEMENT/CONSENT SOLICITATION/PROSPECTUS IN CONNECTION WITH STABLE ROAD'S SOLICITATION OF PROXIES FOR STABLE ROAD'S SPECIAL MEETING OF STOCKHOLDERS TO APPROVE THE TRANSACTIONS CONTEMPLATED BY THE MERGER AGREEMENT (THE "SPECIAL MEETING"), BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION."

- "This Presentation includes forward-looking statements within the meaning of the safe harbor provisions of the United States Private Securities Litigation Reform Act of 1995. . . . These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of financial and performance metrics, projections of market opportunity and market share, anticipated

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | timing of the development of transfer vehicles, anticipated capabilities of transfer vehicles, timing of missions and the receipt of licenses and approvals for missions. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Momentus' and Stable Road's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. . . . . These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the proposed business combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company . . . ; risks relating to the uncertainty of the projected financial information with respect to Momentus; risks related to the rollout of Momentus' business and the timing of expected business milestones; . . . ; the impact of significant investigative, regulatory or legal proceedings; . . . and those factors discussed in Stable Road's Annual Report on Form 10-K for the fiscal year ended December 31, 2020, under the heading "Risk Factors," and other documents of Stable Road filed, or to be filed, with the Securities and Exchange Commission ("SEC"), including the registration statement for the Proposed Transaction. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

| | | |
|---|---|---|
| | | these forward-looking statements. <u>There may be additional risks that neither Stable Road nor Momentus presently know or that Stable Road and Momentus currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements</u>. . . ."<br><br>• "This Presentation <u>contains preliminary information only, is subject to change at any time and is not, and should not be assumed to be, complete or to constitute all the information necessary to adequately make an informed decision regarding your engagement with Momentus and Stable Road.</u>" |
| Image depicting future revenue projections, through 2027 | • Am. Compl. ¶ 301<br><br>• Investor Presentation attached to Form 425 Filing of IPO Edge Interview Transcript by Brian Kabot and Dawn Harms (May 5, 2021) (Goodman Decl., Ex. G, p. 177) | • Brian Kabot at the start of the interview: "So before we dig in and to make my lawyers happy, <u>I would like to remind everyone that we may make some forward looking statements during today's fireside chat and that these forward looking statements are subject to various risks and uncertainties that may materially change the outcome of these forward looking statements. In particular, we note that government approvals for both the June flight and proposed business combination are still pending. And, as there are unique circumstances here, this is not a typical routine approval process so there's no assurance we'll receive these approvals.</u> For more information, please review our safe harbor slide displayed on the screen and also the information available in our SEC filings."<br><br>• Disclaimer included at the beginning of the investor presentation: "This Presentation contains estimated or projected financial information with respect to Momentus, namely Momentus' projected revenue, customer demand, market share, EBITDA, EBITDA margin and free cash flow for 2020-2027. <u>Such estimated or projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied</u> |

**APPENDIX A**

**FORWARD LOOKING STATEMENTS**

|  |  | upon as necessarily being indicative of future results. The assumptions and estimates underlying such estimated or projected financial information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information. See 'forward looking statements' paragraph below. Actual results may differ materially from the results contemplated by the estimated or projected financial information contained in this presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such estimates and projections will be achieved. Neither the independent auditors of Stable Road nor the independent registered public accounting firm of Momentus, audited, reviewed, compiled, or performed any procedures with respect to the estimates or projections for the purpose of their inclusion in this Presentation, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Presentation." |
|---|---|---|