**APPENDIX B**

**INACTIONABLE PUFFERY AND CORPORATE OPTIMISM**

| Alleged Misstatement(s) | Citation \| Source |
|---|---|
| "First Mover with **Rapid Progress** To Date . . . . " | • Am. Compl. ¶ 189<br><br>• Investor Presentation Prepared by Momentus and Filed with the SEC by SRAC |
| "Our first commercial launch will be in December 2020 with SpaceX. We have a pretty full vehicle of satellites to deliver. And then we have a **phenomenal** launch cadence for 2021 going up with SpaceX in February, June, and December 2021. We actually have one and a half vehicles already booked for December 2021. So **pretty aggressive** launch cadence with SpaceX." | • Am. Compl. ¶ 190<br><br>• Televised Interview with Defendant Kabot (October 7, 2020) |
| "I am the Founder and CEO of Momentus . . . We are a first mover in offering space transportation and infrastructure services, powered by our **groundbreaking** water plasma propulsion technology." | • Am. Compl. ¶ 191<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| "Momentus is **at the forefront** of the new space economy and is poised to capitalize on the **significant growth** opportunity as a first mover . . ."[w]e expect to deploy the proceeds of this transaction to support our **rapid growth** and operations, and to support our capital needs as we **ramp up** revenues." | • Am. Compl. ¶ 192<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "As the only public, pure-play commercial space company capable of **revolutionizing** space infrastructure, Momentus is **poised to capitalize** on its **market-defining** position." | • Am. Compl. ¶ 193<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "**Exceptional** Team Led By **Visionary** Founder;" "**Visionary** space entrepreneur and **innovator**;" "**Well-seasoned** team with experience in aerospace, propulsion and robotics piloted by **visionary leader and innovator**." | • Am. Compl. ¶ 194<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "With its **visionary** founder, **highly experienced** management team, progress to date and **significant** commercial traction, Momentus is **set to revolutionize** and enable the future of the space economy." | • Am. Compl. ¶ 195<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |

1

**APPENDIX B**

**INACTIONABLE PUFFERY AND CORPORATE OPTIMISM**

| | |
|---|---|
| "**Groundbreaking** water propulsion technology that **significantly** reduces costs and is reusable . . . ." | • Am. Compl. ¶ 198<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "[W]e had a **very successful** test launch, the vehicle is still flying around in space, **which is great**." | • Am. Compl. ¶ 199<br><br>• Televised Interview with Defendant Kabot (October 7, 2020) |
| "Momentus offers its customers **significantly more** affordable access to space by combining the capabilities of low-cost launch vehicles and Momentus' transport and  service vehicles, powered by water plasma propulsion technology . . . In 2019, the Company **successfully** tested its water plasma propulsion technology in space." | • Am. Compl. ¶ 200<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "**Cornerstone** Water Propulsion **Innovation** . . . ." | • Am. Compl. ¶ 202<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "The technologies we've developed or built upon, including our **groundbreaking** water plasma propulsion, will support growing demand from the **booming** satellite industry with **affordable**, **versatile** and **low risk** transportation and infrastructure services." | • Am. Compl. ¶ 203<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "**At the heart** of our vehicles is our **groundbreaking** water plasma propulsion technology, which uses simple water as a propellant. Our system was designed to be safe, inexpensive and offer an **excellent** mix of thrust and efficiency. Our thruster is more efficient than conventional chemical propulsion and has higher thrust than electric propulsion, such as Hall-effect thrusters." | • Am. Compl. ¶ 204<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| "**Significant** Customer Traction and Expected Demand . . . ." | • Am. Compl. ¶ 209<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |

**APPENDIX B**

**INACTIONABLE PUFFERY AND CORPORATE OPTIMISM**

| | |
|---|---|
| "**[W]e believe** that our financial projections assume a conservative market capture . . . ." | • Am. Compl. ¶ 214<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| **I think** it's **very healthy**, right . . . And what **I think** is great for the investor is we did four months of due diligence. We spent a lot of money with some of the **top service providers** out there from Stellar Solutions to Kirkland and Ellis, from Orrick to Evercore to cantor completing our underwriting, right, we did four months of due diligence, which in a traditional ipo you would never have the opportunity to do, so **I think** SPACs are **very healthy** for the market." | • Am. Compl. ¶ 217<br><br>• Televised Interview with Defendant Kabot (October 7, 2020) |
| "We believe Mikhail Kokorich will play a vital role in helping us achieve our goals and advance the interests of our stockholders;" "[w]e believe that Mr. Kokorich is qualified to serve as a member of the board of directors of the Combined Company because of his **extensive** professional experience in the space technology industry and **deep knowledge** of the operations of Momentus as our Chief Executive Officer." | • Am. Compl. ¶ 222<br><br>• November 2, 2020 Registration Statement |
| "Momentus has developed a portfolio of technologies, including its **cornerstone** water plasma propulsion technology, which it successfully tested in space in 2019." | • Am. Compl. ¶ 231<br><br>• November 2, 2020 Registration Statement |
| "Our **revolutionary** water plasma propulsion technology provides a **unique competitive advantage** for our vehicles and services . . . that "**[w]e view** this technology as **ground-breaking**, as it can achieve considerable propulsive thrust level while maintaining high ISP, which enables a shorter duration of missions, an enhanced reach, and **excellent** payload mass ratio." | • Am. Compl. ¶ 232<br><br>• November 2, 2020 Registration Statement |
| "**[W]e believe** that our status as a **first mover** will offer a **substantial competitive advantage** as we continue to build flight heritage ahead of competitors." | • Am. Compl. ¶ 234<br><br>• November 2, 2020 Registration Statement |
| "We believe that this leadership transition will position the company for success and help accelerate regulatory reviews by the U.S. government . . . We | • Am. Compl. ¶ 276<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |

**APPENDIX B**

**INACTIONABLE PUFFERY AND CORPORATE OPTIMISM**

| | |
|---|---|
| have **full confidence** in Dawn and the team to lead the Company to reach both near-term targets and achieve **even greater success** over the longer-term." | |