**APPENDIX C**

**INACTIONABLE OPINION STATEMENTS**

| Inactionable Opinion Statements[1] | Citation \| Source |
|---|---|
| "Mr. Kabot is **well qualified** to serve as a director due to his extensive investing and advisory experience in the cannabis industry." | • Am. Compl. ¶ 40<br><br>• IPO Prospectus filed with the SEC by SRAC |
| "Mr. Lehmann is **well qualified** to serve as a director due to his extensive investing and advisory experience in the cannabis industry." | • Am. Compl. ¶ 41<br><br>• IPO Prospectus filed with the SEC by SRAC |
| " Mr. Norris is **well qualified** to serve as a director due to his extensive investment management experience." | • Am. Compl. ¶ 42<br><br>• IPO Prospectus filed with the SEC by SRAC |
| "Mr. Hofmockel is **well qualified** to serve as a director due to his extensive investing and advisory experience." | • Am. Compl. ¶ 42<br><br>• IPO Prospectus filed with the SEC by SRAC |
| "Ms. Kono is **well qualified** to serve as a director due to her extensive advisory experience." | • Am. Compl. ¶ 42<br><br>• IPO Prospectus filed with the SEC by SRAC |
| "[SRAC's] management team is **well positioned** to identify and evaluate businesses within the cannabis sector that would benefit from their skills and access to the public markets," and that its management team offers "a **deep network** of contacts, in the cannabis sector." | • Am. Compl. ¶ 45<br><br>• IPO Prospectus filed with the SEC by SRAC |
| "**[W]hat I think is great** for the investor is we did four months of due diligence. We spent a lot of money with some of the top service providers out there from Stellar Solutions to Kirkland and Ellis, from Orrick to Evercore to cantor completing our underwriting, right, we did four months of due diligence, which in a traditional ipo you would never have the opportunity to do, so I think SPACs are very healthy for the market." | • Am. Compl. ¶ 120<br><br>• Televised Interview with Defendant Kabot (October 7, 2020) |

---

[1] A number of the statements set forth in Appendix C are not only opinions, but also quality as corporate puffery, and therefore overlap with certain of the statements set forth in Appendix B to this Motion to Dismiss.

## APPENDIX C

### INACTIONABLE OPINION STATEMENTS

| | |
|---|---|
| "**We believe** that this leadership transition will position the company for success and help accelerate regulatory reviews by the U.S. government." | • Am. Compl. ¶ 138 <br><br> • Press Release from Momentus, filed with the SEC by SRAC (January 25, 2021) |
| "Our first commercial launch will be in December 2020 with SpaceX. We have a pretty full vehicle of satellites to deliver. And then we have a **phenomenal** launch cadence for 2021 going up with SpaceX in February, June, and December 2021. We actually have one and a half vehicles already booked for December 2021. So **pretty aggressive** launch cadence with SpaceX." | • Am. Compl. ¶ 190 <br><br> • Televised Interview with Defendant Kabot (October 7, 2020) |
| "I am the Founder and CEO of Momentus . . . We are a first mover in offering space transportation and infrastructure services, powered by our **groundbreaking** water plasma propulsion technology." | • Am. Compl. ¶ 191 <br><br> • Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| "Momentus is **at the forefront** of the new space economy and is poised to capitalize on the **significant growth** opportunity as a first mover . . ."[w]e expect to deploy the proceeds of this transaction to support our **rapid growth** and operations, and to support our capital needs as we **ramp up** revenues." | • Am. Compl. ¶ 192 <br><br> • Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "As the only public, pure-play commercial space company capable of **revolutionizing** space infrastructure, Momentus is **poised to capitalize** on its **market-defining** position." | • Am. Compl. ¶ 193 <br><br> • Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "**Exceptional** Team Led By **Visionary** Founder;" "**Visionary** space entrepreneur and **innovator**;" "**Well-seasoned** team with experience in aerospace, propulsion and robotics piloted by **visionary leader and innovator**." | • Am. Compl. ¶ 194 <br><br> • Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "With its **visionary** founder, **highly experienced** management team, progress to date and **significant** commercial traction, Momentus is **set to revolutionize** and enable the future of the space economy." | • Am. Compl. ¶ 195 <br><br> • Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| "**Groundbreaking** water propulsion technology that **significantly** reduces costs and is reusable . . . ." | • Am. Compl. ¶ 198 |

