**BAKER MCKENZIE LLP**
Perrie M. Weiner (Bar No. 134146)
perrie.weiner@bakermckenzie.com
Aaron T. Goodman (Bar No. 330791)
aaron.goodman@bakermckenzie.com
Paul Chander (Bar No. 305133)
paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile: +1 619 321 6201

*Attorneys for Defendants Momentus Inc. and Dawn Harms*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:  July 11, 2022<br>Time: 1:30 p.m.<br>Courtroom:  7A (Hon. John F. Walter)<br><br>Complaint Filed: July 15, 2021<br>FAC Filed:  November 12, 2021 |

**THIS MATTER** having been brought before the Court on the Request for Judicial Notice of Defendants Momentus Inc. and Dawn Harms ("Defendants") in Support of their Motion to Dismiss, and the Court having considered the papers submitted in support of and in opposition to the Request, and the arguments of counsel, and for good cause shown:

**IT IS HEREBY ORDERED**, on this __ day of_____ 2022, that the Request is granted in its entirety and Court will take judicial notice of the exhibits and other documents referenced therein.

_____
HON. JOHN F. WALTER

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE