**BAKER MCKENZIE LLP**
Perrie M. Weiner (Bar No. 134146)
perrie.weiner@bakermckenzie.com
Aaron T. Goodman (Bar No. 330791)
aaron.goodman@bakermckenzie.com
Paul Chander (Bar No. 305133)
paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile: +1 619 321 6201

*Attorneys for Defendants Momentus Inc. and Dawn Harms*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  July 11, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 7A<br><br>Complaint Filed: July 15, 2021<br>FAC Filed: November 12, 2021 |

**THIS MATTER** having been brought before the Court by Baker McKenzie LLP and Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendants Momentus Inc. and Dawn Harms ("Defendants"), for the entry of an Order dismissing the Amended Consolidated Class Action Complaint filed by Lead Plaintiff; and Defendants having provided Plaintiff with notice of the motion and supporting documentation; and the Court having considered the parties' submissions as well as the arguments of counsel, if any; and good cause having been shown:

**IT IS** on this ___ day of _____, 2022, **ORDERED** that the Motion to Dismiss is hereby **GRANTED**; and **IT IS FURTHER ORDERED** that Lead Plaintiff's Amended Consolidated Class Action Complaint against Defendants is hereby dismissed with prejudice.

_____
HON. JOHN F. WALTER

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS