**STONER GRANNIS**
William E. Stoner (SBN 101418)
wstoner@stonergrannis.com
624 South Grand Ave., Suite 2200
Los Angeles, CA  90017
Telephone: (213) 687-2640
Facsimile: (213) 687-2644

**BERENZWEIG LEONARD, LLP**
David B. Deitch (admitted *pro hac vice*)
ddeitch@berenzweiglaw.com
8300 Greensboro Drive, Suite 1250
McLean, VA 22102

Attorneys for Defendant Fred Kennedy

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | ) Master File No.<br>) 2:21-CV-05744-JFW-SHK<br>)<br>) Hon. John F. Walter<br>)<br>) **DEFENDANT FRED KENNEDY'S**<br>) **REQUEST FOR JUDICIAL**<br>) **NOTICE IN SUPPORT OF**<br>) **MOTION TO DISMISS**<br>)<br>) Date:  July 11, 2022<br>) Time:  1:30 pm<br>) Place:  Courtroom 7A<br>)<br>)<br>)<br>) |

-1-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS**

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

Defendant Fred Kennedy hereby requests that the Court take judicial notice of the following documents submitted in support of his Motion to Dismiss the Amended Consolidated Class Action Complaint (the "Complaint"), all of which were retrieved online from the Securities and Exchange Commission ("SEC") Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") system:

1.     Stable Road Acquisition Corp. Form S-4 filed November 2, 2020, a true and accurate copy of which is attached as Exhibit A.

2.     Stable Road Acquisition Corp. Form 8-K filed January 4, 2021, a true and accurate copy of which is attached as Exhibit B.

3.     Stable Road Acquisition Corp. Form 425 filed January 5, 2021, a true and accurate copy of which is attached as Exhibit C.

Judicial notice of all three of these documents is appropriate because each is referenced in the Complaint and forms the basis for plaintiff's claims, and Dr. Kennedy believes that the authenticity of these documents is not in question. (*E.g.*, Complaint ¶¶ 221-247 (discussing Exhibit A); 258-273 (discussing Exhibits B and C).)  A court may consider evidence on which the complaint "necessarily relies" if (1) the complaint refers to the document; (2) the document is central to

-2-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

the plaintiff's claim; and (3) no party questions the authenticity of the copy attached in support of the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994). *See also Forman v. Wells Fargo Bank, N.A.*, Case No. 17-1164 DSF (CFEx), 2017 WL 8110528, at *1 (C.D. Cal. Apr. 24, 2017) (taking judicial notice of promissory note under "incorporation by reference" doctrine); *In re Hansen Natural Corp. Sec. Litig.*, 527 F.Supp.2d 1142, 1149 n.2 (C.D. Cal. 2007) (citing *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999)) (holding court may take judicial notice of documents "whose contents are allege in the complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading").

Alternatively, the Court should take judicial notice of the content of each of these documents because these are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Hansen*, 527 F.Supp.2d at 1149 n.2 (taking judicial notice of defendant's stock price). *See also Global Real Estate Investments v. Anoteros, Inc.*, Case No. CV 13-1943 DSF (VBKx), 2014 WL 12696764, at *4 (granting request for judicial notice of contents of SEC filings retrieved from EDGAR).

-3-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

# CONCLUSION

For the foregoing reasons, the Court should grant Dr. Kennedy's request and take judicial notice of the contents of the documents attached as Exhibits A, B. and C.

DATED: February 14, 2022        STONER GRANNIS

By:   */s/ William E. Stoner*_____
        William E. Stoner
        Attorneys for
        Defendant Fred Kennedy

DATED: February 14, 2022        BERENZWEIG LEONARD, LLP

By:   */s/ David B. Deitch*_____
        David B. Deitch (admitted *pro hac vice*)
        Attorneys for
        Defendant Fred Kennedy

-4-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**ATTESTATION**

I, William E. Stoner, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ William E. Stoner*
William E. Stoner

-5-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I hereby affirm under penalty of perjury under the laws of the United States of America that, on February 14, 2022, I caused a copy of the foregoing document to be filed electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

_/s/ William E. Stoner_
William E. Stoner

-6-

**DEFENDANT FRED KENNEDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**