**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | ) Master File No.<br>) 2:21-CV-05744-JFW-SHK<br>)<br>) Hon. John F. Walter<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING DEFENDANT FRED**<br>) **KENNEDY'S REQUEST FOR**<br>) **JUDICIAL NOTICE**<br>) |

-1-

**PROPOSED ORDER**

Having considered the Defendant Fred Kennedy's Request for Judicial Notice in Support of Motion to Dismiss, as well as Lead Plaintiff's Opposition (if any) thereto, as well as the entire record in this matter, it is hereby

ORDERED that Dr. Kennedy's motion is hereby GRANTED; and it is further

ORDERED that the Court shall take judicial notice of the contents of the documents attached to Dr. Kennedy's motion as Exhibits A, B and C.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-2-

**PROPOSED ORDER**