KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-05744-JFW-SHK |
| | **STABLE ROAD DEFENDANTS' NOTICE OF JOINDER TO THE MOMENTUS DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| | CLASS ACTION |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT** Defendants Stable Road Acquisition Corp. ("SRAC"), SRC-NI Holdings, LLC ("Sponsor"), James Hofmockel, Brian Kabot, James Norris, and Juan Manuel Quiroga (collectively, the "Stable Road Defendants"), join and adopt in its entirety, the Momentus Defendants' Motion to Dismiss the First Amended Complaint ("Momentus Motion"). (Dkt. No. 122). The Stable Road Defendants join the Momentus Motion because Defendants Momentus Inc., Dawn Harms, and Fred Kennedy (collectively the "Momentus Defendants") are similarly situated to the Stable Road Defendants in the arguments asserted therein. The Stable Road Defendants maintain that any relief bestowed by the Court to the Momentus Defendants should be similarly granted to the Stable Road Defendants. For all the reasons stated in the Momentus Motion, the Stable Road Defendants respectfully request that the Court grant the Momentus Motion.

DATED: February 14, 2022   Respectfully submitted,

Kirkland & Ellis LLP

*/s/ Mark Holscher, P.C.*

Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on or about the 14th day of February, 2022, a true and correct copy of the above and foregoing pleading was electronically filed with the Clerk of the Court by using the CM/ECF service, which will provide copies to all counsel of record registered to receive CM/ECF notifications.

*/s/ Mark Holscher, P.C.*
Mark Holscher, P.C.

2