**BERENZWEIG LEONARD, LLP**
David B. Deitch (admitted *pro hac vice*)
ddeitch@berenzweiglaw.com
8300 Greensboro Drive, Suite 1250
McLean, VA 22102

**STONER GRANNIS**
William E. Stoner (SBN 101418)
wstoner@stonergrannis.com
624 South Grand Ave., Suite 2200
Los Angeles, CA  90017
Telephone: (213) 687-2640
Facsimile: (213) 687-2644

Attorneys for Defendant Fred Kennedy

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | ) Master File No.<br>) 2:21-CV-05744-JFW-SHK<br>)<br>) Hon. John F. Walter<br>)<br>) **DECLARATION OF LEAD**<br>) **TRIAL COUNSEL**<br>)<br>)<br>) |

-1-

**DECLARATION OF LEAD TRIAL COUNSEL**

David B. Deitch, an attorney admitted to practice law by the Commonwealth of Virginia, declares as follows:

1.    I am Special Counsel with the law firm of Berenzweig Leonard LLP located in McLean, Virginia. I am lead trial counsel representing Defendant Fred Kennedy in this Action.

2.    I respectfully submit this Declaration in compliance with Paragraph 3 of this Court's Standing Order [Dkt. No. 10].

3.    I am registered as an "ECF User" with the United States District Court for the Central District of California, and my "Email Address of Record" is ddeitch@berenzweiglaw.com.

4.    I have reviewed the Court's Standing Order and the Local Rules.

DATED: March 8, 2022                    Respectfully submitted,


                                        By: */s/ David B. Deitch*_____
                                            David B. Deitch (admitted *pro hac vice*)
                                            BERENZWEIG LEONARD LLP
                                            8300 Greensboro Drive, Suite 1250
                                            McLean, VA 22102
                                            Tel: 703-940-3065
                                            Fax: 703-462-8674
                                            Email: ddeitch@berenzweiglaw.com

-i-

**DECLARATION OF LEAD TRIAL COUNSEL**

## PROOF OF SERVICE BY ELECTRONIC POSTING

I hereby affirm under penalty of perjury under the laws of the United States of America that, on March 8, 2022, I caused a copy of the foregoing document to be filed electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

/s/ David B. Deitch_____
David B. Deitch

-ii-

**DECLARATION OF LEAD TRIAL COUNSEL**