KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
Emerson Bursis (pro hac vice)
555 South Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone:  (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com
emerson.bursis@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 2:21-CV-05744 JFW-SHK

**DECLARATION OF LEAD TRIAL COUNSEL**

CLASS ACTION

Mark Holscher, an attorney admitted to practice law by the State of California, declares as follows:

1.      I am a partner at the law firm of Kirkland & Ellis LLP, located in Los Angeles, California. I am lead trial counsel representing Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga in this Action.

2.      I respectfully submit this Declaration pursuant to Paragraph 3(a) of this Court's Standing Order [Dkt. No. 10].

3.      I am registered as an "ECF User" with the United States District Court for the Central District of California, and my "Email Address of Record" is mark.holscher@kirkland.com.

4.      I have reviewed the Court's Standing Order and the Local Rules.

DATED:  March 14, 2022                 Respectfully submitted,

                                       */s/ Mark Holscher, P.C.*
                                       Mark Holscher, P.C. (SBN 139582)
                                       KIRKLAND & ELLIS LLP
                                       555 South Flower St., Ste. 3700
                                       Los Angeles, CA 90071
                                       Telephone:  (213) 680-8190
                                       Mark.holscher@kirkland.com

- 1 -

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I hereby affirm under penalty of perjury under the laws of the United States of America that, on March 14, 2022, I caused a copy of the foregoing document to be filed electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

/s/ Mark Holscher, P.C.
Mark Holscher, P.C.

- 2 -