**BAKER MCKENZIE LLP**
Perrie M. Weiner (Bar No. 134146)
perrie.weiner@bakermckenzie.com
Aaron T. Goodman (Bar No. 330791)
aaron.goodman@bakermckenzie.com
Paul Chander (Bar No. 305133)
paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile: +1 619 321 6201

*Attorneys for Defendants Momentus Inc. and Dawn Harms*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OFFICIAL GOVERNMENT RECORDS RE DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 7A<br><br>Complaint Filed: July 15, 2021<br>FAC Filed: November 12, 2021 |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 5.1 and at the request of Plaintiff's counsel, (Goodman Decl., ¶¶ 6-7), Momentus Inc. and Dawn Harms (the "Momentus Defendants") hereby lodge the following documents referenced in the Momentus Defendants' Request for Judicial Notice (Dkt. 123-13).

The Momentus Defendants' Request for Judicial Notice, and all of the documents filed in support thereof, are incorporated by reference as if fully restated herein. This Notice of Lodging is further supported by the concurrently filed Supplemental Declaration of Aaron Goodman, which attaches Plaintiff's counsel's request for these documents.

| EXHIBIT | DESCRIPTION |
|---|---|
| H | January 11, 2019 Bureau of Industry and Security export license for the 2019 test flight launch ("BIS License") |
| I | February 11, 2019 Federal Communications Commission application, permit and license for the 2019 test flight launch ("FCC Permit") |

A true and correct copy of the BIS License is attached hereto as **Exhibit H**.

A true and correct copy of the FCC Permit is attached hereto as **Exhibit I**.

As discussed in the Momentus Defendants' Request for Judicial Notice (Dkt. 123-13, pp. 6-8), the January 11, 2019 Bureau of Industry and Security ("BIS") export license for the 2019 test flight launch and the February 11, 2019 Federal Communications Commission ("FCC") application, permit and license for the 2019 test flight launch are official U.S. government records. Accordingly, the Court can, on a motion to dismiss, take judicial notice of these official governmental records.

NOTICE OF LODGING OFFICIAL GOVERNMENT RECORDS

*See Guilfoyle v. Beutner*, No. 2:21-cv-05009-VAP (MRWx), 2021 U.S. Dist. LEXIS 195396, at *72 (C.D. Cal. Sep. 14, 2021) citing *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) ("In the context of a motion to dismiss a complaint, the Court may take judicial notice of . . . matters in the public record.").

Dated: March 17, 2022

**BAKER & MCKENZIE LLP**

By: */s/ Aaron T. Goodman*
Aaron T. Goodman
10250 Constellation Blvd., Ste. 18540
Los Angeles, CA 90067
Telephone:  (310) 201-4726
aaron.goodman@bakermckenzie.com

- 2 -
NOTICE OF LODGING OFFICIAL GOVERNMENT RECORDS