# EXHIBIT I

**FCC FORM 442 - FEDERAL COMMUNICATIONS COMMISSION**
**APPLICATION FOR NEW OR MODIFIED RADIO STATION UNDER PART 5 OF FCC RULES -**
**EXPERIMENTAL RADIO SERVICE (OTHER THAN BROADCAST)**

**Approved by OMB 3060 - 0065 Expires 09/30/98**

**Applicant's Name (company):**  Astro Digital US, Inc.        **File No.:**  0698-EX-CN-2018

## Mailing Address

**Attention:**         Jan A. King
**Street Address:** 3171 Jay Street
**P.O. Box:**
**City:**                Santa Clara
**State:**              CA
**Country:**
**Zip Code:**         95054
**E-Mail Address:** jan@astrodigital.com

## Application Purpose

**Application is for:**   NEW LICENSE

## For Modification indicate below

**File No.:   Callsign:**

## Government Contract

**Is this authorization to be used for fulfilling the requirement of a government contract with an agency of the United States Government?  If "YES", include as an exhibit a narrative statement describing the government project, agency and contract number.**  No

## Foreign Government Use

**Is this authorization to be used for the exclusive purpose of developing radio equipment for export to be employed by stations under the jurisdiction of a foreign government?   If "YES", include the contract number and the name of the foreign government concerned as an exhibit.**  No

## Research Project

**Is this authorization to be used for providing communications essential to a research project? (The radio communication is not the objective of the research project)?  If "YES", include as an exhibit the following information:**

    **a. A description of the nature of the research project being conducted.**
    **b. A showing that the communications facilities requested are necessary for the research project involved.**
    **c. A showing that existing communications facilities are inadequete.**

  Yes

## Exhibit Information

**If all the answers to Items 4, 5, 6 are "NO", include as an exhibit a narrative statement describing in detail the following items:**

    **a. The complete program of research and experimentation proposed including description of equipment and theory of operation.**
    **b. The specific objectives sought to be accomplished.**
    **c. How the program of experimentation has a reasonable promise of contribution to the development, extension, expansion or utilization of the radio art, or is along line not already investigated.**

## Estimated Duration

**Give an estimate of the length of time that will be required to complete the program of experimentation proposed in this application:**  9   Months

## Environmental Impact

**Would a commission grant of this application come within Section 1.1307 of the FCC Rules, such that it may have a significant environmental impact?   If "YES", include as an exhibit an Environmental Assessment as required by Section 1.1311.**   No

## Manufacturer

**List below transmitting equipment to be installed (if experimental, so state) if additional rows are required, please submit equipment list as an exhibit :**

| Manufacturer | Model Number | No. Of Units | Experimental |
|---|---|---|---|
| AstroDev | Li-1 | 1 | No |
| M2 Antenna Systems, Inc. | 402CP42 | 2 | No |

## Station ID

**Is the equipment listed in Item 10 capable of station identification pursuant to Section 5.115?**   Yes

## Applicant Type

**Applicant is:**  Corporation

## Foreign Government

**Is applicant a foreign government or a representative of a foreign government?**   No

## License Denied or Revoked

**Has applicant or any party to this application had any FCC station license or permit revoked or any application for permit, license or renewal denied by this Commission?**
**If "YES", include as an exhibit a statement giving call sign of license or permit revoked and relate circumstances.**   No

## Owner and Operator

**Will applicant be owner and operator of the station?**   Yes

## Contact Information

**Give the following information of person who can best handle inquiries pertaining to this application:   First Name:** Jan A.
**Last Name:** King
**Title:** Chief Technical Officer
**Phone Number:** 650-946-7007
**E-Mail Address:** jan@astrodigital.com

## Drug Abuse Question

**APPLICANT ANTI-DRUG ABUSE CERTIFICATION:   By checking "YES", the individual applicant certifies that he or she is eligible for this license. This requires that he or she is not subject to a denial of federal benefits, including FCC benefits, as a result of a drug offense conviction pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. 862. A non-individual applicant, e.g., corporation. partnership or other unincorporated association, certifies that no party to the application is subject to a denial of federal benefits, pursuant to that section. For definition of a "party" for these purposes, see 47CFR 1.2002(b).**   Yes

## Certification

**THE APPLICANT CERTIFIES THAT:**

    a. Copies of the FCC Rule Parts 2 and 5 are on hand; and

    b. Adequete financial appropriations have been made to carry on the program of experimentation which will be conducted by qualified personnel; and

    c. All operations will be on an experimental basis in accordance with Part 5 and other applicable rules, and will be conducted in such a manner and at such a time as to preclude harmful interference to any authorized station; and

    d. Grant of the authorization requested herein will not be construed as a finding on the part of the Commission:

        1. that the frequencies and other technical parameters specified in the authorization are the best suited for the proposed program of experimentation, and

        2. that the applicant will be authorized to operate on any basis other than experimental, and

        3. that the Comission is obligated by the results of the experimental program to make provision in its rules including its table of frequency allocations for applicant's type of operation on a regularly licensed basis.

**THE APPLICANT FURTHER CERTIFIES THAT:**

    e. All the statements in the application and attached exhibits are true, complete and correct to the best of the applicant's knowledge; and

    f. The applicant is willing to finance and conduct the experimental program with full knowledge and understanding of the above limitations; and

    g. The applicant waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the USA.

**Name of Applicant:** Astro Digital US, Inc.
**Signature (Authorized person filing form):** Jan A. King
**Signature Date (Authorized person filing form):** 09/07/2018
**Title of Person Signing Application:** Chief Technical Officer
**Classification:** Authorized employee

**WILLFUL FALSE STATEMENTS MADE ON THIS FORM ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001), AND/OR REVOCATION OF ANY STATION LICENSE OR CONSTRUCTION PERMIT (U.S. CODE, TITLE 47, SECTION 312(A)(1)), AND/OR FORFEITURE (U.S. CODE, TITLE 47, SECTION 503).**

**NOTIFICATION TO INDIVIDUALS UNDER PRIVACY ACT OF 1974 AND THE PAPERWORK REDUCTION ACT OF 1980**

Information requested through this form is authorized by the Communications Act of 1934, as amended, and specified by Section 308 therein. The information will be used by Federal Communications Commission staff to determine eligibility for issuing authorizations in the use of the frequency spectrum and to effect the provisions of regulatory responsibilities rendered by the Commission by the Act. Information requested by this form will be available to the public unless otherwise requested pursuant to 47 CFR 0.459 of the FCC Rules and Regulations. Your response is required to obtain this authorization.

Public reporting burden for this collection of information is estimated to average four (4) hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden to the Federal Communications Commission, Records Management Branch, Paperwork Reduction Project (3060-0065), Washington DC 20554. DO NOT send completed applications to this address. Individuals are not required to respond to this collection unless it displays a currently valid OMD control number.

THE FOREGOING NOTICE IS REQUIRED BY THE PRIVACY ACT OF 1974, P.L. 93-579, DECEMBER 31, 1974, 5 U.S.C. 552a(e)(3), AND THE PAPERWORK REDUCTION ACT OF 1980, P.L. 96-511, DECEMBER 11, 1980, 44 U.S.C. 3507.

