**BAKER MCKENZIE LLP**
Perrie M. Weiner (Bar No. 134146)
perrie.weiner@bakermckenzie.com
Aaron T. Goodman (Bar No. 330791)
aaron.goodman@bakermckenzie.com
Paul Chander (Bar No. 305133)
paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile: +1 619 321 6201

*Attorneys for Defendants Momentus Inc. and Dawn Harms*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-cv-05744 JFW (SHKx) |
| | **DECLARATION OF AARON T. GOODMAN AS LEAD TRIAL COUNSEL** |
| | Before:      The Hon. John F. Walter |
| | Courtroom: 7A |
| | Complaint Filed: July 15, 2021 |
| | FAC Filed: November 12, 2021 |

DECLARATION OF AARON T. GOODMAN AS LEAD TRIAL COUNSEL

I, Aaron T. Goodman, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and the United States District Court for the Central District of California.  I am a Partner with the law firm Baker McKenzie LLP, counsel of record for Defendants Momentus Inc. ("Momentus") and Dawn Harms (collectively, the "Defendants") in the above captioned matter.

2.      I respectfully submit this Declaration in compliance with Paragraph 3 of the Court's Standing Order (Dkt. No. 10).

3.      My E-Mail Address of Record is aaron.goodman@bakermckenzie.com.

4.      I confirm that as Lead Trial Counsel I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Phoenix, Arizona on March 17, 2022.

/s/ Aaron T. Goodman
Aaron T. Goodman

- 1 -

DECLARATION OF AARON T. GOODMAN AS LEAD TRIAL COUNSEL