Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
 *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) |
| | Honorable John F. Walter |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO MOTIONS TO DISMISS** |
| | Hearing Date: July 11, 2022 |
| | Time:          1:30 p.m. |
| | Courtroom:   7A |

SPENCER DECL. I/S/O PLAINTIFF'S OPPOSITIONS TO MOTIONS TO DISMISS

I, Garth Spencer, hereby declare as follows:

1.    I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner at the law firm of Glancy Prongay & Murray LLP, and an attorney for Lead Plaintiff Hartmut Haenisch in the above-captioned action. I am familiar with the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a chart depicting the price of Stable Road Acquisition Corp.'s publicly traded common stock from September 2020 to August 2021, derived from data obtained from Bloomberg, with annotations added for ease of reference. Stable Road Acquisition Corp.'s trading symbol changed from SRAC to MNTS on or about August 13, 2021, upon the closing of the business combination between Stable Road Acquisition Corp. and Momentus Inc.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Form 8-K publicly filed by Momentus Inc. with the SEC on January 7, 2022, with highlighting added for ease of reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of May, 2022.


*/s/ Garth A. Spencer*
Garth A. Spencer

SPENCER DECL. I/S/O PLAINTIFF'S OPPOSITIONS TO MOTIONS TO DISMISS
1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On May 26, 2022, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2022, at Jacksonville, Florida.

*s/ Garth A. Spencer*
Garth A. Spencer