# Exhibit 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

January 3, 2022
Date of Report (date of earliest event reported)

# Momentus Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **001-39128** | **84-1905538** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**3901 N. First Street**
**San Jose, California**

**95134**

(Address of Principal Executive Offices)

(Zip Code)

**(650) 564-7820**
Registrant's telephone number, including area code

Stable Road Acquisition Corp.

| 1345 Abbot Kinney Blvd. Venice, California | |
|---|---|
| 2020 | 90291 |

(Former name, former address and former fiscal year, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to section 12(g) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock | MNTS | The Nasdaq Capital Market LLC |
| Warrants | MNTSW | The Nasdaq Capital Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On January 3, 2022, Fred Kennedy, the President of Momentus Inc. (the "Company"), tendered his resignation from the Company, effective January 21, 2022. The Company's Chief Executive Officer, John Rood, will assume the role of the Company's President.

On January 7, 2022, Rob Schwarz was appointed head of the Engineering and Operations Organization at the Company on an interim basis. Mr. Schwarz has served as the Company's Chief Technology Officer since February 2020.

**Item 7.01    Regulation FD Disclosure.**

The following information is provided pursuant to Item 7.01 of Form 8-K, "Regulation FD Disclosure."

On January 7, 2022, the Company issued a press release regarding the resignation of Fred Kennedy. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

This information and the information contained in Exhibit 99.1 is furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and shall not be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as may be expressly set forth by specific reference in any such filing, regardless of any general incorporation language in the filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press Release, dated January 7, 2022, issued by Momentus Inc. |
| 104 | Cover Page Interactive Data File (formatted in Inline XBRL and contained in Exhibit 101 |

**SIGNATURE**

**Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.**

|  |  |  |
|---|---|---|
|  | By: | <u>/s/**Jikun Kim**</u> |
|  | Name: | Jikun Kim |
| Dated:     January 7, 2022 | Title: | Chief Financial Officer |