KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-05744-JFW-SHK |
| | The Honorable John F. Walter Courtroom 7A |
| | **DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE STABLE ROAD DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| | Hearing Date: July 11, 2022<br>Time: 1:30 p.m.<br>Courtroom: 7A |
| | Complaint Filed: July 15, 2021<br>FAC Filed: November 12, 2021 |

**DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE STABLE ROAD DEFENDANTS' REPLY BRIEF**

**DECLARATION OF MARK HOLSCHER**

1.      I am an attorney at law duly admitted to practice before the courts of the State of California. I am a Partner with the law firm Kirkland & Ellis LLP, and I am counsel of record for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga (the "Stable Road Defendants") in the above captioned matter.

2.      I submit this declaration in support of the Stable Road Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint. As counsel for the Stable Road Defendants, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the October 7, 2020 Form 8-K and the accompanying exhibit to that 8-K, filed by Stable Road Acquisition Corp. with the U.S. Securities and Exchange Commission ("SEC"), and publicly available at:

https://www.sec.gov/Archives/edgar/data/0001781162/000121390020030533/ea127945-8k_stableroad.htm

4.      Attached hereto as **Exhibit B** is a true and correct copy of the July 16, 2021 Form 8-K, filed by Stable Road Acquisition Corp. with the SEC, and publicly available at:

https://www.sec.gov/Archives/edgar/data/0001781162/000121390021037296/ea144329-8k_stableroad.htm

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

**DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE STABLE ROAD DEFENDANTS' REPLY BRIEF**

June 20, 2022

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Mark Holscher, P.C.*
Mark Holscher, P.C. (SBN 139582)

*Attorney for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

2

**DECLARATION OF MARK HOLSCHER IN SUPPORT OF THE STABLE ROAD DEFENDANTS' REPLY BRIEF**