KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-05744-JFW-SHK |
| | The Honorable John F. Walter Courtroom 7A |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE STABLE ROAD DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| | Hearing Date:  July 11, 2022 |
| | Time:  1:30 p.m. |
| | Courtroom:  7A |
| | Complaint Filed:  July 15, 2021 |
| | FAC Filed:  November 12, 2021 |

**THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

In their Memorandum and Reply Brief to Dismiss the First Amended Complaint, Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga (collectively, the "Stable Road Defendants") sought judicial notice of seven public SEC filings and one public press release. (*See* ECF No. 131-1, at 4 n.4; ECF No. 144, at 7 n.8.) These documents were filed as attachments to the Declarations of Mark Holscher, dated February 14, 2022 (ECF No. 131-2 (attaching Exhibits 1 to 6)) and June 20, 2022 (ECF No. 145 (attaching Exhibits A & B).). Although Plaintiff has indicated that he does not oppose the Stable Road Defendants' request for judicial notice (ECF No. 138, at 8 n.4), out of an abundance of caution the Stable Road Defendants reiterate herein their request and the bases for their request.

The exhibits are subject to judicial notice as they are all public SEC filings and a public press release. *See Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (taking judicial notice of SEC filings in securities case); *In re New Century*, 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) (same; noting "[i]t is well-established that courts may take judicial notice of SEC filings."); *Mallen v. Alphatec Holdings, Inc.*, 861 F. Supp. 2d 1111, 1122 n.5 (S.D. Cal. 2012) (taking judicial notice of SEC filings and press releases); *In re Bare Escentuals, Inc. Sec. Litig.*, 745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010) (taking judicial notice of SEC filings and press releases).

Moreover, several of the exhibits are referred to and/or quoted in the Amended Complaint, and Plaintiff relies upon them to allege his claims. (*See, e.g.*, FAC ¶ 36 (citing Holscher Exhibit 1, November 8, 2019 prospectus); ¶¶ 124, 125, 221, 321, 324 (citing Holscher Exhibit 2, November 2, 2020 Registration Statement); ¶¶ 63, 114, 117, 118, 187 (citing Holscher Exhibit 3, October 7, 2020 press release); ¶ 274 (citing Holscher Exhibit 4, January 25, 2021 8-K).) The Court may take judicial notice of these documents because their contents are referenced in the Amended Complaint, their authenticity is not subject to question, and Plaintiff expressly relies on their contents.

1

**THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

*See Davis v. HSBC Bank Nev., N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (under a Rule 12(b)(6) motion, a court "may take into account documents whose contents are alleged in a complaint and whose authenticity no party questions"); *United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003)* (a document "may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.").

\*    \*    \*

The Stable Road Defendants respectfully request that the Court take judicial notice of the public SEC filings and the press release described above.

DATED: June 23, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Mark Holscher, P.C.

Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

2

**THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**