KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-05744-JFW-SHK |
| | The Honorable John F. Walter Courtroom 7A |
| | **[PROPOSED] ORDER GRANTING THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE STABLE ROAD DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| | Hearing Date: July 11, 2022 |
| | Time: 1:30 p.m. |
| | Courtroom: 7A |
| | Complaint Filed: July 15, 2021 |
| | FAC Filed: November 12, 2021 |

**[PROPOSED] ORDER GRANTING THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

**THIS MATTER** having been brought before the Court on the Request for Judicial Notice of Defendants Stable Road Acquisition Corp. ("SRAC"), SRC-NI Holdings, LLC ("Sponsor"), James Hofmockel, Brian Kabot, James Norris, and Juan Manuel Quiroga (collectively, the "Stable Road Defendants") in Support of their Motion to Dismiss, and the Court having considered the papers submitted in support of the Request, and for good cause shown:

**IT IS HEREBY ORDERED**, on this ___ day of _____ 2022, that the Request is **GRANTED** in its entirety and the Court will take judicial notice of the exhibits referenced therein.

_____
HONORABLE JOHN F. WALTER
United States District Court Judge

1

**[PROPOSED] ORDER GRANTING THE STABLE ROAD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**