**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.    **CV 21-5744-JFW(SHKx)**                                                    Dated: **July 7, 2022**

Title:        In re Stable Road Acquisition Corp. Securities Litigation

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                                          **None Present**
        **Courtroom Deputy**                                    **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TAKING UNDER SUBMISSION DEFENDANTS MOMENTUS INC. AND DAWN HARMS' MOTION TO DISMISS  AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [filed 2/14/22; Docket No. 122];**

                                                                **ORDER TAKING UNDER SUBMISSION DEFENDANT FRED KENNEDY'S MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT [filed 2/14/22; Docket No. 124]; and**

                                                                **ORDER TAKING UNDER SUBMISSION DEFENDANTS STABLE ROAD ACQUISITION CORP., SRC-N1 HOLDINGS, LLC, BRIAN KABOT, JAMES HOFMOCKEL, JAMES NORRIS AND JUAN MANUEL QUIROGA'S MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [filed 2/25/22;  Docket No. 131]**


        Defendants' Defendants' Motions to Dismiss are currently on calendar for July 11, 2022 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for July 11, 2022 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.


        IT IS SO ORDERED.


                                                                                        Initials of Deputy Clerk  _sr_