## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re Stable Road Acquisition Corp. Securities Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | Master File No. 2:21-cv-05744-JFWx |
| v. | |
| Defendant(s) | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Fred Kennedy          ☐ Plaintiff  ☒ Defendant  ☐ Other _____

*Name of Party*

to substitute William E. Stoner                                                    who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

624 South Grand Ave., Suite 2200
_____
*Street Address*

Los Angeles, CA 90017                     wstoner@stonergrannis.com
*City, State, Zip*                                    *E-Mail Address*

(213) 687-2640              (213) 687-2644              101418
*Telephone Number*             *Fax Number*              *State Bar Number*

as attorney of record instead of  David B. Deitch
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated     7/13/22 _____          _____
                                        J. S. District Judge/~~U.S. Magistrate Judge~~