# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No.<br>2:21-CV-5744-JFW(SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CLASS CERTIFICATION SCHEDULE** |

Having considered the Joint Stipulation Regarding Class Certification Schedule (the "Joint Stipulation"), submitted by Lead Plaintiff Hartmut Haenisch and Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, Momentus Inc., Dawn Harms and Fred Kennedy, and good cause appearing therefore, the Court hereby GRANTS the Joint Stipulation and hereby ORDERS as follows:

1. The parties shall not be required to submit a proposed schedule to the Court for Lead Plaintiff's anticipated motion for class certification, and other applicable deadlines, prior to submitting their Rule 26(f) joint report on or before August 8, 2022.

2. The parties' Rule 26(f) joint report shall provide a proposed schedule for Lead Plaintiff's anticipated motion for class certification, and other applicable deadlines.

**IT IS SO ORDERED.**

DATED:  July 27, 2022

Hon. John F. Walter
United States District Court Judge

1