KIRKLAND & ELLIS LLP
Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road
Acquisition Corp., SRC-NI Holdings,
LLC, Brian Kabot, James Hofmockel,
James Norris, and Juan Manuel Quiroga*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION, | Case No. 2:21-CV-05744-JFW-SHK |
| | The Honorable John F. Walter Courtroom 7A |
| | **THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT** |
| | Complaint Filed:    July 15, 2021 FAC Filed:         November 12, 2021 |

1

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

# THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 8, Defendants Stable Road Acquisition Corp. ("SRAC"), SRC-NI Holdings, LLC ("Sponsor"), and Brian Kabot (collectively, the "Stable Road Defendants") submit the following answer and affirmative defenses to the First Amended Class Action Complaint ("FAC" or the "Complaint" ECF No. 94).[1]

The Stable Road Defendants deny each and every allegation contained in the Complaint, except as otherwise expressly admitted in Paragraphs 1 through 372 below. Any factual averment admitted herein is admitted only as to the specific facts and not as to any conclusions, characterizations, implications, innuendos, or speculation contained in any averment or in the Complaint as a whole. Moreover, the Stable Road Defendants specifically deny any allegations contained in the introductory matter preceding Paragraph 1 of the Complaint, and in headings, footnotes, or unnumbered paragraphs in the Complaint. The Stable Road Defendants specifically deny liability to Plaintiff and deny that Plaintiff has suffered any legally cognizable damages for which the Stable Road Defendants are responsible. Pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, allegations contained in the Complaint to which no responsive pleading is required shall be deemed denied. The Stable Road Defendants expressly reserve the right to amend and/or supplement their answer and expressly reserve any and all defenses that may be available. Answers to each paragraph of the Complaint are made by the Stable Road Defendants without waiving, but expressly reserving, all rights they may have to seek relief by appropriate motions directed to the allegations in the Complaint.

---

[1] Pursuant to the Court's July 13, 2022 Order, Defendants James Hofmockel, James Norris, and Juan Manuel Quiroga were dismissed from the litigation. *See* ECF No. 154.

1

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

With respect to all paragraphs in the Complaint in which Plaintiff prays for damages or other relief, the Stable Road Defendants deny that Plaintiff is entitled to that relief under the law. By responding to any allegation in the Complaint, the Stable Road Defendants make no admission that such allegation is relevant to Plaintiff's claims or is an appropriate subject of discovery, and expressly reserve all rights in this regard.

1.      The Stable Road Defendants admit this is an alleged federal securities class action and that SRAC's stock was publicly traded on the Nasdaq Capital Market under the ticker symbols "SRAC," "SRACU," and "SRACW." The Stable Road Defendants deny the remaining allegations in paragraph 1, except to the extent paragraph 1 states legal conclusions, to which no response is required.

2.      The Stable Road Defendants deny the allegations in paragraph 2, except to the extent paragraph 2 states legal conclusions, to which no response is required.

3.      The Stable Road Defendants deny the allegations in paragraph 3.

4.      The Stable Road Defendants admit that the SEC Order was published on July 13, 2021. The Stable Road Defendants deny that the allegations in paragraph 4 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents, except to the extent paragraph 4 states legal conclusions, to which no response is required. The Stable Road Defendants deny the remaining allegations in paragraph 4.

5.      The Stable Road Defendants deny that the allegations in paragraph 5 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents, except to the extent paragraph 5 states legal conclusions, to which no response is required. The Stable Road Defendants deny the remaining allegations in paragraph 5.

6.      The Stable Road Defendants deny the allegations in paragraph 6.

7.      The Stable Road Defendants deny the allegations in paragraph 7.

2

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

8. The allegations in paragraph 8 are legal conclusions, to which no response is required.

9. The allegations in paragraph 9 are legal conclusions, to which no response is required.

10. The allegations in paragraph 10 are legal conclusions, to which no response is required.

11. The Stable Road Defendants deny the allegations in paragraph 11, except to the extent paragraph 11 states legal conclusions, to which no response is required.

12. The allegations in paragraph 12 concern Defendant Kokorich, and the Stable Road Defendants respectfully refer the Court to Defendant Kokorich's answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 12.

13. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 13 relating to Plaintiff's purchase of securities. The Stable Road Defendants deny the remaining allegations in paragraph 13, except to the extent paragraph 13 states legal conclusions, to which no response is required.

14. Admitted.

15. Admitted.

16. Admitted.

17. Defendant Juan Manuel Quiroga has been dismissed from the litigation, per the Court's July 13 Order. Accordingly, no response is required to the allegations in paragraph 17.

18. Defendant James Norris has been dismissed from the litigation, per the Court's July 13 Order. Accordingly, no response is required to the allegations in paragraph 18.

3

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

19.     Defendant James Hofmockel has been dismissed from the litigation, per the Court's July 13 Order. Accordingly, no response is required to the allegations in paragraph 19.

20.     The Stable Road Defendants admit that Momentus, Inc. was an acquisition target of SRAC during the Class Period. The remaining allegations in paragraph 20 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 20.

21.     The allegations in paragraph 21 concern Defendants Kokorich and Momentus, and thus, the Stable Road Defendants respectfully refer the Court to Defendants Kokorich and Momentus's answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 21.

22.     The allegations in paragraph 22 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 22.

23.     The allegations in paragraph 23 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 23.

24.     The Stable Road Defendants state that paragraph 24 does not require a response.

4

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

25.    The Stable Road Defendants state that paragraph 25 does not require a response.

26.    The Stable Road Defendants state that paragraph 26 does not require a response.

27.    The Stable Road Defendants state that paragraph 27 consists of Plaintiff's characterizations and conclusions, for which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 27.

28.    The Stable Road Defendants deny the last sentence of paragraph 28. As to the remaining allegations, the Stable Road Defendants state that paragraph 28 consists of Plaintiff's characterizations and conclusions, for which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 28.

29.    The Stable Road Defendants deny the last sentence of paragraph 29. As to the remaining allegations, the Stable Road Defendants state that paragraph 29 consists of Plaintiff's characterizations and conclusions, for which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 29.

30.    The Stable Road Defendants state that paragraph 30 consists of Plaintiff's characterizations and conclusions, for which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 30.

31.    The Stable Road Defendants deny that the allegations in paragraph 31 contain a fair and complete description of the cited document and respectfully refer

5

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 31.

32.     The Stable Road Defendants deny that the allegations in paragraph 32 contain a fair and complete description of the cited testimony and respectfully refer the Court to that testimony for its contents.

33.     The Stable Road Defendants deny that the allegations in paragraph 33 contain a fair and complete description of the cited documents and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 33.

34.     The Stable Road Defendants deny that the allegations in paragraph 34 contain a fair and complete description of the article and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 34.

35.     Admitted.

36.     Admitted.

37.     The Stable Road Defendants deny the allegations in paragraph 37.

38.     Admitted.

39.     Admitted.

40.     The Stable Road Defendants admit that Defendant Kabot served as SRAC's CEO and Chairman since its inception. The Stable Road Defendants deny that the allegations in paragraph 40 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 40.

41.     The Stable Road Defendants deny that the allegations in paragraph 41 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 41.

6

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

42.     The Stable Road Defendants deny that the allegations in paragraph 42 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 42.

43.     The Stable Road Defendants deny that the allegations in paragraph 43 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 43.

44.     The Stable Road Defendants deny that the allegations in paragraph 44 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 44.

45.     The Stable Road Defendants deny that the allegations in paragraph 45 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 45.

46.     The Stable Road Defendants deny that the allegations in paragraph 46 contain a fair and complete description of the prospectus and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 46.

