Robert V. Prongay (SBN 270796)
 rprongay@glancylaw.com
Casey E. Sadler (SBN 274241)
 csadler@glancylaw.com
Charles Linehan (SBN 307439)
 clinehan@glancylaw.com
Garth Spencer (SBN 335424)
 gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx)<br><br>Honorable John F. Walter<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: October 2, 2023<br>Hearing Time: 1:30 p.m.<br>Location: 350W. 1st Street<br>            Courtroom 7A |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 2, 2023 at 1:30 p.m., or as soon thereafter as the Parties may be heard in the courtroom of the Honorable John F. Walter, courtroom 7A, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Lead Plaintiff Hartmut Haenisch ("Lead Plaintiff") will, and hereby does, move the Court for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation and Agreement of Settlement filed herewith (the "Stipulation"), which provides for:

1. Preliminary approval of the proposed Settlement;

2. Preliminary certification of a Settlement Class; and

3. Approval of the form and method for giving notice, as set forth in the Stipulation; and Setting the date for a hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; (iii) Lead Counsel's application for an award of attorneys' fees and expenses; and (iv) Lead Plaintiff's application for an award of reimbursement for costs and expenses in litigating this action.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Casey E. Sadler, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: August 30, 2023 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | By: *s/ Casey E. Sadler* |
| 3 | | Robert V. Prongay (SBN 270796) |
| | |   *rprongay@glancylaw.com* |
| 4 | | Casey E. Sadler (SBN 274241) |
| 5 | |   *csadler@glancylaw.com* |
| | | Charles Linehan (SBN 307439) |
| 6 | |   *clinehan@glancylaw.com* |
| 7 | | Garth Spencer (SBN 335424) |
| | |   *gspencer@glancylaw.com* |
| 8 | | GLANCY PRONGAY & MURRAY LLP |
| 9 | | 1925 Century Park East, Suite 2100 |
| 10 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 11 | | Facsimile: (310) 201-9160 |
| 12 | | |
| 13 | | *Counsel for Lead Plaintiff Hartmut Haenisch* |
| 14 | | **THE LAW OFFICES OF FRANK R. CRUZ** |
| 15 | | Frank R. Cruz |
| 16 | | 1999 Avenue of the Stars, Suite 1100 |
| | | Los Angeles, CA 90067 |
| 17 | | Telephone: (310) 914-5007 |
| 18 | | Email: fcruz@frankcruzlaw.com |
| 19 | | *Additional Counsel* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 30, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2023, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler