Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
 *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) |
| | Honorable John F. Walter |
| | **DECLARATION OF CASEY E. SADLER IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Hearing Date: October 2, 2023 |
| | Hearing Time: 1:30 p.m. |
| | Location: W. 1st Street, Courtroom 7A |

DECLARATION OF CASEY E. SADLER

I, Casey E. Sadler, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice in the Central District of California.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Hartmut Haenisch in the above-entitled action.  I make this Declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.    Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated August 18, 2023.

3.    Attached as Exhibit 2 is a true and correct copy of an excerpt from Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review (NERA Jan. 24, 2023), authored by Janeen McIntosh, Svetlana Starykh, and Edward Flores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 30th day of August, 2023, at Los Angeles, California.

s/ Casey E. Sadler
Casey E. Sadler

1
DECLARATION OF CASEY E. SADLER

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On August 30, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 30, 2023, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler