**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 21-5744-JFW(SHKx)**                    Date:  September 19, 2023

Title:        In re Stable Road Acquisition Corp. Securities Litigation

---

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                None

**PROCEEDINGS (IN CHAMBERS):    ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [filed 8/30/2023; Docket No. 176]**

On August 30, 2023, Lead Plaintiff Hartmut Haenisch ("Lead Plaintiff") filed an Unopposed Motion for Preliminary Approval of Class Action Settlement.  No Opposition was filed.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for October 2, 2023 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

For the reasons stated in the moving papers, Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement is **GRANTED**.  Lead Plaintiff shall file, on or before September 20, 2023, a revised Proposed Order Preliminarily Approving Settlement and Providing for Notice ("Proposed Order") that attaches the relevant exhibits referred to in the Proposed Order.

IT IS SO ORDERED.