Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
|---|---|
| | **JOINT STIPULATION REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER** |

Court-appointed lead plaintiff Hartmut Haenisch ("Lead Plaintiff"), and Defendants Stable Road Acquisition Corp. ("SRAC"), SRC-NI Holdings, LLC, Brian Kabot, Momentus Inc. ("Momentus"), Dawn Harms, and Fred Kennedy (collectively, the "Defendants"; and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, the Parties entered into a Stipulation and Agreement of Settlement ("Settlement Agreement")[1] dated August 18, 2023 (Dkt. No. 178-1);

WHEREAS, on August 30, 2023, Lead Plaintiff filed an unopposed motion for preliminary approval of class action settlement on the terms set out in the Settlement Agreement (Dkt. Nos. 176-78);

WHEREAS, on September 20, 2023, the Court granted the Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order, Dkt. No. 181);

WHEREAS, the Preliminary Approval Order set out deadlines for various events, including the notice program to inform Settlement Class Members of the settlement (*see, e.g.*, Preliminary Approval Order at ¶7) and the date of the Settlement Hearing (*see id.* at ¶¶5-7);

WHEREAS, Momentus and/or the Corporate Defendants' insurers are obligated to pay by October 5, 2023, the $8.5 million Settlement Amount pursuant to paragraph 8 of the Settlement Agreement;

WHEREAS, as of the filing of this Joint Stipulation, $5 million of the Settlement Amount has been deposited into the Escrow Account, and $3.5 million remains outstanding;

---

[1] Capitalized terms used but not defined herein have the same meanings as in the Settlement Agreement.

JOINT STIPULATION REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER

1

WHEREAS, certain defendants in the above captioned matter were named as defendants in *In re Momentus Inc. S'holders Litig., Consol.* No. 2022-1023-PAF (Del. Ch.) ("Delaware Direct Action");

WHEREAS, Plaintiffs in the Delaware Direct Action have indicated they may object (the "Objection") to the release terms of the Settlement Agreement;

WHEREAS, Momentus and Plaintiffs have discussed whether to obviate the Objection and any related proceedings by amending the release terms of the Settlement Agreement;

WHEREAS, Momentus has informed counsel for Lead Plaintiff that it needs an extension of the funding deadline to avoid an adverse impact on its ability to continue as a going concern;

WHEREAS, Lead Plaintiff has agreed to Momentus's request for a seven-day extension to fund the full Settlement Amount, and a potential further ninety-day extension, subject to Defendants' strict compliance with each of the below conditions; and

WHEREAS, if any of the below conditions are not met by the respective deadlines, the modifications to the terms of the Settlement Agreement contemplated by this Joint Stipulation shall be null and void, and Momentus and/or the Corporate Defendants' insurers shall be obligated to immediately make all required payments as set forth in the Settlement Agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the Parties, and subject to the Court's approval, that:

1. The deadline for Momentus and/or the Corporate Defendants' insurers to fund the remaining unpaid portion of the Settlement Amount shall be extended by one week (until October 12, 2023).

2. If all of the following events occur, the Parties will file an additional joint stipulation requesting an additional ninety-day extension of the Settlement Amount funding deadline (at which time interest shall begin accruing on any unpaid portion

JOINT STIPULATION REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER

2

of the Settlement Amount at a 10% annual rate until all outstanding portions of the Settlement Amount and accrued interest is paid in full) and will also seek Court approval for any revisions to the Settlement Agreement, including the exhibits thereto that incorporate any proposed revisions, and will file with the Court the agreed upon consent judgment as to Momentus:

    a.  No later than October 12, 2023, Momentus negotiates and enters into a consent judgment with Lead Plaintiff that will be filed with the Court; and

    b.  No later than October 12, 2023, the Settlement Agreement, and exhibits thereto, are revised to provide that all claims in the action styled *In re Momentus Inc. S'holders Litig.*, Consol. No. 2022-1023-PAF (Del. Ch.) are excluded from the releases in this Action. This contemplated revision will require consent of all parties to the Settlement Agreement. Such consent has not been obtained as of the filing of this Stipulation. If the requisite consent is not obtained, the language of the Settlement Agreement and its exhibits will remain unchanged.

If either of the events in 2.a and 2.b does not occur,[2] there will be no further extension of any funding deadlines and Momentus and/or the Corporate Defendants' insurers will be obligated to make any outstanding payments by October 12, 2023.

3.    The Parties respectfully request, in light of the above contemplated potential changes to the terms of the Settlement Agreement, and in light of the rapidly approaching deadlines for notice to be distributed to potential Settlement Class members, that all deadlines set out in the Preliminary Approval Order, including the Settlement Hearing, be vacated at this time until further notice.

---

[2] The Parties agree that it is in Lead Plaintiff's sole discretion to determine whether these conditions have been met.

JOINT STIPULATION REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER

3

4.    The Parties will provide the Court with joint status reports every 30 days until the Settlement Amount and all interest thereon has been paid.

SO STIPULATED.

Respectfully submitted,

DATED:  October 6, 2023        **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Garth Spencer*
Robert V. Prongay
Casey E. Sadler
Charles H. Linehan
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  csadler@glancylaw.com

*Counsel for Lead Plaintiff Hartmut Haenisch*

DATED:  October 6, 2023        **KIRKLAND & ELLIS LLP**

By:   */s/ Mark Holscher*
Mark Holscher
555 South Flower Street, Ste. 3700
Los Angeles, CA 900071
Telephone: (213) 680-8190
Facsimile: (213) 680-8500
Email: mholscher@kirkland.com

*Counsel for Defendants Stable Road Acquisition Corp., SRC-NI Holdings, LLC, and Brian Kabot*

DATED:  October 6, 2023          **BAKER MCKENZIE**


By:  */s/ Aaron Goodman*
Aaron Goodman
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 201-4726
Facsimile: (310) 201-4721
Email:  aaron.goodman@bakermckenzie.com

*Counsel for Defendants Momentus Inc.*

DATED:  October 6, 2023          **WINSTON & STRAWN LLP**


By:  */s/ Jeffrey L. Steinfeld*
Jeffrey L. Steinfeld
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750
Email: jlsteinfeld@winston.com

*Attorneys for Defendant Dawn Harms*


DATED:  October 6, 2023          **STONER CARLSON LLP**


By:  */s/ William E. Stoner*
William E. Stoner (SBN 101418)
301 E. Colorado Boulevard, Ste. 320
Los Angeles, CA 90017
Telephone: (213) 687-2640
Email: wstoner@stonercarlson.com

*Attorneys for Defendant Fred Kennedy*

JOINT STIPULATION REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER

5

## **ATTESTATION**

I, Garth Spencer, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 6, 2023          */s/ Garth Spencer*
                                 Garth Spencer

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 6, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2023, at Wilmington, North Carolina.

                                 */s/ Garth Spencer*
                                 Garth Spencer