1  Robert V. Prongay (SBN 270796)
    *rprongay@glancylaw.com*
2  Casey E. Sadler (SBN 274241)
    *csadler@glancylaw.com*
3  Charles Linehan (SBN 307439)
    *clinehan@glancylaw.com*
4  Garth Spencer (SBN 335424)
    *gspencer@glancylaw.com*
5  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
6  Los Angeles, California 90067
   Telephone: (310) 201-9150
7  Facsimile: (310) 201-9160

8  *Counsel for Lead Plaintiff Hartmut Haenisch*

9  [Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) <br><br> **ORDER REGARDING REVISING SETTLEMENT AGREEMENT AND CONTINUING DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER** |
|---|---|

Having reviewed the Parties Joint Stipulation Revising Settlement Agreement and Continuing Deadlines Set in the Preliminary Approval Order, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The deadline for Momentus and/or the Corporate Defendants' insurers to fund the remaining unpaid portion of the Settlement Amount shall be extended by one week (until October 12, 2023).

2. If all of the following events occur, the Parties will file an additional joint stipulation requesting an additional ninety-day extension of the Settlement Amount funding deadline (at which time interest shall begin accruing on any unpaid portion of the Settlement Amount at a 10% annual rate until all outstanding portions of the Settlement Amount and accrued interest is paid in full) and will also seek Court approval for any revisions to the Settlement Agreement, including the exhibits thereto that incorporate any proposed revisions, and will file with the Court the agreed upon consent judgment as to Momentus:

  a. No later than October 12, 2023, Momentus negotiates and enters into a consent judgment with Lead Plaintiff that will be filed with the Court; and

  b. No later than October 12, 2023, the Settlement Agreement, and exhibits thereto, are revised to provide that all claims in the action styled *In re Momentus Inc. S'holders Litig.*, Consol. No. 2022-1023-PAF (Del. Ch.) are excluded from the releases in this Action. This contemplated revision will require consent of all parties to the Settlement Agreement.  Such consent has not been obtained as of the filing of this Stipulation. If the requisite consent is not obtained, the language of the Settlement Agreement and its exhibits will remain unchanged.

If either of the events in 2.a and 2.b does not occur,[1] there will be no further extension of any funding deadlines and Momentus and/or the Corporate Defendants' insurers will be obligated to make any outstanding payments by October 12, 2023.

3. The Parties respectfully request, in light of the above contemplated potential changes to the terms of the Settlement Agreement, and in light of the rapidly approaching deadlines for notice to be distributed to potential Settlement Class members, that all deadlines set out in the Preliminary Approval Order, including the Settlement Hearing, be vacated at this time until further notice.

4. The Parties will provide the Court with joint status reports every 30 days until the Settlement Amount and all interest thereon has been paid.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

---

[1] The Parties have agreed that it is in Lead Plaintiff's sole discretion to determine whether these conditions have been met.