Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
 *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) |
| | Honorable John F. Walter |
| | **LEAD PLAINTIFF'S NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| | Hearing Date: November 20, 2023<br>Hearing Time: 1:30 p.m.<br>Location: 350W. 1st Street<br>　　　　　Courtroom 7A |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 20, 2023 at 1:30 p.m., or as soon thereafter as the Parties may be heard in the courtroom of the Honorable John F. Walter, courtroom 7A, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Lead Plaintiff Hartmut Haenisch ("Lead Plaintiff") will, and hereby does, move the Court (the "Motion") for the entry of an order enforcing the Stipulation And Agreement Of Settlement (Dkt. No. 178-1) ("Settlement Agreement"), and requiring all unpaid portions of the Settlement Amount[1] to be paid into the Escrow Account no later than two business days after entry of a Court order granting the Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 16, 2023.

Dated: October 23, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
   *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
   *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
   *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

---

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Settlement Agreement.

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

*Additional Counsel*

NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 23, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2023, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer