Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Having reviewed Lead Plaintiff's Motion To Enforce Settlement Agreement (the "Motion"), any opposition thereto or reply in support thereof, and any other argument or filings submitted in connection with the Motion, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  Defendants shall comply with the terms of the Stipulation And Agreement Of Settlement (Dkt No. 178-1) ("Settlement Agreement").

3.  Momentus and/or the Corporate Defendants' insurers shall pay or cause to be paid, on behalf of Defendants, any unpaid portion of the Settlement Amount into the Escrow Account no later than two business days after entry of this Order.[1]

IT IS SO ORDERED.

Dated: _____, 2023

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

---

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Settlement Agreement.

[PROPOSED] ORDER
1