Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
 *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) |
| | Honorable John F. Walter |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| | Hearing Date: November 20, 2023 <br> Hearing Time: 1:30 p.m. <br> Location: 350W. 1st Street <br> Courtroom 7A |

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California, and I am admitted to practice in the United States District Court for the Central District of California.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Hartmut Haenisch ("Lead Plaintiff") in the above-entitled action.  I make this Declaration in support of Lead Plaintiff's Motion To Enforce Settlement Agreement.[1]  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On September 20, 2023, the Court entered the Order Preliminarily Approving Settlement And Providing For Notice (Dkt. No. 181) ("Preliminary Approval Order").   On September 21, 2023, Lead Counsel provided to Defendants' Counsel the information necessary to effectuate a transfer of funds to the Escrow Account. Thus, as of that date, all conditions precedent to funding the Settlement Amount had been met.

3.      On September 20, 2023, approximately one month after execution of the Settlement Agreement, counsel for Momentus contacted counsel for Lead Plaintiff, to ask for an extension of time to pay part of the Settlement Amount.

4.      From September 20, 2023, through October 6, 2023, Lead Counsel had various communications with counsel for Defendants concerning Momentus's request for an extension of time to pay part of the Settlement Amount.

5.      The conditions for the Parties to request an additional ninety-day extension of payment deadlines, as set forth in the Joint Stipulation Regarding Revising Settlement Agreement And Continuing Deadlines Set In The Preliminary

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated August 18, 2023 (Dkt. No. 178-1) (the "Settlement Agreement").

Approval Order (Dkt. No. 182) (the "Extension Stipulation"), have not been met, and the Parties have not reached any agreement for extension of any payment deadline beyond October 12, 2023.

6. According to historical stock data from https://www.nasdaq.com/market-activity/stocks/mnts/historical and https://finance.yahoo.com/quote/MNTS/history?p=MNTS, over the two-week period of September 29, 2023 through October 12, 2023 alone, over 123 million shares of Momentus stock were publicly traded.

7. Lead Counsel has repeatedly asked counsel for Momentus for detailed information on Momentus's financial condition, including its current available cash, and whether it has recently raised any financing that has not been publicly disclosed. Momentus has not provided the requested information.

8. As of the filing of this declaration, only $5 million has been paid into the Escrow Account, out of the $8.5 million total Settlement Amount.

9. Attached as **Exhibit 1** is a true and correct copy of Momentus's press release dated September 7, 2023.

10. Attached as **Exhibit 2** is a true and correct copy of Momentus's press release dated September 11, 2023.

11. Attached as **Exhibit 3** is a true and correct copy of Momentus's Form 8-K filed with the SEC on September 7, 2023.

12. Attached as **Exhibit 4** is a true and correct copy of excerpts of the Form of Securities Purchase Agreement ("First SPA") filed with Momentus's Form 8-K filed with the SEC on September 7, 2023.

13. Attached as **Exhibit 5** is a true and correct copy of Momentus's press release dated October 2, 2023.

14. Attached as **Exhibit 6** is a true and correct copy of Momentus's press release dated October 4, 2023.

15. Attached as **Exhibit 7** is a true and correct copy of Momentus's Form

8-K filed with the SEC on October 3, 2023.

16.     Attached as **Exhibit 8** is a true and correct copy of excerpts of the Form of Securities Purchase Agreement ("Second SPA") filed with Momentus's Form 8-K filed with the SEC on October 3, 2023.

17.     Attached as **Exhibit 9** is a true and correct copy of excerpts of Momentus's Form 10-Q/A filed with the SEC on August 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 23rd day of October, 2023, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer

DECLARATION OF GARTH SPENCER ISO MOTION TO ENFORCE SETTLEMENT

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 23, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2023, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer