**BAKER & McKENZIE LLP**
Perrie M. Weiner (SBN 134146)
  perrie.weiner@bakermckenzie.com
Aaron T. Goodman (SBN 330791)
  aaron.goodman@bakermckenzie.com
Paul Chander (SBN 305133)
  paul.chander@bakermckenzie.com
10250 Constellation Boulevard, Ste. 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
David J. Aveni (Bar No. 251197)
david.aveni@wilsonelser.com
401 West A. Street, Ste. 1900
San Diego, CA 92101
Telephone: + 1 619 881 3307
Facsimile:  +1 619 321 6201

*Attorneys for Defendant Momentus Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**MOMENTUS INC.'S RESPONSE TO LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:          November 20, 2023<br>Time:          1:30 p.m.<br>Courtroom: 7A (350 W. 1st Street)<br><br>Complaint Filed: July 15, 2021<br>FAC Filed: November 12, 2021 |

Defendant Momentus Inc. ("Momentus" or the "Company") hereby responds to Lead Plaintiff Hartmut Haenisch's ("Plaintiff") Motion to Enforce Settlement Agreement (Doc. 185) (the "Motion"). Concurrent with the filing of this response, the Company has filed a Form 8-K with the Securities and Exchange Commission ("SEC"). In its October 30, 2023 8-K, the Company states that:

> Management continues to work to raise additional capital. As part of the evaluation of strategic alternatives, Momentus has also received multiple indications of interest from potential strategic partners. Over the past several weeks the Company has been engaged in discussions with more than half a dozen potential strategic partners pursuant to confidentiality agreements. Management discussions with interested parties have continued to date. The Company continues to position itself in order to quickly capitalize on any potential opportunities with interested parties and evaluate all viable strategic options.
>
> There can be no certainty that any transaction will ensue from the evaluation of strategic alternatives. The Board of Directors of Momentus reserves the right to reject any approach or terminate discussions with any interested party at any time.
>
> Momentus anticipates providing a further update to shareholders in its earnings call for the third quarter of 2023 on November 14, 2023.

Accordingly, the Company requests a thirty (30) day extension of the Court's hearing on Plaintiff's Motion (and, thereby, the Company's deadline to provide a further response). This will allow the Company to explore strategic alternatives that may be available to it during that time frame.[1]

/ /
/ /
/ /
/ /
/ /

---

[1] Momentus remains willing to provide confidential, financial information to Plaintiff's counsel subject to the execution of a non-disclosure and confidentiality agreement.

Dated: October 30, 2023

**BAKER & McKENZIE LLP**

By:    */s/ Aaron T. Goodman*
Aaron T. Goodman
10250 Constellation Blvd., Suite1850
Los Angeles, CA 90067
Telephone:  (310) 201-4726
aaron.goodman@bakermckenzie.com

*Attorneys for Defendant Momentus Inc.*