**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **Master File: CV 21-5744-JFW(SHKx)**          Date:  November 14, 2023

Title:        In re Stable Road Acquisition Corp. Securities Litigation

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                            None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER GRANTING LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**
**[filed 10/23/2023; Docket No. 185]**

On October 23, 2023, Lead Plaintiff Hartmut Haenisch ("Plaintiff") filed a Motion to Enforce Settlement Agreement.  On October 30, 2023, Defendant Momentus Inc. ("Momentus" or the "Company") filed its Response, requesting a thirty-day extension of the Court's hearing on Plaintiff's Motion to "allow the Company to explore strategic alternatives that may be available to it during that time frame."  On October 30, 2023, Defendants Stable Road Acquisition Corp., SRC-N1 Holdings, LLC, Brian Kabot, Dawn Harms, and Fred Kennedy (the "SRAC and Individual Defendants") filed their Response to Plaintiff's Motion to Enforce, merely stating that they do not oppose Momentus's request for a thirty-day extension. On November 6, 2023, Plaintiff filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 20, 2023 is hereby vacated and the matter taken off calendar. After considering the moving, response, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Plaintiff's moving and reply papers, Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED**. The Court signs Plaintiff's Proposed Statement of Decision Re the Motion to Enforce Settlement Agreement lodged with the Court on November 8, 2023 (Docket No. 191-1).

IT IS SO ORDERED.