Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey E. Sadler (SBN 274241)
  csadler@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REINSTATE AND CONTINUE DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER** |

Having reviewed the Parties' Joint Stipulation to Reinstate and Continue Deadlines Set in the Preliminary Approval Order, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The deadlines set forth in the Preliminary Approval Order shall be modified as follows:

| Event (and paragraph of Preliminary Approval Order) | Date from Preliminary Approval Order (Dkt No. 181) | New Date |
|---|---|---|
| Deadline for mailing the Notice to Settlement Class Members (which date shall be the "Notice Date") (¶7(b)) | Not later than 20 business days after entry of Preliminary Approval Order | Not later than 10 business days after entry of the Order Granting Joint Stipulation to Reinstate and Continue Deadlines Set in the Preliminary Approval Order |
| Deadline for publishing the Summary Notice (¶7(d)) | Not later than 10 business days after the Notice Date | Not later than 10 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's application for attorneys' fees and expenses (¶26) | Not later than 35 calendar days prior to the Settlement Hearing | Not later than 35 calendar days prior to the Settlement Hearing |
| Deadline for receipt of exclusion requests and objections (¶¶13, 17) | Not later than 21 calendar days prior to the Settlement Hearing | Not later than 21 calendar days prior to the Settlement Hearing |
| Deadline for filing reply papers (¶26) | 7 calendar days prior to the Settlement Hearing | 7 calendar days prior to the Settlement Hearing |
| Deadline for submitting Claim Forms (¶10) | 120 calendar days after the Notice Date | 120 calendar days after the Notice Date |
| Settlement Hearing (¶5) | February 5, 2024 at 1:30 p.m. | **April 22, 2024 at 1:30 p.m.** |

2.      Any other deadlines in the Preliminary Approval Order based on the Notice Date or Settlement Hearing date shall also be adjusted to reflect the new Notice Date and Settlement Hearing date.

3.      Lead Plaintiff shall revise the Notice (Dkt No. 181-1), Claim Form (Dkt No. 181-2), and Summary Notice (Dkt No. 181-3) to reflect the foregoing modified dates. Those

ORDER GRANTING JOINT STIPULATION TO REINSTATE AND CONTINUE DEADLINES SET IN THE PRELIMINARY APPROVAL ORDER
1

documents shall then be distributed and/or published as set forth in the Preliminary Approval Order.

4.     All other terms of the Preliminary Approval Order shall remain in effect as originally ordered.

IT IS SO ORDERED.

Dated: November 22, 2023

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE