# EXHIBIT 1

Rebecca A. Musarra (SBN 291250)
GRANT & EISENHOFER PA
123 Justison St.
Wilmington, Delaware 19801
Tel.: (302) 622-7026
Fax: (302) 622-7100
rmusarra@gelaw.com

*Counsel for Objectors*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE STABLE ROAD
ACQUISITION CORP. SECURITIES
LITIGATION

Master File No.
2:21-CV-5744-JFW(SHKx)

**DECLARATION IN SUPPORT OF OBJECTION TO STIPULATION OF SETTLEMENT; NOTICE TO APPEAR**

Hearing Date: April 22, 2024
Hearing Time: 1:30 p.m.
Location: W. 1st Street, Courtroom 7A

## DECLARATION OF JAMES BURK IN SUPPORT OF HIS OBJECTION TO STIPULATION OF SETTLEMENT AND NOTICE OF INTENT TO APPEAR

STATE OF WASHINGTON )
) SS:
KING COUNTY )

I, James Burk, being duly sworn, do hereby state as follows:

1.     I am a co-lead plaintiff in the consolidated class action suit pending in the Delaware Court of Chancery asserting breach of fiduciary duty claims, which

1

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear
2:21-CV-5744-JFW(SHKx)

is captioned *In re Momentus, Inc. Stockholders Litigation*, C.A. No. 2022-1023-PAF (the "Delaware Fiduciary Duty Action").

2.    I file this Declaration in Support of the Objection to Stipulation of Settlement and Notice of Intent to Appear in the above-referenced action (the "Securities Action").

3.    I am a member of the proposed Settlement Class of the Securities Action, having owned Class A shares of Stable Road Acquisition Corp. ("SRAC") from November 2020 through the closing of the de-SPAC acquisition through which SRAC acquired and was renamed Momentus, Inc. ("Momentus"). I continue to hold these shares. Attached as Exhibits A and B to this Declaration are abbreviated account statements for the reporting periods of November 2020 and March 2022, respectively, showing my Momentus Class A common stock holdings.

4.    I am a retail investor and I live in Sammamish, Washington. I may be contacted through Rebecca A. Musarra, Esq., of Grant & Eisenhofer, P.A., co-Lead Counsel in the Delaware Fiduciary Duty Action.

5.    I respectfully ask the Court to withhold approval of the proposed settlement (or condition approval upon a revision to the settlement terms) because the proposed release of claims contained in the Stipulation and Agreement of Settlement as drafted purports to include claims in the Delaware Fiduciary Duty Action and thus is vague and overbroad.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29 day of February 2024

_____
James Burk

2

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear
2:21-CV-5744-JFW(SHKx)

# EXHIBIT A



Envelope # BKFFNHBBBBNFG

JAMES L BURK

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\* *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST<sup>SM</sup>-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| Stock Plan Services | (800) 544-9354 |
| Sun 5pm - Sat 12am ET | |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BKFFNHBBBBNFG_BBBBB 20201130

M04228960520201130

# Holdings

JAMES L BURK - ROLLOVER IRA

## Stocks (continued)

| Description | Beginning Market Value Nov 1, 2020 | Quantity Nov 30, 2020 | Price Per Unit Nov 30, 2020 | Ending Market Value Nov 30, 2020 | Cost | Unrealized Gain/Loss Nov 30, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **STABLE RD ACQUISITION CORP COM** CL A (SRAC) | 15,150.00 | 2,000.000 | 13.3400 | 26,680.00 | 20,712.50 | 5,967.50 | - - |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

# Activity

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|

![Fidelity Investments]

# Activity

**JAMES L BURK - ROLLOVER IRA**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/09 | **STABLE RD ACQUISITION CORP COM CL A** | 85236Q109 | You Bought | 1,000.000 | 10.17000 | - | -10,170.00 |

Filed 03/08/24   Document 196-1   ID #:7669   Case 2:21-cv-05744-JFW-SHK

MR_CE_BKFFNHBBBBNFG_BBBBB 20201130



## Activity

Account #
**JAMES L BURK - ROLLOVER IRA**

| 11/24 | **STABLE RD ACQUISITION CORP COM CL A** | 85236Q109 | You Sold<br>*Transaction Profit: $153.38* | -500.000 | 10.79700 | 5,245.00 | -0.12 | 5,398.38 |

MR_CE_BKFFNHBBBBNFG_BBBBB 20201130

# EXHIBIT B

**FIDELITY INVESTMENTS®**

Envelope # BMGBLMBBBDMQW

JAMES L BURK

## Your Portfolio Value:

Portfolio Change from Last Period:     ▲ $26,541.98

| | This Period | Year-to-Date |
|---|---|---|

### Contact Information



*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BMGBLMBBBDMQW_BBBBB 20220331

M04228960520220331

## Holdings

### Stocks (continued)

| Description | Beginning Market Value Mar 1, 2022 | Quantity Mar 31, 2022 | Price Per Unit Mar 31, 2022 | Ending Market Value Mar 31, 2022 | Cost | Unrealized Gain/Loss Mar 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **MOMENTUS INC COM CL A** (MNTS) | 11,500.00 | 5,000.000 | 3.1900 | 15,950.00 | 33,304.40 | -17,354.40 | -<br>- |

MR_CE_BMGBLMBBBDMQW_BBBBB 20220331 S