**APPENDIX C**

**INACTIONABLE OPINION STATEMENTS**

| | |
|---|---|
| | • Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "**Successfully tested** water based propulsion technology on a demo flight launched mid-2019 – is still operational today." | • Am. Compl. ¶ 198<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "Momentus offers its customers **significantly more** affordable access to space by combining the capabilities of low-cost launch vehicles and Momentus' transport and  service vehicles, powered by water plasma propulsion technology . . . In 2019, the Company **successfully tested** its water plasma propulsion technology in space." | • Am. Compl. ¶ 200<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "First Mover with **Rapid** Progress To Date." | • Am. Compl. ¶ 201<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "Cornerstone Water Propulsion **Innovation**." | • Am. Compl. ¶ 202<br><br>• Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "The technologies we've developed or built upon, including our **groundbreaking** water plasma propulsion, will support growing demand from the **booming** satellite industry with **affordable**, **versatile** and **low risk** transportation and infrastructure services." | • Am. Compl. ¶ 203<br><br>• Joint Press Release from SRAC and Momentus (October 7, 2020) |
| "We are building upon last year's **successful** in-space test of our water plasma propulsion and will be conducting our first flight with customers in December 2020." | • Am. Compl. ¶ 204<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| "**At the heart** of our vehicles is our **groundbreaking** water plasma propulsion technology, which uses simple water as a propellant. Our system was designed to be safe, inexpensive and offer an **excellent** mix of thrust and efficiency. Our | • Am. Compl. ¶ 204<br><br>• Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |

## APPENDIX C

### INACTIONABLE OPINION STATEMENTS

| | |
|---|---|
| thruster is more efficient than conventional chemical propulsion and has higher thrust than electric propulsion, such as Hall-effect thrusters." | |
| "**Significant** Customer Traction and Expected Demand . . . ." | • Am. Compl. ¶¶ 209, 296 <br><br> • Investor Presentation Prepared by Momentus, filed with the SEC by SRAC |
| "**[W]e believe** that our financial projections assume a conservative market capture . . . . Commercially, we have seen **strong** market traction… **we expect** our backlog with existing customers will grow by many multiples as we plan to serve the rollout of our customers' constellations… **We expect** good margin expansion over the next few years and we are projecting that we will be profitable by 2023 and operating at or near run-rate margins by 2025. On a run rate basis, **we expect** gross margins of around 70%, and EBITDA margins of 60%." | • Am. Compl. ¶ 214 <br><br> • Script from Conference Call with Defendants Kabot and Kokorich, filed with the SEC by SRAC |
| **I think** it's **very healthy**, right . . . And what **I think** is great for the investor is we did four months of due diligence. We spent a lot of money with some of the **top service providers** out there from Stellar Solutions to Kirkland and Ellis, from Orrick to Evercore to cantor completing our underwriting, right, we did four months of due diligence, which in a traditional ipo you would never have the opportunity to do, so **I think** SPACs are **very healthy** for the market." | • Am. Compl. ¶ 217 <br><br> • Televised Interview with Defendant Kabot (October 7, 2020) |
| "**[W]e believe** Mikhail Kokorich will play a vital role in helping us achieve our goals and advance the interests of our stockholders," and that "**[w]e believe** that Mr. Kokorich is qualified to serve as a member of the board of directors of the Combined Company because of his extensive professional experience in the space technology industry and deep knowledge of the operations of Momentus as our Chief Executive Officer." | • Am. Compl. ¶ 222 <br><br> • November 2, 2020 Registration Statement |
| "While **we believe** that if the current restrictions on Mr. Kokorich's access to controlled technology remain in place, we will be able to continue to operate our business without any material adverse impact on us, it is possible that these restrictions could in the future lead to complications or other issues that may have a material adverse impact on our operations." | • Am. Compl. ¶ 226 <br><br> • November 2, 2020 Registration Statement |