## Station Location

| City | State | Latitude | Longitude | Mobile | Street (or other indication of location) | County | Radius of Operation |
|------|-------|----------|-----------|--------|------------------------------------------|--------|---------------------|
| 0 | | North | West | LEO SAT orbit 585 km altitude, 98.0 degree incl | | | |

**Datum:** NAD 83

**Is a directional antenna (other than radar) used?** No

**Exhibit submitted:** No

**(a) Width of beam in degrees at the half-power point:**

**(b) Orientation in horizontal plane (degrees from True North):**

**(c) Orientation in vertical plane (degrees from horizontal):**

**Will the antenna extend more than 6 meters above the ground, or if mounted on an existing building, will it extend more than 6 meters above the building, or will the proposed antenna be mounted on an existing structure other than a building?** No

**(a) Overall height above ground to tip of antenna in meters:**

**(b) Elevation of ground at antenna site above mean sea level in meters:**

**(c) Distance to nearest aircraft landing area in kilometers:**

**(d) List any natural formations of existing man-made structures (hills, trees, water tanks, towers, etc.) which, in the opinion of the applicant, would tend to shield the antenna from aircraft:**

| Action | Frequency | Station Class | Output Power/ERP | Mean Peak | Frequency Tolerance (+/-) | Emission Designator | Modulating Signal |
|---|---|---|---|---|---|---|---|
| New | 400.48000000-400.52000000 MHz | MO | 2.000000 W 2.000000 W | M | 0.00000250 % | 40K0F1D | 38400 GFSK |

| | City | State | Latitude | Longitude | Mobile | Street (or other indication of location) | County | Radius of Operation |
|---|---|---|---|---|---|---|---|---|
| 0 | Santa Clara | California | North 37 22 48 | West 121 57 40 | | 3171 Jay Street | SANTA CLARA | |

**Datum:** NAD 83

**Is a directional antenna (other than radar) used?**   Yes

**Exhibit submitted:**  No

**(a) Width of beam in degrees at the half-power point:**   13.80

**(b) Orientation in horizontal plane (degrees from True North):**

**(c) Orientation in vertical plane (degrees from horizontal):**
Will the antenna extend more than 6 meters above the ground, or if mounted on an existing building, will it extend more than 6 meters above the building, or will the proposed antenna be mounted on an existing structure other than a

**building?**   No

**(a) Overall height above ground to tip of antenna in meters:**   13.00

**(b) Elevation of ground at antenna site above mean sea level in meters:**   23.30

**(c) Distance to nearest aircraft landing area in kilometers:**   1.90
**(d) List any natural formations of existing man-made structures (hills, trees, water tanks, towers, etc.) which, in the opinion of the applicant, would tend to shield the antenna from aircraft:**

| Action | Frequency | Station Class | Output Power/ERP | Mean Peak | Frequency Tolerance (+/-) | Emission Designator | Modulating Signal |
|---|---|---|---|---|---|---|---|
| New | 402.88000000-402.92000000 MHz | FX | 50.000000 W 3715.000000 W | M | 0.00000250 % | 40K0F1D | 38400 GFSK |

| | City | State | Latitude | Longitude | Mobile | Street (or other indication of location) | County | Radius of Operation |
|---|---|---|---|---|---|---|---|---|
| 0 | Littleton | Colorado | North 39 34 24 | West 105 8 1 | | 7815 Shaffer Parkway | JEFFERSON | |

**Datum:** NAD 83

**Is a directional antenna (other than radar) used?**   Yes

**Exhibit submitted:**  No

**(a) Width of beam in degrees at the half-power point:**   13.80

**(b) Orientation in horizontal plane (degrees from True North):**

**(c) Orientation in vertical plane (degrees from horizontal):**
Will the antenna extend more than 6 meters above the ground, or if mounted on an existing building, will it extend more than 6 meters above the building, or will the proposed antenna be mounted on an existing structure other than a

**building?**   No

**(a) Overall height above ground to tip of antenna in meters:**   14.00

**(b) Elevation of ground at antenna site above mean sea level in meters:**   1773.00

**(c) Distance to nearest aircraft landing area in kilometers:**   24.00
**(d) List any natural formations of existing man-made structures (hills, trees, water tanks, towers, etc.) which, in the opinion of the applicant, would tend to shield the antenna from aircraft:**

| Action | Frequency | Station Class | Output Power/ERP | Mean Peak | Frequency Tolerance (+/-) | Emission Designator | Modulating Signal |
|---|---|---|---|---|---|---|---|
| New | 402.88000000-402.92000000 MHz | FX | 50.000000 W 3715.000000 W | M | 0.00000250 % | 40K0F1D | 38400 GFSK |

**Form 442, Technical Question 6 Response**

**Momentus X1 MET Mission Experimental Program - Spectrum Utilization Details**

6a.  *Description of Research Project*:

    6a.1:  *Introduction:*

        6.a.1.i:  *Applicant:*  Astro Digital US, Inc. (Astro Digital) is a private U.S. satellite company headquartered in Santa Clara, California.  We design, construct, and operate small satellites.  The company is authorized by the FCC and NOAA to operate an Earth-imaging satellite system (Landmapper) and distribute images and many other data products derived from our imaging database, on a commercial basis.[1]

        6a.1.ii: *Mission Summary:*  The Momentus X1 microwave electrothermal thruster (MET) spacecraft mission is a commercial demonstration of a propulsion system to exhibit its applicability to small spacecraft. The mission is not a part of the Landmapper system, although information from the testing may support changes to that system in the future.  The mission will demonstrate the reliability, longevity, performance, and utility of the microwave-based plasma propulsion system, which utilizes water as a propellant. A propulsion system suitable for 16U CubeSat vehicles or larger that is cost-effective enables more orbital maneuverability for a large class of space vehicles. Areas where this could be of benefit include orbital debris removal missions, collision avoidance, beyond-LEO missions, and smallsat deorbiting.

        6a.2:  *Satellite Physical and Orbital Characteristics:*  The satellite is depicted in the following figure:

---

[1] *See* IBFS File SAT-LOA-20170508-00071 (granted in part and deferred in part, August 1, 2018).

**Revision 5.1**



**Momentus X1 Satellite Platform**

6a.2.i: _Dimensions and Mass:_  The satellite is a rectangular solid shape with dimensions of 454 mm (Z) x 246.3 mm (X) x 246.3 mm (Y), which is approximately a 16U CubeSat vehicle.  The satellite mass is 24 kg with fuel.  Of this mass 23.85 kg is spacecraft inert mass and 150 grams is propellant ($H_2O$).

6a.2.ii: _Overview of Propulsion System:_

The Vigoride propulsion system is a microwave electrothermal-based system that uses water vapor as a propellant. In this style of propulsion, a plasma is formed from microwave energy imparted to a resonant cavity. Further microwave energy raises the temperature of the plasma, which transfers energy to the rest of the propellant. This heat is turned into thrust by a converging-diverging nozzle. The Vigoride propulsion system contains a diaphragm-based tank at low pressure and uses a pump feed system to raise the pressure of the system to the working pressure of the thruster. Flow is metered by solenoid valve control, and delivered to a vaporizer, which injects the water vapor into the chamber of the thruster. A voltage-controlled

2

**Revision 5.1**

oscillator paired with a solid-state power amplifier provides the microwave power to the propulsion system. All electrically actuated components are governed by a thruster control unit providing logic and timing to the system. In general, the specific impulse and thrust characteristics of the system fall between a traditional chemical propulsion system and an electric propulsion system that operates using electrostatic or electromagnetic forces. The Vigoride propulsion system, based on available microwave power and mass flow rate, can provide between 280-500s of ISP and 3-20 mN of thrust.

The Momentus X1 MET spacecraft mission is a commercial demonstration of a propulsion system to exhibit its applicability to small spacecraft. The mission will demonstrate the reliability, longevity, performance, and utility of the microwave-based plasma propulsion system, which utilizes water as a propellant. A propulsion system suitable for 16U CubeSat vehicles or larger that is cost-effective enables more orbital maneuverability for a large class of space vehicles. Areas where this could be of benefit include orbital debris removal missions, collision avoidance, beyond LEO missions, and small satellite deorbiting.



**Momentus X1 Propulsion System**

**Revision 5.1**

6a.2.iii:    *Initial (Deployment) Orbit:*    The injection orbit of the Momentus X1 Mission is anticipated to be as follows:

Orbit Altitude:  450 – 585 km Circular (585 km nominal)
Inclination:  98.00° ± 0.60°
Local Time of Ascending Node (LTAN):  15:05 (local time) nominal.

Momentus X1 will use a secondary payload launch opportunity. Thus, it is possible that the injection orbit parameters   could be different, as we could be re-assigned to fly on the launch of a different primary satellite system.  AD will advise the Commission should such an event occur.  However, in no event will the injection orbit altitude exceed 585 km.