47.     The Stable Road Defendants admit that SRAC filed its SEC Form 10-K annual report on March 26, 2020 and that SRAC filed its SEC Form 10-Q quarterly report on August 11, 2020. The Stable Road Defendants deny that the allegations in paragraph 47 contain a fair and complete description of the 10-K and 10-Q reports and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 47.

7

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

48.     The Stable Road Defendants deny that the allegations in paragraph 48 contain a fair and complete description of SRAC's SEC filings and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 48.

49.     The Stable Road Defendants deny the allegations in paragraph 49.

50.     Admitted.

51.     The Stable Road Defendants admit the first sentence of paragraph 51. The Stable Road Defendants deny the remaining allegations in paragraph 51.

52.     The Stable Road Defendants admit that the directors and officers of SRAC acquired a financial interest in SRAC prior to the IPO. The Stable Road Defendants further admit the second, third, and fourth sentences of paragraph 52. The Stable Road Defendants deny the remaining allegations in paragraph 52.

53.     The Stable Road Defendants admit that in June 2019, SRAC issued the Sponsor 4,312,500 "founder shares" of SRAC Class B common stock for an aggregate purchase price of $25,000 in cash, or approximately $0.006 per share, which were planned to represent approximately 20% of the outstanding shares upon completion of SRAC's IPO; and that these shares would have no redemption rights. The Stable Road Defendants deny the remaining allegations in paragraph 53.

54.     The Stable Road Defendants admit that simultaneously with the consummation of the IPO, the Sponsor purchased 454,128 SRAC units for $10.00 per unit, totaling over $4.5 million, in a private placement; and that the shares would have no redemption rights. The Stable Road Defendants deny the remaining allegations in paragraph 54.

55.     Admitted.

56.     The Stable Road Defendants admit that as of December 11, 2020, the Sponsor and its affiliate owned SRAC stock and warrants with an aggregate market

8

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

value of approximately $80.9 million. The Stable Road Defendants deny the remaining allegations in paragraph 56.

57.     The Stable Road Defendants admit that the Sponsor and each of SRAC's officers and directors agreed to waive their rights to liquidating distributions with respect to their founder shares and private placement shares if SRAC did not complete a business combination by its deadline. The Stable Road Defendants deny the remaining allegations in paragraph 57.

58.     The Stable Road Defendants deny the allegations in paragraph 58.

59.     Admitted.

60.     The Stable Road Defendants deny the allegations in paragraph 60.

61.     The Stable Road Defendants admit that SRAC held a shareholder vote on May 13, 2021 to extend the deal deadline of May 13, 2021 to August 13, 2021, 66% of outstanding shares voted in favor of the extension, and Momentus and SRAC completed their merger on or about August 12, 2021. The Stable Road Defendants deny the remaining allegations in paragraph 61.

62.     The allegations in paragraph 62 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 62.

63.     The Stable Road Defendants deny that the allegations in paragraph 63 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

64.     The allegations in paragraph 64 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants

9

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 64.

65. The Stable Road Defendants admit that SRAC's November 2, 2020 SEC filing stated, "We have not yet delivered customer satellites into orbit using any of our transfer and service vehicles, and any setbacks we may experience during our initial mission planned for December 2020 and other demonstration and commercial missions could have a material adverse effect on our business, financial condition and results of operation and could harm our reputation." The Stable Road Defendants deny the remaining allegations in paragraph 65.

66. The allegations in paragraph 66 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 66.

67. The allegations in paragraph 67 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 67.

68. The allegations in paragraph 68 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 68.

69. The allegations in paragraph 69 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants

10

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 69.

70.     The allegations in paragraph 70 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 70.

71.     The allegations in paragraph 71 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 71.

72.     The allegations in paragraph 72 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 72.

73.     The allegations in paragraph 73 concern Defendant Kokorich, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich's answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 73.

74.     The allegations in paragraph 74 concern the Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 74.

11

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

75. The allegations in paragraph 75 concern Defendant Kokorich, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich's answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 75.

76. The allegations in paragraph 76 concern Defendant Kokorich, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich's answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 76.

77. The allegations in paragraph 77 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 77.

78. The allegations in paragraph 78 concern Defendant Kokorich, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich's answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 78.

79. The allegations in paragraph 79 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 79.

80. The Stable Road Defendants admit the first sentence of paragraph 80. The Stable Road Defendants deny that the remaining allegations in paragraph 80

12

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

contain a fair and complete description of the contents of SRAC's SEC filings and respectfully refer the Court to those documents for their content. The Stable Road Defendants deny the remaining allegations in paragraph 80.

81.    The Stable Road Defendants deny that the allegations in paragraph 81 contain a fair and complete description of the letter and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 81.

82.    The Stable Road Defendants deny that the allegations in paragraph 82 contain a fair and complete description of the letter and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 82.

83.    The Stable Road Defendants deny that the allegations in paragraph 83 contain a fair and complete description of the SEC filings and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 83.

84.    The allegations in paragraph 84 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The Stable Road Defendants deny that the allegations in paragraph 84 contain a fair and complete description of the SEC Complaint and Order and respectfully refer the Court to those documents for their contents. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 84.

85.    The allegations in paragraph 85 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The Stable Road Defendants deny that the allegations in paragraph 85 contain a fair and complete

13

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

description of the SEC Complaint and Order and respectfully refer the Court to those documents for their contents. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 85.

86.     The allegations in paragraph 86 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants deny the allegations in paragraph 86.

87.     The allegations in paragraph 87 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 87.

88.     The allegations in paragraph 88 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 88.

89.     The Stable Road Defendants deny that the allegations in paragraph 89 contain a fair and complete description of the cited contents and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 89.

90.     The Stable Road Defendants deny that the allegations in paragraph 90 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 90.

14

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

91.     The allegations in paragraph 91 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 91.

92.     The Stable Road Defendants deny that the allegations in paragraph 92 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 92.

93.     The Stable Road Defendants deny that the allegations in paragraph 93 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 93.

94.     The Stable Road Defendants deny that the allegations in paragraph 94 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 94.

95.     The Stable Road Defendants deny that the allegations in paragraph 95 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 95.

96.     The Stable Road Defendants deny that the allegations in paragraph 96 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 96.

97.     The Stable Road Defendants deny that the allegations in paragraph 97 contain a fair and complete description of the SEC Complaint and Order and

15

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 97.

98.    The allegations in paragraph 98 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants deny the allegations in paragraph 98.

99.    The Stable Road Defendants admit that the projections issued as part of the October 7, 2020 deal announcement forecast $2 million in 2020 revenue, $19 million in 2021, and $152 million in 2022, growing to over $4 billion by 2027. The Stable Road Defendants deny the remaining allegations in paragraph 99.

100.    The Stable Road Defendants deny the allegations in paragraph 100.

101.    The allegations in paragraph 101 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 101.

102.    The first sentence in paragraph 102 concerns the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the first sentence in paragraph 102. The Stable Road Defendants deny the remaining allegations in paragraph 102.

103.    The Stable Road Defendants deny the first sentence of paragraph 103. The allegations in the second sentence of paragraph 103 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road

16

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the second sentence in paragraph 103.

104. The Stable Road Defendants deny the allegations in paragraph 104.

105. The Stable Road Defendants deny the allegations in paragraph 105.

106. The Stable Road Defendants deny the allegations in paragraph 106.

107. The Stable Road Defendants deny that the allegations in paragraph 107 contain a fair and complete description of the cited document contents and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 107.

108. The Stable Road Defendants deny that the allegations in paragraph 108 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 108.

109. The Stable Road Defendants deny that the allegations in paragraph 109 contain a fair and complete description of those filings and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 109.