**APPENDIX C**

**INACTIONABLE OPINION STATEMENTS**

| | |
|---|---|
| "While **Momentus believes** Mr. Kokorich's application will be granted, if for any reason it is not, he may not be able to remain in the United States, which could make it difficult for him to perform his duties as Chief Executive Officer and as a director of the Company and the Combined Company, which would adversely impact us." | • Am. Compl. ¶ 227<br><br>• November 2, 2020 Registration Statement |
| "Momentus has developed a portfolio of technologies, including its **cornerstone** water plasma propulsion technology, which it **successfully tested** in space in 2019." | • Am. Compl. ¶ 231<br><br>• November 2, 2020 Registration Statement |
| "Our **revolutionary** water plasma propulsion technology provides a **unique competitive advantage** for our vehicles and services . . . that "**[w]e view** this technology as **ground-breaking**, as it can achieve considerable propulsive thrust level while maintaining high ISP, which enables a shorter duration of missions, an enhanced reach, and **excellent** payload mass ratio." | • Am. Compl. ¶ 232<br><br>• November 2, 2020 Registration Statement |
| "**[W]e believe** that our status as a first mover will offer a substantial competitive advantage as we continue to build flight heritage ahead of competitors." | • Am. Compl. ¶ 234<br><br>• November 2, 2020 Registration Statement |
| "Mr. Kokorich is pursuing several paths to U.S. Person status, and **we believe** that he meets all of the legal requirements to be granted such status in the United States." | • Am. Compl. ¶ 255<br><br>• December 14, 2020 Amended Registration Statement |
| "**We believe** that Mr. Kokorich meets all legal requirements to be granted such status in the United States, and that he will be offered U.S. citizenship, further increasing U.S. ownership of Momentus." | • Am. Compl. ¶ 263<br><br>• IPO Edge Interview with Defendant Kennedy (January 4, 2021), filed by SRAC with the SEC |
| "My **source of inspiration** is the story of Igor Sikorsky, a great Russian American inventor, aviator and entrepreneur. I found a lot of commonalities in his life and my own. He became famous and successful in the Russian Empire, where he built the largest plane in the world, and finally ran from the Bolshevik regime of Soviet Russia to the United States. He created a large aerospace company and became the inventor of a new class of flying machines: | • Am. Compl. ¶ 265<br><br>• Forbes Interview with Defendant Kokorich (January 5, 2021), filed by SRAC with the SEC |

## APPENDIX C

### INACTIONABLE OPINION STATEMENTS

| | |
|---|---|
| helicopters, the possibility of which was predicted by the great Leonardo Da Vinci." | |
| "During the SPAC merger process, a company can communicate its plans and projections to the market, **which is challenging** to do during the IPO process. **This is especially valuable** for fast-growing companies, who place a lot of value in future growth. Additionally, a company can negotiate and test its valuation during the PIPE process before the deal becomes public and the company goes to market. PIPE is common for SPAC deals, and it also signals to the market that the valuation was negotiated with professional and reputable investors. | • Am. Compl. ¶ 271<br><br>• Forbes Interview with Defendant Kokorich (January 5, 2021), filed by SRAC with the SEC |
| "Momentus, in consultation with [SRAC], has determined that accepting Mr. Kokorich's resignation is in the **best interest** of the Company, in an effort to expedite the resolution of U.S. government national security and foreign ownership concerns surrounding the Company, the existence of which the Company recently has confirmed." | • Am. Compl. ¶ 275<br><br>• Press Release by Momentus (January 25, 2021) filed by SRAC with the SEC |
| "**We believe** that this leadership transition will position the company for success and help accelerate regulatory reviews by the U.S. government . . . **We have full confidence** in Dawn and the team to lead the Company to reach both near-term targets and **achieve even greater success** over the longer-term." | • Am. Compl. ¶ 276<br><br>• Press Release by Momentus (January 25, 2021) filed by SRAC with the SEC |
| "Momentus has undertaken **several important** actions in an effort to further accelerate the resolution of these concerns." | • Am. Compl. ¶ 289<br><br>• April 7, 2021 Preliminary Proxy Statement And Updated Investor Presentation |