6a.2.iv:    *Radio Frequency Characteristics of the MET Thruster:* Momentus X1 has an RF generator that generates an ISM-like signal at a power level of 45 watts (16.53 dBW).  This generator uses a GaN solid-state device in order to efficiently produce this level of power output, which, in turn, is delivered via a specially shielded coax cable directly to the thruster injector.  The emission frequency generated by the RF Power Module (RPM) can be adjusted over the frequency range 10.25 to 10.60 GHz.  The frequency generator uses a crystal controlled reference oscillator with a frequency accuracy of 0.28 PPM and the synthesizer employed is adjustable over the output frequency range just given, with a resolution of better than 1 kHz.  Prior measurements have confirmed that emissions radiating outside of the injector cavity are suppressed by in excess of 100 dB below the maximum generated power output of the RPM.   EMI emission levels from the flight thruster payload will be measured in an anechoic facility in order to assure that radiated levels will not exceed an RF power level of greater than -50 dBm within the vicinity of the MET thruster (measurements at 1 meter from the propulsion system) and that all emissions are contained within a bandwidth of no greater than 5 MHz.   We note that such a set of conditions would be anticipated to produce a PFD at the Earth's surface (at closest possible range to the satellite) of < -270 dBW/m$^2$/Hz.    This frequency band is used on a primary basis by RADIOLOCATION, FIXED and MOBILE services and is used on a secondary basis by the Amateur Radio Service (in all three ITU Regions) according to the ITU Table of Frequency Allocations.[2]  We believe that, at these emission levels from the MET thruster and within the band we have selected for operation, no emissions will be detectable by radar, mobile, fixed or amateur systems (and by a very large margin). We further note that all other emissions from our MET thruster (e.g., harmonics and sub-harmonics) will be attenuated by at least an additional 20 dB below the emission level given above.

6a.3: *Mission Operations:*    AD plans to use the Momentus X1 spacecraft propulsion system in order to modify the orbital parameters of the initial spacecraft orbit.  The total ΔV produced by the MET thruster is approximately 17 m/sec.   The

---

[2] 47 CFR §2.106, page 48, Revised April 6, 2018.

**Revision 5.1**

total impulse of the thruster is estimated to be 370 N-sec.  Mean $I_{sp}$ of the thruster is expected to be 300 sec.  The duration of the Momentus X1 demonstration mission is estimated to have a nominal duration of 9 months.  The operation of the MET thruster will be carried out in multiple burns with each burn/orbit equal to approximately 10 minutes duration.   We note, in particular, that the thruster will not be used to increase the apogee of the orbit without a prior reduction in perigee.  In that regard the thruster's performance will never contribute to attaining an orbital lifetime greater than 22 years.

6a.3.i:   *Planned Orbital Maneuvers:*   The following maneuvers are currently planned using the Vigoride MET thruster:

1. Orbit Perigee Lowering by up to 25 km from nominal spacecraft separation values.
2. Orbit Apogee Raise by up to 30 km from nominal spacecraft separation values.
3. Inclination change of up to 0.13° from nominal 98° initial inclination

One or more of these options will be selected based on the assessed initial observed performance of the MET thruster.  However, maneuver 2 above will not occur without first accomplishing maneuver 1. Following these maneuvers, the thruster will then be used to lower the orbit perigee by as much as possible with available propellant, and then relieve any residual pressurized consumables, and transition the spacecraft into an end of life mode.

6.a.3.ii:   *Orbital Debris:*   AD has provided a standard Orbit Debris Assessment Report (ODAR) which is attached with our Form 422 submission.  We hereby summarize the findings of our ODAR document.

6a.4:   *ODAR Submission:*

6a.4.i:   *Human Casualty Risk:*   Our debris analysis shows that, as our reentry is uncontrolled, we are compliant with ODAR Requirement 4.7-1 regarding human casualty risk using the "Atmospheric Reentry Option (a) as the probability of human casualty is less than 0.0001.  DAS v2.0.2 has been used and reports that the Momentus X1 spacecraft is COMPLIANT with the requirement.

6a.4.ii:   *Propulsion System Failure vs. Orbit Altitude:*   The Momentus X1 propulsion system will only be used as stated above in Section 6a.3.i.  Thus, if, during the operation of the thruster it should fail to produce further thrust, the orbital lifetime will not increase beyond the lifetime of the worst case expected orbit, which will be 560 km x 615 km (worst case).  The orbital lifetime of our spacecraft, in accordance with our ODAR submission, is not greater than 22 years.  AD has determined that if the satellite is dead on arrival at an injection orbit altitude of 585 km, it will have an orbital lifetime of less than 22 years.

**Revision 5.1**

6a.5:  *Radio Frequency Characteristics*

6a.5.i:  *TT&C Frequencies:*  TLM and CMD data transmission from/to the spacecraft are proposed at the following frequencies:

| Link Direction | Frequency Band (MHz) | Bandwidth Occupied (kHz) | Max. Data Rate (kbps) |
|---|---|---|---|
| Uplink (command) | 402.88 – 402.92 | 40 | 38.4 |
| Downlink (telemetry) | 400.48 – 400.52 | 40 | 38.4 |

The occupied bandwidth of the radio system is 40.0 kHz (at -3 dBc) and employs a very steep skirted bandpass filter to limit its output bandwidth.  GFSK modulation is employed on the downlink.

The CMD uplink utilizes EESS spectrum (Earth-to-space) in accordance with ITU Table of Frequency Allocations - within the band 402.0 to 403.0 MHz.  In this application we are using this link in the category of service, Space Operations.  While we do not comply with US Footnote 384 (as we are not transmitting to a US Gov. spacecraft) we have been mindful of the utilization made by the NOAA GOES DCS system and have avoided the use of those uplink frequencies, as discussed below.

6a.5.ii:  *Coordination Status of UHF Frequencies:*  The government agency using the allocation between 402 and 403 MHz is NOAA.  It is used for the GOES DCS system and by NOAA radiosondes operating in the *Meteorological Aids* category of service.  Astro Digital has previously coordinated satellites with NOAA on precisely the same frequencies (under both Part 5 and Part 25 of the Commission's rules).[3]  With this filing we will, once again, initiate coordination with NOAA regarding this additional experimental use of the same frequencies for Earth-to-space transmission.  The conditions for use are essentially identical to our current operations within this band.   And, as we expect to carry out and conclude the operations of this mission before December 2019 (nominal), we do not anticipate issues with this coordination process.  We will, of course, keep the Commission apprised of our coordination efforts.

Regarding the TLM Downlink, we have recently coordinated with all the federal agencies regarding use of this frequency channel for the Astro Digital Landmapper system and anticipate no issues with coordinating use of this frequency for the Momentus X1 satellite.

---

[3] *See supra* note 1.

6

<span style="color:red">**Revision 5.1**</span>

6a.5.iii:  *Ground Station Location and Characteristics:*

There are two ground stations associated with the Momentus X1 mission these are situated in Santa Clara, California, USA and Littleton, Colorado USA.  The specific locations are as given in our Form 442.  However, for ease of review, these are repeated here:

- Santa Clara, CA Earth Station:  Lat:  37.380000°, Long. -121.96111° Altitude:  32.8 ft (AMSL)

- Littleton, CO Earth Station:  Lat: 39.573201°, Long: -105.133683°, Altitude:  5835 ft (AMSL)

As described in our Form 442, our emissions from this ground station are as follows:

- Command Transmitter Power Output:  50 watts
- Command Antenna Gain:  21.5 dBi
- Command System EIRP:  37.8 dBw

6b. *Specific Objectives of the Research Project*:

The research objectives of this project are:

a) To demonstrate that microwave electrothermal thrusters provide cost-effective high delta V capability to SmallSats via orbital maneuvering. This mission will show that this particular system is mature enough to be used by the small satellite market, and can be quickly and easily integrated with CubeSats as well as larger, more capable spacecraft. This provides an immediate low-cost mechanism for a wide range of space vehicles to integrate with a low risk profile.

b) To demonstrate that the thermal control design of this medium power thermal propulsion system has sufficient maturity and that the commercial components used in its design have been adequately tested and proven for flight. Thermal data taken for the duration of the mission will show that the system is well-isolated from the rest of the spacecraft, allowing the propulsion unit to be integrated with a range of buses without further thermal design consideration from a bus provider.

c) To show that the performance of this propulsion system is consistent across a performance window of several months; with total burn time of the system

7

**Revision 5.1**

exceeding 50 hours and extreme thermal cycling, the choice of materials and mechanical / thermal design will be shown to adequately withstand a space environment. By demonstrating consistent performance, mission budgets for de-orbiting can be accurately predicted; spacecraft employing this propulsion system would be able to safely de-orbit.