110. The Stable Road Defendants deny that the allegations in paragraph 110 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 110.

111. The Stable Road Defendants deny that the allegations in paragraph 111 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 111.

112. The Stable Road Defendants deny that the allegations in paragraph 112 contain a fair and complete description of the SEC Order and respectfully refer the

17

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 112.

113. The Stable Road Defendants deny the allegations in paragraph 113.

114. The Stable Road Defendants admit that on October 7, 2020, SRAC and Momentus announced that they had entered into a merger agreement, pursuant to which the two companies would merge, SRAC stockholders would gain a proportionate interest in Momentus, Momentus would gain access to the $172.5 million in SRAC's trust account (plus additional funds from a concurrent private placement), and Momentus would become a publicly traded company, subject to the approval of shareholders. The Stable Road Defendants deny the remaining allegations in paragraph 114.

115. The Stable Road Defendants admit that the enumerated documents were included as attachments to the Form 8-K that was filed on October 7, 2020 with the SEC. The Stable Road Defendants further admit that on October 7, 2020, Defendants conducted a public conference call and that Defendant Kabot gave a televised interview on CNBC. The Stable Road Defendants deny the remaining allegations in paragraph 115.

116. The Stable Road Defendants deny the allegations in paragraph 116, except to the extent paragraph 116 states legal conclusions, to which no response is required.

117. The Stable Road Defendants deny that the allegations in paragraph 117 contain a fair and complete description of the October 7, 2020 statements and respectfully refer the Court to those statements for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 117.

118. The Stable Road Defendants deny that the allegations in paragraph 118 contain a fair and complete description of the press release and respectfully refer the

18

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 118.

119.    The Stable Road Defendants deny the allegations in paragraph 119.

120.    The Stable Road Defendants deny that the allegations in paragraph 120 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 120.

121.    The Stable Road Defendants deny the allegations in paragraph 121, except to the extent paragraph 121 states legal conclusions, to which no response is required.

122.    The Stable Road Defendants deny the allegations in paragraph 122.

123.    The Stable Road Defendants deny the allegations in paragraph 123.

124.    The Stable Road Defendants admit that SRAC filed with the SEC a Registration Statement on Form S-4 on November 2, 2020. The Stable Road Defendants deny the remaining allegations in paragraph 124, except to the extent paragraph 124 states legal conclusions, to which no response is required.

125.    The Stable Road Defendants deny the allegations in paragraph 125.

126.    The Stable Road Defendants admit that SRAC amended the Registration Statement four times during the Class Period on December 14, 2020, March 8, 2021, June 29, 2021, and July 12, 2021. The Stable Road Defendants deny the remaining allegations in paragraph 126.

127.    The Stable Road Defendants admit that SRAC filed with the SEC updated versions of the investor presentation relating to Momentus that had been initially filed on October 7, 2020, on October 13, 2020, November 17, 2020, December 14, 2020, April 7, 2021, and May 5, 2021. The Stable Road Defendants deny the remaining allegations in paragraph 127, except to the extent paragraph 127 states legal conclusions, to which no response is required.

19

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

128. The allegations in paragraph 128 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 128.

129. The allegations in paragraph 129 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. To the extent a response is required to allegations concerning the Momentus Defendants, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 129. The Stable Road Defendants deny the remaining allegations in paragraph 129.

130. The Stable Road Defendants deny the allegations in paragraph 130.

131. The Stable Road Defendants deny the allegations in paragraph 131, except to the extent paragraph 131 states legal conclusions, to which no response is required.

132. The Stable Road Defendants admit that SRAC's intra-day stock price exceeded $29.00 on February 10, 2021, and that the closing stock price on July 15, 2021 was at $10.38 per share. The Stable Road Defendants deny the remaining allegations in paragraph 132.

133. Admitted.

134. The Stable Road Defendants deny that the allegations in paragraph 134 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 134.

135. The Stable Road Defendants deny the allegations in paragraph 135.

136. The Stable Road Defendants admit that the closing price of SRAC's stock on January 5, 2021 was $16.25 and that the closing price on January 6, 2021

20

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

was $15.40. The Stable Road Defendants deny the remaining allegations in paragraph 136.

137.   The Stable Road Defendants admit that Momentus issued a press release on January 25, 2021 titled "Momentus Names Dawn Harms Interim CEO," and respectfully refer the Court to that document for its contents.

138.   The Stable Road Defendants deny that the allegations in paragraph 138 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 138.

139.   The Stable Road Defendants deny the allegations in paragraph 139.

140.   The Stable Road Defendants admit that the closing price of SRAC's stock on January 25, 2021 was $23.68, the closing price on January 26, 2021 was $22.75, and that the closing price on January 27, 2021 was $20.10. The Stable Road Defendants deny the remaining allegations in paragraph 140.

141.   The Stable Road Defendants admit that SRAC publicly filed an amended Registration Statement on Form S-4/A on March 8, 2021, and respectfully refer the Court to that document for its contents.

142.   The Stable Road Defendants deny that the allegations in paragraph 142 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 142.

143.   The Stable Road Defendants deny that the allegations in paragraph 143 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 143.

144.   The Stable Road Defendants deny that the allegations in paragraph 144 contain a fair and complete description of the amended Registration Statement and

21

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 144.

145.    The Stable Road Defendants deny that the allegations in paragraph 145 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 145.

146.    The Stable Road Defendants deny that the allegations in paragraph 146 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 146.

147.    The Stable Road Defendants deny that the allegations in paragraph 147 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 147.

148.    The Stable Road Defendants deny that the allegations in paragraph 148 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 148.

149.    The Stable Road Defendants admit that the closing price of SRAC's stock on March 8, 2021 was $12.50, and that the closing price of SRAC's stock on March 5, 2021 was $13.59.  The Stable Road Defendants deny the remaining allegations in paragraph 149.

150.    Admitted.

151.    The Stable Road Defendants deny that the allegations in paragraph 151 contain a fair and complete description of the investor presentations and respectfully refer the Court to those presentations for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 151.

22

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

152.   The Stable Road Defendants admit that the closing price of SRAC's stock on May 4, 2021 was $11.08, and that the closing price of SRAC's stock on May 3, 2021 was $11.88. The Stable Road Defendants deny the remaining allegations in paragraph 152.

153.   The Stable Road Defendants admit that SRAC publicly filed with the SEC a current report on Form 8-K on May 24, 2021, and respectfully refer the Court to that document for its contents.

154.   The Stable Road Defendants deny that the allegations in paragraph 154 contain a fair and complete description of the current report and respectfully refer the Court to that document for its contents.

155.   The Stable Road Defendants deny the allegations in paragraph 155.

156.   The Stable Road Defendants deny the allegations in paragraph 156.

157.   The Stable Road Defendants admit that the closing price of SRAC's stock on May 24, 2021 was $10.42 and that the closing price on May 25, 2021 was $10.17. The Stable Road Defendants deny the remaining allegations in paragraph 157.

158.   Admitted.

159.   The Stable Road Defendants deny that the allegations in paragraph 159 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 159.

160.   The Stable Road Defendants deny that the allegations in paragraph 160 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 160.

161.   The Stable Road Defendants deny that the allegations in paragraph 161 contain a fair and complete description of the amended Registration Statement and

23

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 161.

162.   The Stable Road Defendants deny that the allegations in paragraph 162 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 162.

163.   The Stable Road Defendants deny that the allegations in paragraph 163 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 163.

164.   The Stable Road Defendants deny that the allegations in paragraph 164 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 164.

165.   The Stable Road Defendants deny that the allegations in paragraph 165 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 165.