While the maturity of the system can be demonstrated via performance tests, thermal tests, and other key environmental criteria, there is no substitute for running a space propulsion system in a space environment.  Therefore, the utilization of a Part 5, Experimental License is appropriate and this project is in the public interest.

6c. _How will the program of experimentation demonstrate a reasonable promise of contributing to the development, expansion or utilization of the radio art, or is along a research line not already investigated?_

Astro Digital will use a state-of-the-art transmitter technology as part of the propulsion system.  The MET uses water as a propellant and uses microwave energy in a band from 10.25 to 10.60 GHz to heat and then ionize the water - first as a vapor and then as a plasma.   As discussed in Section 6a.2.iv, our design effectively will ensure that no RF energy reaches the Earth or is radiated by the system. While this system has been demonstrated in several university settings,[4] there has never been a space-based demonstration of this technology and water has never been proposed for an MET demonstration as a "safe" propellant.

This propulsion system is an ideal candidate technology for placement on small (or even large) spacecraft in order to be utilized to mitigate collisions with other space objects, to maintain accurate orbital characteristics and, most importantly, it can allow a controlled, timely and safe re-entry of a spacecraft upon mission completion. Given the Commission's Federal mandate to control the debris of non-Federal space stations and given the public interest in this matter, we believe our demonstration is in line with the goals and objectives of the Commission's experimental licensing program.  Further, we note that because of the safe properties of water as a propellant we believe the reduced cost and risk of using MET technology is also very much in the public interest.

---

[4] M. M. Micci,  S. G. Bilén,  and D. E. Clemens,  "History and current status of the microwave electrothermal  thruster," in EUCASS  Proceedings  Series – Advances  in  AeroSpace  Sciences (Array, ed.), vol. 1, pp. 425–438, 2009.

**Momentus X1 ODAR – Version 1.0**

# Astro Digital Momentus X1 Orbital Debris Assessment Report (ODAR)

# MOMENTUS X1-ODAR-1.0

This report is presented as compliance with NASA-STD-8719.14, APPENDIX A. Report Version: 1.0, 11/12/2015



Astro Digital US, Inc.

3171 Jay St.
Santa Clara, CA 95054

Document Data is Not Restricted. This document contains no proprietary, ITAR, or export controlled information.

DocuSign Envelope ID: D457D7AC-FFA7-48D8-BEBF-91A3FFBAA62B

**Momentus X1 ODAR – Version 1.0**

DAS Software Version Used In Analysis: v2.0.2

Astro Digital Momentus X1 Orbital Debris Assessment Report
MOMENTUS X1-ODAR-1.0

APPROVAL:

**Chris Biddy**
CEO, Astro Digital

DocuSigned by:

*Chris Biddy*

A0AAC0F78C324C3...

**Jan A. King**
CTO, Astro Digital

DocuSigned by:

*[signature]*

4C541E8F6F63477...

**Brian Cooper**
Mission Manager
Momentus X1 Program

DocuSigned by:

*Brian Cooper*

ED703B0BBC4340B...

2

**Momentus X1 ODAR – Version 1.0**

| Revision Record | | | | |
|---|---|---|---|---|
| Revision: | Date: | Affected Pages: | Changes: | Author(s): |
| 1.0 | 9/11/2018 | All –Initial | DAS Software Results Orbit Lifetime Analysis | B. Cooper |
|  |  |  |  |  |

## Table of Contents

Self-assessment and OSMA assessment of the ODAR using the format in Appendix A.2 of NASA-STD-8719.14: ........................................................................................... 3

Comments ............................................................................................................................ 4

Assessment Report Format: ............................................................................................ 5

Momentus X1 Description: ............................................................................................. 5

ODAR Section 1: Program Management and Mission Overview ...................................... 5

ODAR Section 2: Spacecraft Description ......................................................................... 6

ODAR Section 3: Assessment of Spacecraft Debris Released during Normal Operations .......................................................................................................................... 10

ODAR Section 4: Assessment of Spacecraft Intentional Breakups and Potential for Explosions. ......................................................................................................................... 11

ODAR Section 5: Assessment of Spacecraft Potential for On-Orbit Collisions ............ 16

ODAR Section 6: Assessment of Spacecraft Post-mission Disposal Plans and Procedures ........................................................................................................................... 17

ODAR Section 7: Assessment of Spacecraft Reentry Hazards ......................................... 19

ODAR Section 8: Assessment for Tether Missions............................................................. 20

Raw DAS 2.0.2 Output ....................................................................................................... 21

Appendix A: Acronyms ...................................................................................................... 30

3

**Momentus X1 ODAR – Version 1.0**

<u>Self-assessment of the ODAR using the format in Appendix A.2 of NASA-STD-8719.14</u>:

A self assessment is provided below in accordance with the assessment format provided in Appendix A.2 of NASA-STD-8719.14.

| Requirement # | Launch Vehicle | | | | Spacecraft | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Compliant | Not Compliant | Incomplete | Standard Non Compliant | Compliant | Not Compliant | Incomplete | |
| 4.3-1.a | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | No Debris Released in LEO.  See note 1. |
| 4.3-1.b | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | No Debris Released in LEO. See note 1. |
| 4.3-2 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | No Debris Released in GEO. See note 1. |
| 4.4-1 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.4-2 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.4-3 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | No planned breakups. See note 1. |
| 4.4-4 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | No planned breakups. See note 1. |
| 4.5-1 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.5-2 | | | | | ☒ | ☐ | ☐ | No critical subsystems needed for EOM disposal |
| 4.6-1(a) | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-1(b) | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-1(c) | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-2 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-3 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-4 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.6-5 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.7-1 | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | See note 1. |
| 4.8-1 | | | | | ☒ | ☐ | ☐ | No tethers used. |

Note 1:  The primary payloads for all launch missions belong to other organizations.  This is not a primary mission of Astro Digital.  All other portions of the launch composite are not the responsibility of Astro Digital and the Momentus X1 program is not the lead launch organization.

<u>Assessment Report Format</u>:

ODAR Technical Sections Format Requirements:

Astro Digital US, Inc is a US company.  This ODAR follows the format in NASA-STD-8719.14, Appendix A.1 and includes the content indicated as a minimum, in each of sections 2 through 8 below for the Momentus X1 satellite.  Sections 9 through 14 apply to the launch vehicle ODAR and are not covered here.

<u>Momentus X1 Space Mission Program</u>:

**<u>ODAR Section 1</u>:  Program Management and Mission Overview**

Program Mission Manager:  Brian Cooper

Senior Management:  Chris Biddy

Foreign government or space agency participation: None.

4

**Momentus X1 ODAR – Version 1.0**

Summary of NASA's responsibility under the governing agreement(s): N/A

**Schedule of upcoming mission milestones:**

- Shipment of spacecraft: Q4 2018
- First Launch: Q1 2019

**Mission Overview:**  Momentus X1 is a technology demonstration spacecraft built to the 16U CubeSat standard. It includes the Vigoride™ thruster which energizes water steam into a plasma using microwaves and ejects the super-heated propellant to efficiently produce thrust. The spacecraft will be launched aboard a Soyuz rocket in a 16U CubeSat Deployer designed and built by ECM Technologies of Berlin.

The spacecraft bus is the Corvus-16 design. The common satellite bus uses reaction wheels, magnetic torque coils, star trackers, magnetometers, sun sensors, and gyroscopes to enable precision 3-axis pointing without the use of propellant.

**Launch Vehicles and Launch Sites:**  *Soyuz*, Baikonur Cosmodrome, Kazakhstan.

**Proposed Initial Launch Date:**  Q1 2019

**Mission Duration:**  The anticipated mission duration is 9 months (nominal).

**Launch and deployment profile, including all parking, transfer, and operational orbits with apogee, perigee, and inclination:**  The selected launch vehicle will transport multiple mission payloads to orbit.  The Momentus X1 spacecraft will be deployed into a sun synchronous low Earth orbit.  Once the final stage has burned out, the primary payloads will be dispensed.  After the primary payloads are clear, the secondary payload will separate. The Momentus X1 spacecraft will deploy a UHF antenna once deployed from the ECM deployer.   The spacecraft will decay naturally from operational orbits within the following ranges:

Average Orbital Altitude: 583 km to 587 km

Eccentricity: 0.0000 to 0.0033

Inclination:  97.4° to 98.6°

The Momentus X1 propulsion system has a very small total impulse, and as such is not being considered as a viable deorbit method. The spacecraft will be launched into an orbit that will result in a natural orbital decay in less than 25 years.