166.   The Stable Road Defendants deny that the allegations in paragraph 166 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 166.

167.   The Stable Road Defendants deny that the allegations in paragraph 167 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 167.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

168.   The Stable Road Defendants deny that the allegations in paragraph 168 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 168.

169.   The Stable Road Defendants deny that the allegations in paragraph 169 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 169.

170.   The Stable Road Defendants deny that the allegations in paragraph 170 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 170.

171.   The Stable Road Defendants deny that the allegations in paragraph 171 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 171.

172.   The Stable Road Defendants admit that on June 30, 2021, SRAC's stock closed at $13.97 per share, and that on June 29, 2021, SRAC's stock closed at $13.34. The Stable Road Defendants deny the remaining allegations in paragraph 172.

173.   The Stable Road Defendants deny the allegations in paragraph 173.

174.   Admitted.

175.   The Stable Road Defendants deny the allegations in paragraph 175, except to the extent paragraph 175 states legal conclusions, to which no response is required.

176.   The Stable Road Defendants deny the allegations in paragraph 176.

177.   The Stable Road Defendants deny the allegations in paragraph 177.

25

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

178.   The Stable Road Defendants deny that the allegations in paragraph 178 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents.

179.   The Stable Road Defendants admit that the closing price of SRAC's stock on July 14, 2021 was $10.66 and that the closing price on July 15, 2021 was $10.38. The Stable Road Defendants deny the remaining allegations in paragraph 179.

180.   The Stable Road Defendants deny that the allegations in paragraph 180 contain a fair and complete description of the public statements and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 180.

181.   The Stable Road Defendants deny that the allegations in paragraph 181 contain a fair and complete description of the cited documents and respectfully refer the Court to those documents for their contents. Further, the allegations in paragraph 181 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 181.

182.   The Stable Road Defendants deny that the allegations in paragraph 182 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. Further, the allegations in paragraph 182 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 182.

183.   The Stable Road Defendants deny that the allegations in paragraph 183 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. Further, the allegations in paragraph 181

26

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 183.

184.   The Stable Road Defendants deny that the allegations in paragraph 184 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. Further, the allegations in paragraph 184 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 184.

185.   The Stable Road Defendants deny that the allegations in paragraph 185 contain a fair and complete description of the cited document and respectfully refer the Court to that document for its contents. Further, the allegations in paragraph 185 concern the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answer. The Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations in paragraph 185.

186.   The Stable Road Defendants deny the allegations in paragraph 186, except to the extent paragraph 186 states legal conclusions, to which no response is required.

187.   The Stable Road Defendants admit that a proposed merger between SRAC and Momentus was announced on October 7, 2020. The Stable Road Defendants further admit that the merger was announced in a joint press release from SRAC and Momentus, an investor presentation, a conference call with Defendants Kabot and Kokorich, and a televised interview with Defendant Kabot, all of which SRAC filed publicly with the SEC as exhibits to Form 8-K that was signed by

27

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Defendant Kabot. The Stable Road Defendants deny the remaining allegations in paragraph 187.

188.   The Stable Road Defendants deny that the allegations in paragraph 188 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

189.   The Stable Road Defendants deny that the allegations in paragraph 189 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

190.   The Stable Road Defendants deny that the allegations in paragraph 190 contain a fair and complete description of the interview and respectfully refer the Court to that document for its contents.

191.   The Stable Road Defendants deny that the allegations in paragraph 191 contain a fair and complete description of the conference call script and respectfully refer the Court to that document for its contents.

192.   The Stable Road Defendants deny that the allegations in paragraph 192 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

193.   The Stable Road Defendants deny that the allegations in paragraph 193 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

194.   The Stable Road Defendants deny that the allegations in paragraph 194 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

195.   The Stable Road Defendants deny that the allegations in paragraph 195 contain a fair and complete description of the conference call script and respectfully refer the Court to that document for its contents.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

196. The Stable Road Defendants deny the allegations in paragraph 196, except to the extent paragraph 196 states legal conclusions, to which no response is required.

197. The Stable Road Defendants deny the allegations in paragraph 197, except to the extent paragraph 197 states legal conclusions, to which no response is required.

198. The Stable Road Defendants deny that the allegations in paragraph 198 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

199. The Stable Road Defendants deny that the allegations in paragraph 199 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

200. The Stable Road Defendants deny that the allegations in paragraph 200 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

201. The Stable Road Defendants deny that the allegations in paragraph 201 contain a fair and complete description of the investor presentation's contents and respectfully refer the Court to that document for its contents.

202. The Stable Road Defendants deny that the allegations in paragraph 202 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

203. The Stable Road Defendants deny that the allegations in paragraph 203 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

204. The Stable Road Defendants deny that the allegations in paragraph 204 contain a fair and complete description of the conference call script and respectfully refer the Court to that document for its contents.

29

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

205. The Stable Road Defendants deny the allegations in paragraph 205, except to the extent paragraph 205 states legal conclusions, to which no response is required.

206. The Stable Road Defendants deny the allegations in paragraph 206, except to the extent paragraph 206 states legal conclusions, to which no response is required.

207. The Stable Road Defendants deny that the allegations in paragraph 207 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

208. The Stable Road Defendants deny that the allegations in paragraph 208 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

209. The Stable Road Defendants deny that the allegations in paragraph 209 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

210. The Stable Road Defendants deny that the allegations in paragraph 210 contain a fair and complete description of the interview and respectfully refer the Court to that document for its contents.

211. The Stable Road Defendants deny that the allegations in paragraph 211 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

212. The Stable Road Defendants deny that the allegations in paragraph 212 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

213. The Stable Road Defendants deny that the allegations in paragraph 213 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

30

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

214.   The Stable Road Defendants deny that the allegations in paragraph 214 contain a fair and complete description of the conference call script and respectfully refer the Court to that document for its contents.

215.   The Stable Road Defendants deny the allegations in paragraph 215, except to the extent paragraph 215 states legal conclusions, to which no response is required.

216.   The Stable Road Defendants deny the allegations in paragraph 216, except to the extent paragraph 216 states legal conclusions, to which no response is required.

217.   The Stable Road Defendants deny that the allegations in paragraph 217 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

218.   The Stable Road Defendants deny the allegations in paragraph 218, except to the extent paragraph 218 states legal conclusions, to which no response is required.

219.   Admitted.

220.   The Stable Road Defendants deny the allegations in paragraph 220, except to the extent paragraph 220 states legal conclusions, to which no response is required.

221.   The Stable Road Defendants admit that SRAC filed a Form S-4 Registration Statement with the SEC on November 2, 2020. The Stable Road Defendants further admit that the filing states, "All information contained in this proxy statement/consent solicitation statement/prospectus . . . relating to Momentus has been supplied by Momentus." The Stable Road Defendants deny that the remaining allegations in paragraph 221 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

31

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

222.   The Stable Road Defendants deny that the allegations in paragraph 222 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

223.   The Stable Road Defendants deny that the allegations in paragraph 223 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

224.   The Stable Road Defendants deny that the allegations in paragraph 224 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

225.   The Stable Road Defendants deny that the allegations in paragraph 225 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

226.   The Stable Road Defendants deny that the allegations in paragraph 226 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

227.   The Stable Road Defendants deny that the allegations in paragraph 227 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

228.   The Stable Road Defendants deny the allegations in paragraph 228, except to the extent paragraph 228 states legal conclusions, to which no response is required.

229.   The Stable Road Defendants deny the allegations in paragraph 229, except to the extent paragraph 229 states legal conclusions, to which no response is required.