DocuSign Envelope ID: D457D7AC-EFA7-48D8-BEBE-91A3FFBAA62B

**Momentus X1 ODAR – Version 1.0**

**<u>ODAR Section 2</u>: Spacecraft Description:**

*Physical description of the spacecraft*:

Momentus X1 uses the standard Corvus-16 bus, which is based on the 16U CubeSat form factor. Basic physical dimensions are 454.0 mm x 246.3 mm x 246.3 mm with a mass of no more than 24 kg. The superstructure is comprised of 5 outer panels and one internal panel separating the telescope from the bus electronics. There are L rails along each of the 454 mm edges. These accommodate the deployment of the satellite from the deployer. The bus electronics provide additional internal stability to the structure. The Momentus X1 Vigoride thruster nozzle is located on the +Z face of the spacecraft.

The spacecraft bus includes a spring-loaded UHF antenna which is deployed after jettison from the deployer by a burn wire controlled by a software timer via the flight computer.  Power is locked away from all spacecraft platform and payload components by means of redundant series separation switches.  These switches cannot be activated until the spacecraft separates from the deployer structure.  The spacecraft is depicted in Figure 1.



*Figure 1:  Momentus X1 Spacecraft*

**Momentus X1 ODAR – Version 1.0**

**Total satellite mass at launch, including all propellants and fluids:**
Momentus X1: 22.0 kg +/- 2.0 kg

**Dry mass of satellites at launch:**
Momentus X1: 21.85 kg +/- 2.0 kg

**Description of all propulsion systems (cold gas, mono-propellant, bi-propellant, electric, nuclear):** The Vigoride propulsion system energizes distilled water into a plasma using RF microwave energy. The plasma is expelled out of the thruster using a nozzle to produce thrust at an Isp exceeding traditional chemical propulsion systems. The expected thrust and Isp will vary with power input levels. Thrust will not exceed 20 mN maximum. The Momentus X1 propulsion system includes a nominal 150 grams of water propellant with a tolerance of -50grams/+100grams. The thruster is not expected to be operated at peak efficiency throughout the mission, but the absolute maximum impulse possible if it were would be less than 1000 N-s.

The propulsion system is pump fed, but the tank contains a diaphragm and will be pressurized with inert gaseous nitrogen (N2). N2 is commonly used as a pressurant for many fluid and propulsion systems. At spacecraft integration the tank is fueled with water and then pressurized to 1 atmosphere (14 psi, nominal ambient sea level atmospheric pressure) with the nitrogen. The tank then remains at this pressure during transportation to the launch site, launch and after launch until thruster operations. As the water propellant is pumped out from the tank, the pressure will be reduced.

At launch, the system is not considered pressurized because of its 1 atmosphere specification. The fuel tank has been proof tested to greater than three times the limit load.

At the end of the mission, the propellant flow valve will be fully opened which will allow all propellant and pressurant to vent into space and remove all energy from the system. The spacecraft will be oriented in such a way that any resultant thrust from the drain operation will result in a lower orbital altitude.

Please note that the accompanying DAS analysis assumes the worst case end of life mass of 23.9 kg, which coincides with the worst case ballistic coefficient (highest dry mass and lowest potential propellant load of 100 grams of water).

**Identification, including mass and pressure, of all fluids (liquids and gases) planned to be on board and a description of the fluid loading plan or strategies, excluding fluids in sealed heat pipes**:
A nominal 100 grams (but up to 250 grams) of benign distilled water and no less than 83 ml of N2 pressurant gas at 14 psi. These fluids will be loaded prior to integration of the spacecraft into the standard CubeSat deployer. There will be zero

7

**Momentus X1 ODAR – Version 1.0**

gauge pressure at the time of loading through launch. The atmospheric pressure present will result in the tank pressurizing to 14 psi during launch. The pressure vessel has been tested to 3x the proof pressure and is qualified for transportation by the DOT, as it is not a pressure vessel while in the atmosphere.

**Fluids in Pressurized Batteries**:  None

The Corvus-16 satellite design uses eight unpressurized standard COTS Lithium-Ion battery cells in each spacecraft.  The energy capacity of each battery is 12 W-Hrs. The total capacity energy capacity per spacecraft is 96 W-Hrs.

**Description of attitude control system and indication of the normal attitude of the spacecraft with respect to the velocity vector**:  The Momentus X1 spacecraft will be initially controlled by magnetic torque coils embedded in the fixed solar panels of the spacecraft. These will be used to detumble the spacecraft to a low enough rate such that the reaction wheels can take over and provide precision 3-axis attitude control.

- A _sun pointing mode_ that is optimized for solar power generation from the satellite. The spacecraft's large fixed panels will be oriented towards the sun. This mode will make use of magnetometers, sun sensors, reaction wheels, and magnetic torquers to orient the spacecraft correctly.
- A _targeted tracking mode_, which will allow the thrust axis to be pointed in any direction in inertial space.  This mode will make use of reaction wheels and a star tracker to orient the spacecraft.

**Description of any range safety or other pyrotechnic devices**:  None.  The spacecraft deploy its antenna using a burn wire system.  The mechanical pressurant system will use solenoids and electric motors to reduce the volume of the pressurant tank. System power is locked off during launch by two series and two parallel deployment switches but, the ECM deployer prevents any form of premature deployment, in any case.  The antenna and panel spring constants are very low and can be held in place by hand.

**Description of the electrical generation and storage system**: Standard COTS Lithium-Ion battery cells are charged before payload integration and provide electrical energy during the eclipse portion of the satellites' orbit.  The batteries are operated in an "all-parallel" arrangement that results in increased safety thanks to natural voltage balancing between cells. A series of Triple Junction Solar Cells generate a maximum on-orbit power of approximately 42 watts at the end-of-life of the mission.  Typical bus operations consume 8 watts of power on average. The thruster can consume up to 150 watts in short bursts. The charge/discharge cycle is managed by a power management system overseen by the Flight Computer.

**Identification of any other sources of stored energy not noted above**:  None

**Momentus X1 ODAR – Version 1.0**

**Identification of any radioactive materials on board**: None

**ODAR Section 3**: **Assessment of Spacecraft Debris Released during Normal Operations**:

**Identification of any object (>1 mm) expected to be released from the spacecraft any time after launch, including object dimensions, mass, and material**: None.

**Rationale/necessity for release of each object**:  N/A.

**Time of release of each object, relative to launch time**:  N/A.

**Release velocity of each object with respect to spacecraft**:  N/A.
**Expected orbital parameters (apogee, perigee, and inclination) of each object after release**:  N/A.

**Calculated orbital lifetime of each object, including time spent in Low Earth Orbit (LEO)**: N/A.

**Assessment of spacecraft compliance with Requirements 4.3-1 and 4.3-2 (per DAS v2.0.2)**
**4.3-1, Mission Related Debris Passing Through LEO:** COMPLIANT
**4.3-2, Mission Related Debris Passing Near GEO**:  COMPLIANT

**ODAR Section 4**:  **Assessment of Spacecraft Intentional Breakups and Potential for Explosions.**

Potential causes of spacecraft breakup during deployment and mission operations: There are two potential scenarios that could potentially lead to a breakup of the satellite. In order of credibility:
1) Rupture of the propellant tank (H20, N2)
2) Lithium-ion battery cell failure

**Summary of failure modes and effects analyses of all credible failure modes which may lead to an accidental explosion**:  The in-orbit failure of a battery cell protection circuit could lead to a short circuit resulting in overheating and a very remote possibility of battery cell explosion. The battery safety systems discussed in the FMEA (see requirement 4.4-1 below) describe the combined faults that must occur for any of seven (7) independent, mutually exclusive failure modes to lead to such an explosion.

9

**Momentus X1 ODAR – Version 1.0**

**Detailed plan for any designed spacecraft breakup, including explosions and intentional collisions**:  There are no planned breakups.