230.   The Stable Road Defendants deny the allegations in paragraph 230, except to the extent paragraph 230 states legal conclusions, to which no response is required.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

231.   The Stable Road Defendants deny that the allegations in paragraph 231 contain a fair and complete description of the Registration Statement contents and respectfully refer the Court to that document for its contents.

232.   The Stable Road Defendants deny that the allegations in paragraph 232 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

233.   The Stable Road Defendants deny that the allegations in paragraph 233 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

234.   The Stable Road Defendants deny that the allegations in paragraph 234 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

235.   The Stable Road Defendants deny the allegations in paragraph 235, except to the extent paragraph 235 states legal conclusions, to which no response is required.

236.   The Stable Road Defendants deny the allegations in paragraph 236, except to the extent paragraph 236 states legal conclusions, to which no response is required.

237.   The Stable Road Defendants deny that the allegations in paragraph 237 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

238.   The Stable Road Defendants deny that the allegations in paragraph 238 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

239.   The Stable Road Defendants deny that the allegations in paragraph 239 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

33

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

240.   The Stable Road Defendants deny that the allegations in paragraph 240 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

241.   The Stable Road Defendants deny the allegations in paragraph 241, except to the extent paragraph 241 states legal conclusions, to which no response is required.

242.   The Stable Road Defendants deny the allegations in paragraph 242, except to the extent paragraph 242 states legal conclusions, to which no response is required.

243.   The Stable Road Defendants deny that the allegations in paragraph 243 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

244.   The Stable Road Defendants deny that the allegations in paragraph 244 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

245.   The Stable Road Defendants deny that the allegations in paragraph 245 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

246.   The Stable Road Defendants deny that the allegations in paragraph 246 contain a fair and complete description of the Registration Statement and respectfully refer the Court to that document for its contents.

247.   The Stable Road Defendants deny the allegations in paragraph 247, except to the extent paragraph 247 states legal conclusions, to which no response is required.

248.   The Stable Road Defendants admit that SRAC filed with the SEC a current report on Form 8-K on November 17, 2020, signed by Defendant Kabot,

34

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

which contained as an exhibit an "analyst day" presentation. The Stable Road Defendants deny the remaining allegations in paragraph 248.

249.   The Stable Road Defendants deny the allegations in paragraph 249, except to the extent paragraph 249 states legal conclusions, to which no response is required.

250.   The Stable Road Defendants admit that SRAC filed with the SEC a current report on Form 8-K on December 14, 2020, signed by Defendant Kabot, which contained an updated investor presentation. The Stable Road Defendants deny the remaining allegations in paragraph 250.

251.   The Stable Road Defendants deny the allegations in paragraph 251, except to the extent paragraph 251 states legal conclusions, to which no response is required.

252.   The Stable Road Defendants admit that SRAC filed an amended Registration Statement Form S-4/A with the SEC on December 14, 2020. The Stable Road Defendants further admit that the filing states, "All information contained in this proxy statement/consent solicitation statement/prospectus . . . relating to Momentus has been supplied by Momentus." The Stable Road Defendants deny that the remaining allegations in paragraph 252 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents.

253.   The Stable Road Defendants deny the allegations in paragraph 253, except to the extent paragraph 253 states legal conclusions, to which no response is required.

254.   The Stable Road Defendants deny that the allegations in paragraph 254 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 254.

35

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

255.   The Stable Road Defendants deny that the allegations in paragraph 255 contain a fair and complete description of the amended Registration Statements and respectfully refer the Court to that document for its contents.

256.   The Stable Road Defendants deny the allegations in paragraph 256, except to the extent paragraph 256 states legal conclusions, to which no response is required.

257.   The Stable Road Defendants deny the allegations in paragraph 257, except to the extent paragraph 257 states legal conclusions, to which no response is required.

258.   Admitted.

259.   The Stable Road Defendants deny that the allegations in paragraph 259 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

260.   The Stable Road Defendants deny that the allegations in paragraph 260 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

261.   The Stable Road Defendants deny that the allegations in paragraph 261 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

262.   The Stable Road Defendants deny that the allegations in paragraph 262 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

263.   The Stable Road Defendants deny that the allegations in paragraph 263 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

264.   The Stable Road Defendants deny that the allegations in paragraph 264 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

265.   The Stable Road Defendants deny that the allegations in paragraph 265 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

266.   The Stable Road Defendants deny the allegations in paragraph 266, except to the extent paragraph 266 states legal conclusions, to which no response is required.

267.   The Stable Road Defendants deny the allegations in paragraph 267, except to the extent paragraph 267 states legal conclusions, to which no response is required.

268.   The Stable Road Defendants deny that the allegations in paragraph 268 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

269.   The Stable Road Defendants deny that the allegations in paragraph 269 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

270.   The Stable Road Defendants deny that the allegations in paragraph 270 contain a fair and complete description of the interview and respectfully refer the Court to the interview transcript for its contents.

271.   The Stable Road Defendants deny that the allegations in paragraph 271 contain a fair and complete description of the interview and respectfully refer the Court to that document for its contents.

272.   The Stable Road Defendants deny the allegations in paragraph 272, except to the extent paragraph 272 states legal conclusions, to which no response is required.

37

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

273.    The Stable Road Defendants deny the allegations in paragraph 273, except to the extent paragraph 273 states legal conclusions, to which no response is required.

274.    The Stable Road Defendants admit that on January 25, 2021 SRAC filed with the SEC a press release as an exhibit to a current report on Form 8-K, signed by Defendant Kabot. The Stable Road Defendants deny that the allegations in paragraph 274 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

275.    The Stable Road Defendants deny that the allegations in paragraph 275 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

276.    The Stable Road Defendants deny that the allegations in paragraph 276 contain a fair and complete description of the press release and respectfully refer the Court to that document for its contents.

277.    The Stable Road Defendants deny the allegations in paragraph 277, except to the extent paragraph 277 states legal conclusions, to which no response is required.

278.    The Stable Road Defendants deny the allegations in paragraph 278, except to the extent paragraph 278 states legal conclusions, to which no response is required.

279.    The Stable Road Defendants admit that SRAC filed an amended Registration Statement Form S-4/A with the SEC on March 8, 2021. The Stable Road Defendants further admit that the filing states, "All information contained in this proxy statement/consent solicitation statement/prospectus . . . relating to Momentus has been supplied by Momentus." The Stable Road Defendants deny that the remaining allegations in paragraph 279 contain a fair and complete description of the

38

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

amended Registration Statement and respectfully refer the Court to that document for its contents.

280.   The Stable Road Defendants deny the allegations in paragraph 280, except to the extent paragraph 280 states legal conclusions, to which no response is required.

281.   The Stable Road Defendants deny that the allegations in paragraph 281 contain a fair and complete description of the amended registration statement and respectfully refer the Court to that document for its contents.

282.   The Stable Road Defendants deny that the allegations in paragraph 282 contain a fair and complete description of the amended registration statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 282.

283.   The Stable Road Defendants deny that the allegations in paragraph 283 contain a fair and complete description of the amended registration statement and respectfully refer the Court to that document for its contents. The Stable Road Defendants deny the remaining allegations in paragraph 283.

284.   The Stable Road Defendants deny that the allegations in paragraph 284 contain a fair and complete description of the amended registration statement and respectfully refer the Court to that document for its contents.

285.   The Stable Road Defendants deny the allegations in paragraph 285, except to the extent paragraph 285 states legal conclusions, to which no response is required.

286.   The Stable Road Defendants deny the allegations in paragraph 286, except to the extent paragraph 286 states legal conclusions, to which no response is required.

287.   Admitted.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

288.   The Stable Road Defendants deny the allegations in paragraph 288, except to the extent paragraph 288 states legal conclusions, to which no response is required.