**List of components which shall be passivated at End of Mission (EOM) including method of passivation and amount which cannot be passivated**: Eight (8) Lithium Ion Battery Cells

**Rationale for all items which are required to be passivated, but cannot be due to their design**: None

**Assessment of spacecraft compliance with Requirements 4.4-1 through 4.4-4:**

**Requirement 4.4-1: Limiting the risk to other space systems from accidental explosions during deployment and mission operations while in orbit about Earth or the Moon**:  *"For each spacecraft and launch vehicle orbital stage employed for a mission, the program or project shall demonstrate, via failure mode and effects analyses or equivalent analyses, that the integrated probability of explosion for all credible failure modes of each spacecraft and launch vehicle is less than 0.001 (excluding small particle impacts) (Requirement 56449)."*

*Compliance statement*:

Required Probability: 0.001

Expected probability, Momentus X1: 0.0000

## Supporting Rationale and FMEA details:

## Pressure Tank Explosion:

**Effect:** A rupture of a the propellant tank would release water and nitrogen. Due to the low pressure (14 psia), the penetrating energy of any debris would be relatively low. The tank is enclosed in the solid aluminum structural panels of the spacecraft. These aluminum walls would contain any released debris within the body of the spacecraft.

**Probability:** Very low. A structural failure of the tank would need to occur, and the mechanisms by which these failures occur are very well understood. CubeSats are typically volume-limited as opposed to mass-limited. This means that it is very easy to add mass to a given structure to protect against failure, and structural strength margins can be very high. This is employed in the design of the pressure vessels for Momentus X1. Whereas typical aerospace components would have a margin of

10

**Momentus X1 ODAR – Version 1.0**

safety under 2, all structures on the Corvus satellite designs have strength to failure margins of 3 or greater.

## Battery explosion:

**Effect**: All failure modes below might result in battery explosion with the possibility of orbital debris generation. However, in the unlikely event that a battery cell does explosively rupture, the small size, mass, and potential energy, of these small batteries is such that while the spacecraft could be expected to vent gases, most debris from the battery rupture should be contained within the spacecraft due to the lack of penetration energy to the multiple enclosures surrounding the batteries.

**Probability**: Extremely Low.  It is believed to be less than 0.01% given that multiple independent (not common mode) faults must occur for each failure mode to cause the ultimate effect (explosion).

*Failure mode 1*: Internal short circuit.

*Mitigation 1*: Protoflight level sine burst, sine and random vibration in three axes of both spacecraft, thermal vacuum cycling of both spacecraft and extensive functional testing followed by maximum system rate-limited charge and discharge cycles were performed to prove that no internal short circuit sensitivity exists.  Additional environmental and functional testing of the batteries at the power subsystem vendor facilities were also conducted on the batteries at the component level.

*Combined faults required for realized failure*:  Environmental testing **AND** functional charge/discharge tests must both be ineffective in discovery of the failure mode.

*Failure Mode 2*:  Internal thermal rise due to high load discharge rate.

*Mitigation 2*:  Battery cells were tested in lab for high load discharge rates in a variety of flight-like configurations to determine if the feasibility of an out-of-control thermal rise in the cell. Cells were also tested in a hot, thermal vacuum environment (5 cycles at 50° C, then to -20°C) in order to test the upper limit of the cells capability. No failures were observed or identified via satellite telemetry or via external monitoring circuitry.

*Combined faults required for realized failure*:  Spacecraft thermal design must be incorrect **AND** external over-current detection and disconnect function must fail to enable this failure mode.

*Failure Mode 3*:  Excessive discharge rate or short-circuit due to external device failure or terminal contact with conductors not at battery voltage levels (due to abrasion or inadequate proximity separation).

**Momentus X1 ODAR – Version 1.0**

*Mitigation 3*:  This failure mode is negated by:

a) qualification tested short circuit protection on each external circuit,

b) design of battery packs and insulators such that no contact with nearby board traces is possible without being caused by some other mechanical failure,

c) observation of such other mechanical failures by protoflight level environmental tests (sine burst, random vibration, thermal cycling, and thermal-vacuum tests).

*Combined faults required for realized failure*: An external load must fail/short-circuit AND external over-current detection and disconnect function must all occur to enable this failure mode.

**Failure Mode 4**: Inoperable vents.

*Mitigation 4*:  Battery venting is not inhibited by the battery holder design or the spacecraft design.  The battery can vent gases to the external environment.

*Combined effects required for realized failure*:  The cell manufacturer OR the satellite integrator fails to install proper venting.

**Failure Mode 5:**  Crushing

*Mitigation 5:*  This mode is negated by spacecraft design.  There are no moving parts in the proximity of the batteries.

*Combined faults required for realized failure:*  A catastrophic failure must occur in an external system **AND** the failure must cause a collision sufficient to crush the batteries leading to an internal short circuit **AND** the satellite must be in a naturally sustained orbit at the time the crushing occurs.

**Failure Mode 6:** Low level current leakage or short-circuit through battery pack case or due to moisture-based degradation of insulators.

*Mitigation 6*:  These modes are negated by:

a)  battery holder/case design made of non-conductive plastic, and

b)  operation in vacuum such that no moisture can affect insulators.

12

**Momentus X1 ODAR – Version 1.0**

*Combined faults required for realized failure:* Abrasion or piercing failure of circuit board coating or wire insulators **AND** dislocation of battery packs **AND** failure of battery terminal insulators **AND** failure to detect such failures in environmental tests must occur to result in this failure mode.

*Failure Mode 7:* Excess temperatures due to orbital environment and high discharge combined.

*Mitigation 7:* The spacecraft thermal design will negate this possibility. Thermal rise has been analyzed in combination with space environment temperatures showing that batteries do not exceed normal allowable operating temperatures under a variety of modeled cases, including worst case orbital scenarios. Analysis shows these temperatures to be well below temperatures of concern for explosions.

*Combined faults required for realized failure*: Thermal analysis **AND** thermal design **AND** mission simulations in thermal-vacuum chamber testing **AND** over-current monitoring and control must all fail for this failure mode to occur.

**Requirement 4.4-2**: **Design for passivation after completion of mission operations while in orbit about Earth or the Moon:**

*'Design of all spacecraft and launch vehicle orbital stages shall include the ability to deplete all onboard sources of stored energy and disconnect all energy generation sources when they are no longer required for mission operations or post-mission disposal or control to a level which can not cause an explosion or deflagration large enough to release orbital debris or break up the spacecraft (Requirement 56450)."*

*Compliance statement*: Momentus X1 includes the ability to fully disconnect the Lithium Ion cells from the charging current of the solar arrays. At End-Of-Life, this feature can be used to completely passivate the batteries by removing all energy from them. In the unlikely event that a battery cell does explosively rupture, the small size, mass, and potential energy, of these small batteries is such that while the spacecraft could be expected to vent gases, the debris from the battery rupture should be contained within the spacecraft due to the lack of penetration energy to the multiple enclosures surrounding the batteries.

As discussed above in the propulsion system section, all energy will be released from the propulsion system prior to spacecraft deactivation. The spacecraft will be oriented such that any thrust generated from propellant release results in an orbit lowering maneuver. All thruster valves will be opened until all propellant and pressurant are completely released. No attempt will be made to activate the RF microwave element, which will result in a "cold gas" thruster firing.

**Requirement 4.4-3. Limiting the long-term risk to other space systems from planned breakups: Compliance statement:** This requirement is not applicable. There are no planned breakups.

13

**Momentus X1 ODAR – Version 1.0**

**Requirement 4.4-4: Limiting the short-term risk to other space systems from planned breakups: Compliance statement:** This requirement is not applicable. There are no planned breakups.

**ODAR Section 5: Assessment of Spacecraft Potential for On-Orbit Collisions**

**Assessment of spacecraft compliance with Requirements 4.5-1 and 4.5-2 (per DAS v2.0.2, and calculation methods provided in NASA-STD-8719.14, section 4.5.4):**

**Requirement 4.5-1. Limiting debris generated by collisions with large objects when operating in Earth orbit:**

*"For each spacecraft and launch vehicle orbital stage in or passing through LEO, the program or project shall demonstrate that, during the orbital lifetime of each spacecraft and orbital stage, the probability of accidental collision with space objects larger than 10 cm in diameter is less than 0.001 (Requirement 56506)."*

Large Object Impact and Debris Generation Probability: 0.00001; COMPLIANT.