289.   The Stable Road Defendants deny that the allegations in paragraph 289 contain a fair and complete description of the preliminary proxy statement and respectfully refer the Court to that document for its contents.

290.   The Stable Road Defendants deny that the allegations in paragraph 290 contain a fair and complete description of the preliminary proxy statement and respectfully refer the Court to that document for its contents.

291.   The Stable Road Defendants deny that the allegations in paragraph 291 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

292.   The Stable Road Defendants deny the allegations in paragraph 292, except to the extent paragraph 292 states legal conclusions, to which no response is required.

293.   The Stable Road Defendants deny the allegations in paragraph 293, except to the extent paragraph 293 states legal conclusions, to which no response is required.

294.   The Stable Road Defendants deny that the allegations in paragraph 294 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

295.   The Stable Road Defendants deny that the allegations in paragraph 295 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

296.   The Stable Road Defendants deny that the allegations in paragraph 296 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

40

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

297.    The Stable Road Defendants deny the allegations in paragraph 297, except to the extent paragraph 297 states legal conclusions, to which no response is required.

298.    The Stable Road Defendants deny the allegations in paragraph 298, except to the extent paragraph 298 states legal conclusions, to which no response is required.

299.    Admitted.

300.    The Stable Road Defendants deny the allegations in paragraph 300, except to the extent paragraph 300 states legal conclusions, to which no response is required.

301.    The Stable Road Defendants deny that the allegations in paragraph 301 contain a fair and complete description of the investor presentation and respectfully refer the Court to that document for its contents.

302.    The Stable Road Defendants deny the allegations in paragraph 302, except to the extent paragraph 302 states legal conclusions, to which no response is required.

303.    The Stable Road Defendants deny the allegations in paragraph 303, except to the extent paragraph 303 states legal conclusions, to which no response is required.

304.    The Stable Road Defendants admit that SRAC filed an amended Registration Statement Form S-4/A with the SEC on June 29, 2021. The Stable Road Defendants further admit that the filing states, "All information contained in this proxy statement/consent solicitation statement/prospectus . . . relating to Momentus has been supplied by Momentus." The Stable Road Defendants deny that the remaining allegations in paragraph 304 contain a fair and complete description of the amended Registration Statement and respectfully refer the Court to that document for its contents.

41

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

305.   The Stable Road Defendants deny the allegations in paragraph 305, except to the extent paragraph 305 states legal conclusions, to which no response is required.

306.   The Stable Road Defendants deny the allegations in paragraph 306, except to the extent paragraph 306 states legal conclusions, to which no response is required.

307.   The Stable Road Defendants deny the allegations in paragraph 307, except to the extent paragraph 307 states legal conclusions, to which no response is required.

308.   The Stable Road Defendants admit that Kabot was SRAC's CEO, Norris was SRAC's CFO, Quiroga was SRAC's Chief Investment Officer, and Hofmockel was a director of SRAC. The Stable Road Defendants deny the remaining allegations in paragraph 308, except to the extent paragraph 308 states legal conclusions, to which no response is required.

309.   The Stable Road Defendants deny the allegations in paragraph 309, except to the extent paragraph 309 states legal conclusions, to which no response is required.

310.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 310 for those Defendants. The Stable Road Defendants admit that Defendant Kabot participated in SRAC's due diligence of Momentus, and that the due diligence was discussed in SRAC's SEC filings. The Stable Road Defendants deny that the allegations in paragraph 310 contain a fair and complete description of the SEC filings and respectfully refer the Court to those documents for their contents. The Stable Road Defendants deny the remaining allegations in paragraph 310.

311.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 311

42

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

for those Defendants. The Stable Road Defendants admit that SRAC had three officers, Brian Kabot, James Norris, and Juan Quiroga, and no full-time employees. The Stable Road Defendants deny the remaining allegations in paragraph 311.

312.   The Stable Road Defendants deny the allegations in paragraph 312, except to the extent paragraph 312 states legal conclusions, to which no response is required.

313.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 313 for those Defendants. The Stable Road Defendants admit that as of December 11, 2020, the Sponsor and its affiliate owned SRAC stock and warrants with an aggregate market value of approximately $80.9 million, beneficially owned by Defendants Quiroga and Kabot. The Stable Road Defendants deny the remaining allegations in paragraph 313, except to the extent paragraph 313 states legal conclusions, to which no response is required.

314.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 314 for those Defendants. The Stable Road Defendants admit that SRAC's Sponsor and SRAC's executive officers and directors entered into a lock-up agreement with SRAC in which they agreed not to sell SRAC securities until six months after the closing of SRAC's merger with a target company, and that SRAC's merger with Momentus was completed on or about August 12, 2021. The Stable Road Defendants deny the remaining allegations in paragraph 314, except to the extent paragraph 314 states legal conclusions, to which no response is required.

315.   The Stable Road Defendants deny the allegations in paragraph 315, except to the extent paragraph 315 states legal conclusions, to which no response is required.

43

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

316.    The Stable Road Defendants deny the allegations in paragraph 316, except to the extent paragraph 316 states legal conclusions, to which no response is required.

317.    The allegations in paragraph 317 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 317.

318.    The allegations in paragraph 318 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 318.

319.    The allegations in paragraph 319 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 319.

320.    The allegations in paragraph 320 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 320 regarding Defendant Kokorich and the Momentus Defendants. The Stable Road Defendants deny that the allegations in paragraph 320 contain a fair and complete description of the SEC Order and respectfully refer the Court to that document for its contents.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

321.   The allegations in paragraph 321 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 321.

322.   The allegations in paragraph 322 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The allegations in the second sentence of paragraph 322 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 322.

323.   The Stable Road Defendants admit that Defendant Kokorich was Momentus' CEO prior to his resignation. The allegations in paragraph 323 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The allegations in the last sentence of paragraph 323 are legal conclusions to which no response is required .To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 323.

324.   The Stable Road Defendants admit that, in a November 2, 2020 SEC filing by SRAC, it was disclosed that Defendant Kokorich was expected to beneficially own 19.27 million shares and Defendant Harms was expected to beneficially own 100,432 shares of the combined company. The remaining allegations in paragraph 324 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. To the extent a response is required, the

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 324, and on that basis deny those allegations.

325.   The Stable Road Defendants admit that SRAC's merger with Momentus was completed on August 12, 2021. The allegations in paragraph 325 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The allegations in the first, second, and last sentences of paragraph 325 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 325, and on that basis deny those allegations.

326.   The Stable Road Defendants admit that Defendant Kokorich co-founded Momentus in 2017 and served as its CEO and director. The remaining allegations in paragraph 326 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. The allegations in the third and fourth sentences of paragraph 326 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 326, and on that basis deny those allegations.

327.   The allegations in paragraph 327 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. Further, the allegations are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information

46

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

sufficient to form a belief about the truth or falsity of the allegations in paragraph 327, and on that basis deny those allegations.

328.    The allegations in paragraph 328 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to Defendant Kokorich and the Momentus Defendants' answers. Further, the allegations are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 328, and on that basis deny those allegations.

329.    The Stable Road Defendants deny the allegations in paragraph 329.

330.    The Stable Road Defendants deny the allegations in paragraph 330, except to the extent paragraph 330 states legal conclusions, to which no response is required.

331.    The Stable Road Defendants deny the allegations in paragraph 331.

332.    The Stable Road Defendants deny the allegations in paragraph 332, except to the extent paragraph 332 states legal conclusions, to which no response is required.

333.    The Stable Road Defendants admit that SRAC's shares were traded on the Nasdaq Capital Market during the period Plaintiffs define as the Class Period. The Stable Road Defendants lack sufficient information or knowledge to admit or deny the remaining allegations in paragraph 333.