**Requirement 4.5-2. Limiting debris generated by collisions with small objects when operating in Earth or lunar orbit:**

*"For each spacecraft, the program or project shall demonstrate that, during the mission of the spacecraft, the probability of accidental collision with orbital debris and meteoroids sufficient to prevent compliance with the applicable postmission disposal requirements is less than 0.01 (Requirement 56507)."*

Small Object Impact and Debris Generation Probability: 0.0000; COMPLIANT

**Identification of all systems or components required to accomplish any post-mission disposal operation, including passivation and maneuvering:** None

**ODAR Section 6: Assessment of Spacecraft Post-mission Disposal Plans and Procedures**

**6.1 Description of spacecraft disposal option selected:** The satellite will de-orbit naturally by atmospheric re-entry.

14

**Momentus X1 ODAR – Version 1.0**

**6.2 Plan for any spacecraft maneuvers required to accomplish post-mission disposal:**  None are required to accomplish post-mission disposal

**6.3 Calculation of area-to-mass ratio after post-mission disposal, if the controlled reentry option is not selected:**

Spacecraft Mass:  24.0 kg (selected as worst case mass)
Cross-sectional Area: 0.135 m^2 (average tumbling)
(Calculated by DAS 2.0.2).   Area to mass ratio: 0.005625 m^2/kg

**6.4 Assessment of spacecraft compliance with Requirements 4.6-1 through 4.6-5 (per DAS v 2.0.2 and NASA-STD-8719.14 section):  Requirement 4.6-1. Disposal for space structures passing through LEO:**

*"A spacecraft or orbital stage with a perigee altitude below 2000 km shall be disposed of by one of three methods: (Requirement 56557)*

*a. Atmospheric reentry option: Leave the space structure in an orbit in which natural forces will lead to atmospheric reentry within 25 years after the completion of mission but no more than 30 years after launch; or Maneuver the space structure into a controlled de-orbit trajectory as soon as practical after completion of mission.*

*b. Storage orbit option: Maneuver the space structure into an orbit with perigee altitude greater than 2000 km and apogee less than GEO - 500 km.*

*c. Direct retrieval: Retrieve the space structure and remove it from orbit within 10 years after completion of mission."*

Analysis:
The Momentus X1 spacecraft will follow a concept of operations to ensure a safe disposal within 25 years of the end of the mission. To demonstrate the thruster, the perigee of the orbit will be lowered first, and the apogee will be raised afterwards. This will ensure that even if the thruster fails at any point, the lifetime requirement will still be met. The final target orbit will be a perigee of 560 km and an apogee of 615 km. This results in an orbit lifetime of **22.0 years**.

This analysis was performed with the NASA Debris Assessment Software 2.0.2. Figure 2 and Figure 3 show the output data from this analysis.

15



*Figure 2: Momentus X1 Orbit History (615x560 km worst case orbit)*

**Requirement 4.6-2. Disposal for space structures near GEO:**
Analysis is not applicable.

**Requirement 4.6-3. Disposal for space structures between LEO and GEO:**
Analysis is not applicable.

**Requirement 4.6-4. Reliability of Post-mission Disposal Operations:**
Analysis is not applicable.  The satellite will reenter passively without post mission disposal operations within the allowable timeframe.

**ODAR Section 7: Assessment of Spacecraft Reentry Hazards:**

**Assessment of spacecraft compliance with Requirement 4.7-1: Requirement 4.7-1. Limit the risk of human casualty:**

16

DocuSign Envelope ID: D457D7AC-FFA7-48D8-BEBE-91A3FFBAA62B

**Momentus X1 ODAR – Version 1.0**

*"The potential for human casualty is assumed for any object with an impacting kinetic energy in excess of 15 joules:*
*a) For uncontrolled reentry, the risk of human casualty from surviving debris shall not exceed 0.0001 (1:10,000) (Requirement 56626)."*
Summary Analysis Results: DAS v2.0.2 reports that Momentus X1 is COMPLIANT with the requirement.  The critical values reported by the DAS software are:

- Demise Altitude = 0.0 km
- Debris Casualty Area = 0.68 m^2
- Impact Kinetic Energy = 4504 Joules
- Risk of Human Casualty = 1:115700

 This is expected to represent the absolute maximum casualty risk, as calculated with DAS's modeling capability.

**Requirements 4.7-1b, and 4.7-1c:**
These requirements are non-applicable requirements because the spacecraft does not use controlled reentry.

**4.7-1, b)**:   *"For controlled reentry, the selected trajectory shall ensure that no surviving debris impact with a kinetic energy greater than 15 joules is closer than 370 km from foreign landmasses, or is within 50 km from the continental U.S., territories of the U.S., and the permanent ice pack of Antarctica (Requirement 56627)."*

Not applicable to Momentus X1.  The satellite does not use controlled reentry.

**4.7-1 c):**  *"For controlled reentries, the product of the probability of failure of the reentry burn (from Requirement 4.6-4.b) and the risk of human casualty assuming uncontrolled reentry shall not exceed 0.0001 (1:10,000) (Requirement 56628)."*

Not applicable.  The satellite does not use controlled reentry.

**ODAR Section 8: Assessment for Tether Missions**
Not applicable.  There are no tethers used in Momentus X1

END of ODAR for Momentus X1

17

**Momentus X1 ODAR – Version 1.0**

**The raw DAS report as follows for Momentus X1:**

08 21 2018; 14:57:59PM     Processing Requirement 4.3-1:     Return Status : Not Run

=====================
No Project Data Available
=====================

=============== End of Requirement 4.3-1 ===============

08 21 2018; 14:58:02PM     Processing Requirement 4.3-2: Return Status : Passed

=====================
No Project Data Available
=====================

=============== End of Requirement 4.3-2 ===============

08 21 2018; 14:58:05PM     Requirement 4.4-3:  Compliant

=============== End of Requirement 4.4-3 ===============
08 21 2018; 15:34:46PM     Processing Requirement 4.5-1:  Return Status :  Passed

===============
Run Data
===============

**INPUT**

      Space Structure Name = Momentus X1
      Space Structure Type = Payload
      Perigee Altitude = 560.000000 (km)
      Apogee Altitude = 615.000000 (km)
      Inclination = 98.600000 (deg)
      RAAN = 0.000000 (deg)
      Argument of Perigee = 0.000000 (deg)
      Mean Anomaly = 0.000000 (deg)
      Final Area-To-Mass Ratio = 0.005650 (m^2/kg)
      Start Year = 2019.000000 (yr)
      Initial Mass = 24.000000 (kg)
      Final Mass = 23.900000 (kg)
      Duration = 1.000000 (yr)
      Station-Kept = False
      Abandoned = True

18

PMD Perigee Altitude = -1.000000 (km)
PMD Apogee Altitude = -1.000000 (km)
PMD Inclination = 0.000000 (deg)
PMD RAAN = 0.000000 (deg)
PMD Argument of Perigee = 0.000000 (deg)
PMD Mean Anomaly = 0.000000 (deg)

**OUTPUT**

Collision Probability = 0.000009
Returned Error Message: Normal Processing
Date Range Error Message: Normal Date Range
Status = Pass

==============

============== End of Requirement 4.5-1 ==============

08 21 2018; 15:35:02PM    Requirement 4.5-2:  Compliant
08 21 2018; 15:35:04PM    Processing Requirement 4.6    Return Status :  Passed

==============
Project Data
==============

**INPUT**

Space Structure Name = Momentus X1
Space Structure Type = Payload

Perigee Altitude = 560.000000 (km)
Apogee Altitude = 615.000000 (km)
Inclination = 98.600000 (deg)
RAAN = 0.000000 (deg)
Argument of Perigee = 0.000000 (deg)
Mean Anomaly = 0.000000 (deg)
Area-To-Mass Ratio = 0.005650 (m^2/kg)
Start Year = 2019.000000 (yr)
Initial Mass = 24.000000 (kg)
Final Mass = 23.900000 (kg)
Duration = 1.000000 (yr)
Station Kept = False
Abandoned = True
PMD Perigee Altitude = 565.717223 (km)
PMD Apogee Altitude = 608.933833 (km)
PMD Inclination = 98.587346 (deg)

19

**Momentus X1 ODAR – Version 1.0**

PMD RAAN = 38.340690 (deg)
PMD Argument of Perigee = 231.768575 (deg)
PMD Mean Anomaly = 0.000000 (deg)

**OUTPUT**

Suggested Perigee Altitude = 565.717223 (km)
Suggested Apogee Altitude = 608.933833 (km)
Returned Error Message = Passes LEO reentry orbit criteria.