334.    The Stable Road Defendants deny the allegations in paragraph 334, except to the extent paragraph 334 states legal conclusions, to which no response is required.

335.    The Stable Road Defendants deny the allegations in paragraph 335, except to the extent paragraph 335 states legal conclusions, to which no response is required.

47

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

336.    The Stable Road Defendants deny the allegations in paragraph 336, except to the extent paragraph 336 states legal conclusions, to which no response is required.

337.    The Stable Road Defendants deny the allegations in paragraph 337, except to the extent paragraph 337 states legal conclusions, to which no response is required.

338.    The Stable Road Defendants deny the allegations in paragraph 338, except to the extent paragraph 338 states legal conclusions, to which no response is required.

339.    The Stable Road Defendants admit that SRAC's shares were listed and traded on the Nasdaq Capital Market, and that SRAC filed public reports with the SEC and/or the Nasdaq Capital Market, including press releases and other public disclosures. The Stable Road Defendants deny the remaining allegations in paragraph 339.

340.    The Stable Road Defendants deny the allegations in paragraph 340.

341.    The Stable Road Defendants deny the allegations in paragraph 341, except to the extent paragraph 341 states legal conclusions, to which no response is required.

342.    The Stable Road Defendants deny the allegations in paragraph 342, except to the extent paragraph 342 states legal conclusions, to which no response is required.

343.    The Stable Road Defendants deny the allegations in paragraph 343, except to the extent paragraph 343 states legal conclusions, to which no response is required.

344.    The Stable Road Defendants deny the allegations in paragraph 344, except to the extent paragraph 344 states legal conclusions, to which no response is required.

48

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

345.   The Stable Road Defendants repeat and reallege as if set forth herein the responses to all of Plaintiff's allegations.

346.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 346 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 346, except to the extent paragraph 346 states legal conclusions, to which no response is required.

347.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 347 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 347, except to the extent paragraph 347 states legal conclusions, to which no response is required.

348.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 348 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 348, except to the extent paragraph 348 states legal conclusions, to which no response is required.

349.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 349 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 349, except to the extent paragraph 349 states legal conclusions, to which no response is required.

350.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 350 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 350, except to the extent paragraph 350 states legal conclusions, to which no response is required.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

351.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 351 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 351, except to the extent paragraph 351 states legal conclusions, to which no response is required.

352.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 352 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 352, except to the extent paragraph 352 states legal conclusions, to which no response is required.

353.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 353 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 353, except to the extent paragraph 353 states legal conclusions, to which no response is required.

354.   The Stable Road Defendants deny the allegations in paragraph 354, except to the extent paragraph 354 states legal conclusions, to which no response is required.

355.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 355 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 355, except to the extent paragraph 355 states legal conclusions, to which no response is required.

356.   The Stable Road Defendants deny the allegations in paragraph 356, except to the extent paragraph 356 states legal conclusions, to which no response is required.

50

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

357. The Stable Road Defendants repeat and reallege as if set forth herein the responses to all of Plaintiff's allegations.

358. The allegations in paragraph 358 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 358 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 358.

359. The allegations in paragraph 359 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 359 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 359, and on that basis deny those allegation.

360. The allegations in paragraph 360 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 360 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 360 and on that basis deny those allegations.

361. The allegations in paragraph 361 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 361 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

form a belief about the truth or falsity of the allegations in paragraph 361, and on that basis deny those allegations.

362.  The allegations in paragraph 362 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 362 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 362, and on that basis deny those allegations.

363.  The allegations in paragraph 363 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 363 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 363, and on that basis deny those allegations.

364.  The Stable Road Defendants deny the allegations in paragraph 364.

365.  The allegations in paragraph 365 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 365, and on that basis deny those allegations.

366.  The Stable Road Defendants deny the allegations in paragraph 366.

367.  The Stable Road Defendants deny the allegations in paragraph 367, except to the extent paragraph 367 states legal conclusions, to which no response is required.

52

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

368.   The allegations in paragraph 368 concern Defendant Kokorich and the Momentus Defendants, and thus, the Stable Road Defendants respectfully refer the Court to the Momentus Defendants' answers. Further, the allegations in paragraph 368 are legal conclusions to which no response is required. To the extent a response is required, the Stable Road Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 368, and on that basis deny those allegations.

369.   The Stable Road Defendants repeat and re-allege as if set forth herein the responses to all of Plaintiff's allegations.

370.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 370 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 370, except to the extent paragraph 370 states legal conclusions, to which no response is required.

371.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 371 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 371, except to the extent paragraph 371 states legal conclusions, to which no response is required.

372.   Defendants Norris, Hofmockel, and Quiroga have been dismissed from this litigation. Accordingly, no response is required to the allegations in paragraph 372 for those Defendants. The Stable Road Defendants deny the remaining allegations in paragraph 372, except to the extent paragraph 372 states legal conclusions, to which no response is required.

## AFFIRMATIVE DEFENSES

The Stable Road Defendants, by their attorneys, hereby set forth and assert their defenses to Plaintiff's First Amended Complaint. By listing any matter as a defense,

53

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

the Stable Road Defendants do not assume the burden of proof or any other burden under applicable law as to any defense or issue that would otherwise rest on Plaintiff or as to any element of Plaintiff's claims. The Stable Road Defendants reserve the right to amend or supplement their Answer and Affirmative Defenses, including by asserting additional grounds for the defenses alleged herein and additional defenses, counterclaims, cross-claims, and third-party claims not asserted herein, of which it becomes aware through discovery or other investigation.

## First Defense

The complaint fails to state a claim upon which relief can be granted.

## Second Defense

The action is barred, in whole or in part, because Plaintiff has not suffered any injury or damage or, in the alternative, because any injury or damage that Plaintiff claims to have sustained was not caused by the Stable Road Defendants.

## Third Defense

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to plead fraud with particularity as required by Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1), and otherwise fails properly to identify the alleged false or misleading statements of which Plaintiff complains.

## Fourth Defense

The Stable Road Defendants are not liable because they did not make a false or misleading statement of material fact or omission of material fact, and complied with all applicable disclosure requirements.

## Fifth Defense

Plaintiff's claims are barred, in whole or in part, because the alleged misstatements and omissions alleged in the Complaint were forward-looking and

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

satisfied the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, federal securities laws, and/or the "bespeaks caution" doctrine.

### Sixth Defense

The Stable Road Defendants are not liable because Plaintiff's claims are barred, in whole or in part, because Plaintiff purchased SRAC securities with actual or constructive knowledge of the risks involved in an investment in SRAC securities and thus voluntarily assumed the risk of the losses alleged in the Complaint.

### Seventh Defense

The Stable Road Defendants are not liable because they acted in good faith and in reasonable reliance upon the work, opinions, information, representations, and advice of others, upon whom the Stable Road Defendants were entitled to rely. Without limiting the foregoing, with respect to the portions of the Registration Materials purporting to be made on the authority of experts, the Stable Road Defendants had no reasonable grounds to believe and did not believe, that the statements therein were untrue or that there was an omission to state a material fact required to be stated therein or necessary to make the statements therein not misleading.

### Eight Defense

The Stable Road Defendants are not liable because they did not act with scienter and did not act knowingly or recklessly as to any alleged misstatement or omission.

### Ninth Defense

The Stable Road Defendants are not liable because they, at all times, and with respect to all matters contained herein, acted in good faith, exercised reasonable care, and did not know, and in the exercise of reasonable care could not have known, of the purported untruths, misstatements, and/or omissions alleged in the Complaint.