Released Year = 2041 (yr)
Requirement = 61
Compliance Status = Pass

==============

============== End of Requirement 4.6 ==============

08 21 2018; 15:50:46PM    *********Processing Requirement 4.7-1
Return Status :  Passed

***********INPUT****
 Item Number = 1

name = Momentus X1
quantity = 1
parent = 0
materialID = 5
type = Box
Aero Mass = 23.900000
Thermal Mass = 23.900000
Diameter/Width = 0.246000
Length = 0.454000
Height = 0.246000

name = Chamber
quantity = 1
parent = 1
materialID = 54
type = Box
Aero Mass = 0.008000
Thermal Mass = 0.008000
Diameter/Width = 0.006000
Length = 0.031000
Height = 0.006000

20

name = Tank
quantity = 1
parent = 1
materialID = 54
type = Box
Aero Mass = 5.000000
Thermal Mass = 5.000000
Diameter/Width = 0.200000
Length = 0.250000
Height = 0.200000

name = Window
quantity = 1
parent = 1
materialID = -1
type = Box
Aero Mass = 0.014000
Thermal Mass = 0.014000
Diameter/Width = 0.030000
Length = 0.038000
Height = 0.030000

name = Chamber2
quantity = 1
parent = 1
materialID = 33
type = Box
Aero Mass = 0.020000
Thermal Mass = 0.020000
Diameter/Width = 0.010000
Length = 0.056000
Height = 0.010000

*************OUTPUT****
Item Number = 1

name = Momentus X1
Demise Altitude = 77.995811
Debris Casualty Area = 0.000000
Impact Kinetic Energy = 0.000000

**********************************
name = Chamber
Demise Altitude = 75.317726
Debris Casualty Area = 0.000000
Impact Kinetic Energy = 0.000000

21

**Momentus X1 ODAR – Version 1.0**

```
**********************************

name = Tank
Demise Altitude = 0.000000
Debris Casualty Area = 0.678328
Impact Kinetic Energy = 4503.674316


**********************************

name = Window
Demise Altitude = 0.000000
Debris Casualty Area = 0.401657
Impact Kinetic Energy = 1.551344


**********************************

name = Chamber2
Demise Altitude = 75.390045
Debris Casualty Area = 0.000000
Impact Kinetic Energy = 0.000000


**********************************


=============== End of Requirement 4.7-1 ===============
```

22

DocuSign Envelope ID: D457D7AC-EFA7-49D8-BEBF-91A3FFBAA62B

**Momentus X1 ODAR – Version 1.0**

### Appendix A:  Acronyms

| | |
|---|---|
| Arg peri | Argument of Perigee |
| CDR | Critical Design Review |
| Cm | centimeter |
| COTS | Commercial Off-The-Shelf (items) |
| DAS | Debris Assessment Software |
| EOM | End Of Mission |
| FRR | Flight Readiness Review |
| GEO | Geosynchronous Earth Orbit |
| ITAR | International Traffic In Arms Regulations |
| Kg | kilogram |
| Km | kilometer |
| LEO | Low Earth Orbit |
| Li-Ion | Lithium Ion |
| m^2 | Meters squared |
| ml | milliliter |
| mm | millimeter |
| N/A | Not Applicable. |
| NET | Not Earlier Than |
| ODAR | Orbital Debris Assessment Report |
| OSMA | Office of Safety and Mission Assurance |
| PDR | Preliminary Design Review |
| PL | Payload |
| ISIPOD | ISIS CubeSat Deployer |
| PSIa | Pounds Per Square Inch, absolute |
| RAAN | Right Ascension of the Ascending Node |
| SMA | Safety and Mission Assurance |
| Ti | Titanium |
| Yr | year |

23

Jan A. King, 3171 Jay Street, Santa Clara, CA 95054,

## United States of America
## FEDERAL COMMUNICATIONS COMMISSION
## EXPERIMENTAL
## RADIO STATION CONSTRUCTION PERMIT
## AND LICENSE

| EXPERIMENTAL | WJ2XWG |
|---|---|
| (Nature of Service) | (Call Sign) |

| XR    FX MO | 0698-EX-CN-2018 |
|---|---|
| (Class of Station) | (File Number) |

NAME                                Astro Digital US, Inc.

Subject to the provisions of the Communications Act of 1934, subsequent acts, and treaties, and all regulations heretofore or hereafter made by this Commission, and further subject to the conditions and requirements set forth in this license, the licensee hereof is hereby authorized to use and operate the radio transmitting facilities hereinafter described for radio communications in accordance with the program of experimentation described by the licensee in its application for license.

Operation:   In accordance with Sec. 5.3(d) of the Commission's Rules

## Station Locations

(1)    MOBILE: LEO SAT orbit 585 km altitude, 98.0 degree incl
(2)    Santa Clara (SANTA CLARA), CA - NL 37-22-48; WL 121-57-40
(3)    Littleton (JEFFERSON), CO - NL 39-34-24; WL 105-08-01

## Frequency Information

MOBILE: LEO SAT orbit 585 km altitude, 98.0 degree incl

| Frequency | Station Class | Emission Designator | Authorized Power | Frequency Tolerance (+/-) |
|---|---|---|---|---|
| 400.5 MHz | MO | | 2 W (ERP) | 2.5E-6 % |
| | | 40K0F1D | | |

Santa Clara (SANTA CLARA), CA - NL 37-22-48; WL 121-57-40

| Frequency | Station Class | Emission Designator | Authorized Power | Frequency Tolerance (+/-) |
|---|---|---|---|---|
| 402.9 MHz | FX | | 3715 W (ERP) | 2.5E-6 % |
| | | 40K0F1D | | |

This authorization effective    February 11, 2019    and
will expire 3:00 A.M. EST    February 01, 2020

**FEDERAL
COMMUNICATIONS
COMMISSION**



Licensee Name: Astro Digital US, Inc.          File Number: 0698-EX-CN-2018   Call Sign: WJ2XWG

Frequency Information

Littleton (JEFFERSON), CO - NL 39-34-24; WL 105-08-01

| Frequency | Station Class | Emission Designator | Authorized Power | Frequency Tolerance (+/-) |
|-----------|---------------|---------------------|------------------|---------------------------|
| 402.9 MHz | FX | | 3715 W (ERP) | 2.5E-6 % |
| | | 40K0F1D | | |

Special Conditions:

(1)    Upon receipt of a conjunction warning from the JSpOC or other source, the licensee must review the warning and take all possible steps to assess and, if necessary, to mitigate collision risk, including, but not limited to: contacting the operator of any active spacecraft involved in such warning; sharing ephemeris data and other appropriate operational information with any such operator; modifying spacecraft attitude and/or operations.

(2)    The licensee shall provide the Commission with all information required for the Advance Publication, Coordination and Notification of frequency assignments pursuant to the International Radio Regulations.  This includes the preparation of draft materials, to be provided to the Commission prior to submission to the International Telecommunication Union.  The authorized operations require notification of frequency assignments pursuant to Article 11 of the ITU Radio Regulations. Licensee shall provide the FCC, not later than 30 days after a frequency assignment is brought into use, the documents required for notification (including SpaceCap Notification MDB file) of such frequency assignments.  The licensee shall also prepare materials for informing the ITU that a frequency assignments has been brought into use, or that its use has been suspended or permanently discontinued.

(3)    Following launch of the satellite, the licensee must notify the FCC through electronic submission to the license file, of the status of the satellite (transmissions commenced, etc.), not later than 7 days after commencement or expected commencement of transmissions, and of termination of transmissions, not later than three months after such termination.

(4)    Point of Communications: Momentus X1 satellite.