### Tenth Defense

55

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

This action may not properly be maintained as a class action pursuant to Federal Rule of Civil Procedure 23.

## Eleventh Defense

Plaintiff's claims are barred, in whole or in part, because any allegedly untrue statement of material fact, omissions of material fact, misleading statements, or other action allegedly taken by the Stable Road Defendants was not material, and/or was not material to the investment decisions of Plaintiff.

## Twelfth Defense

Plaintiff's claims are barred, in whole or in part, because the purported misrepresentations and omissions alleged in the Complaint did not affect the market price of SRAC securities.

## Thirteenth Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not pleaded, and cannot prove, loss causation, and/or has not pleaded, and cannot prove, that Plaintiff suffered damages that can be attributed and/or causally related to the alleged misrepresentations or omissions. Without limiting the foregoing, Plaintiff's claims are barred, in whole or in part, because any depreciation in the market price of SRAC stock resulted from factors other than the purported misrepresentations and omissions alleged in the Complaint, 15 U.S.C. § 77l(b), 15 U.S.C. § 77k(e).

## Fourteenth Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff was not entitled to, and did not reasonably and/or justifiably rely, or did not in fact rely, on any of the statements or omissions alleged in the Complaint in deciding to purchase SRAC securities.

## Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because the "fraud on the market" theory of reliance is unavailable, and Plaintiff will be otherwise unable to

56

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

establish that he relied upon the purported misstatements and omissions alleged in the Complaint.

### Sixteenth Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff will be unable to establish that the purported misstatements and omissions alleged in the Complaint was the cause of Plaintiff's decisions to purchase SRAC securities on the terms of their investments.

### Seventeenth Defense

Plaintiff's claims are barred, in whole or in part, because the losses, if any, sustained by Plaintiff were not actually or proximately caused by, and resulted from causes other than, the acts and occurrences alleged in the Complaint.

### Eighteenth Defense

Plaintiff's claims are barred, in whole or in part, because the injuries alleged by Plaintiff, to the extent any exist, were caused, in whole or in part, by intervening and/or superseding causes unrelated to the alleged conduct of the Stable Road Defendants, by the conduct of third parties for whom the Stable Road Defendants was not responsible, or through forces in the marketplace over which the Stable Road Defendants have no control.

### Nineteenth Defense

The Stable Road Defendants are not liable because to the extent that Plaintiff has been damaged, if at all, its failure to mitigate its damages bars recovery.

### Twentieth Defense

Any damage, loss or liability sustained by Plaintiff must be reduced or eliminated in proportion to the wrongful or negligent conduct of entities or individuals other than the Stable Road Defendants under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and comparative fault, including under the proportionate liability provisions of the federal securities laws.

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

**Twenty-First Defense**

To the extent Plaintiff suffered damages, if at all, such damages must be offset by Plaintiff's gains, including subsequent gains in SRAC's stock price, including gains arising after the putative class period.

**Twenty-Second Defense**

To the extent Plaintiff suffered damages, if at all, such damages must be capped pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(e)(1) , and the damages limitations of the Securities Act of 1933 and Securities and Exchange Act of 1934.

**Twenty-Third Defense**

The Stable Road Defendants are not liable because they did not violate Rule 10b-5 of the Securities and Exchange Act, because they acted at all times in good faith and did not directly or indirectly induce the alleged wrongful act or acts, nor were they culpable participants in any of the alleged wrongdoing.

**Twenty-Fourth Defense**

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to maintain this action under Article III or other applicable statutes or common law.

**Twenty-Fifth Defense**

The Stable Road Defendants are entitled to recover contribution from others for any liability they incur as a result of any of the purported misrepresentations, omissions, and conduct alleged in the claims against the Stable Road Defendants.

**Twenty-Sixth Defense**

Plaintiff's claims predicated on statements of opinion or belief fail because these statements were not objectively false when made, and because the Stable Road Defendants honestly, and upon reasonable basis, believed them to be true at the time the alleged statements were made.

58

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

## Twenty-Seventh Defense

Plaintiff's claims are barred, in whole or in part, under the doctrines of acquiescence, unclean hands, estoppel, res judicata, waiver, ratification, laches and other related doctrines and principles, or any one of them.

## Twenty-Eighth Defense

Plaintiff's Securities Act claims are barred, in whole or in part, because the Stable Road Defendants had, after reasonable and diligent investigation, reasonable grounds to believe, and did believe, at the time the Registration Materials were filed, that the statements in the documents were true and that there were no misstatements of material fact or omissions of material fact that were necessary to make the statements therein not misleading.

## Twenty-Ninth Defense

Plaintiff's Securities Act claims are barred, in whole or in part, because Plaintiff were informed in the Registration Materials of the risks associated with their investment.

## Thirtieth Defense

Plaintiff's claims are barred, in whole or in part, because some or all of the purported misstatements or omissions alleged in the Complaint reflect or pertain to non-actionable statements of corporation optimism or puffery.

## Thirty-First Defense

Plaintiff's claims are barred, in whole or in part, because, in connection with the making of any statements to any purchasers of the securities of SRAC, the Stable Road Defendants exercised reasonable diligence and/or reasonably relied on information and advice provided to it by Momentus's management, independent public accountants, and other professionals and experts and reasonably and in good faith believed such statements to be materially accurate and not misleadingly incomplete and because the Stable Road Defendants had no reasonable ground to

59

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

believe and did not believe, at the time any part of a registration statement became effective, that the statements therein were untrue, or that there was an omission to state a material fact required to be stated therein or necessary to make any statement therein not misleading.

### Thirty-Second Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff and members of the putative class relied upon their own independent investigations, own decisions, and the advice of professional investment advisors.

### Thirty-Third Defense

To the extent Plaintiff's allegations are true (which the Stable Road Defendants deny), then the Stable Road Defendants were victims of fraud, deceit, misrepresentations, concealment, negligence, breach of contract, and/or breach of duties practiced upon them by others, in that information relating to Momentus was not provided to the Stable Road Defendants and/or was knowingly concealed from the Stable Road Defendants.

### Thirty-Fourth Defense

To the extent Plaintiff suffered damages, if at all, any damage, loss, or liability must be reduced, diminished and/or barred to the extent Plaintiff seeks an overlapping or duplicative recovery pursuant to the various claims against the Stable Road Defendants or others.

\*\*\*

The Stable Road Defendants reserve the right to raise any additional grounds for the defenses alleged herein and additional defenses, counterclaims, cross-claims, and third-party claims not asserted herein of which they becomes aware at any subsequent stage of this action. The Stable Road Defendants further reserve their right to withdraw, amend, or modify their Answer accordingly and further reserve the right

60

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**

to withdraw defenses that they determine are not applicable during the course of discovery and other proceedings in this case.

## PRAYER FOR RELIEF

WHEREFORE, the Stable Road Defendants respectfully request that the Court:

A. Enter judgment in the Stable Road Defendants' favor;

B. Award the Stable Road Defendants their reasonable costs and fees, including attorneys' fees; and

C. Grant the Stable Road Defendants such other and further relief as the Court deems just and proper.

## JURY DEMAND

The Stable Road Defendants demand a trial by jury on all issues so triable.

DATED:  August 2, 2022

Respectfully submitted,
Kirkland & Ellis LLP

*/s/ Mark Holscher, P.C.*

Mark Holscher, P.C. (SBN 139582)
Stefan Atkinson, P.C. (pro hac vice)
555 S. Flower St., Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680 8400
mark.holscher@kirkland.com
stefan.atkinson@kirkland.com

*Attorneys for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, Brian Kabot, James Hofmockel, James Norris, and Juan Manuel Quiroga*

61

**THE STABLE ROAD DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT**