# EXHIBIT 2

Rebecca A. Musarra (SBN 291250)
GRANT & EISENHOFER PA
123 Justison St.
Wilmington, Delaware 19801
Tel.: (302) 622-7026
Fax:  (302) 622-7100
rmusarra@gelaw.com

*Counsel for Objectors*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
| | **DECLARATION OF ALEXANDER LORA IN SUPPORT OF OBJECTION TO STIPULATION OF SETTLEMENT AND NOTICE OF INTENT TO APPEAR** |
| | Hearing Date: April 22, 2024<br>Hearing Time: 1:30 p.m.<br>Location: W. 1st Street, Courtroom 7A |

### DECLARATION OF ALEXANDER LORA IN SUPPORT OF OBJECTION TO STIPULATION OF SETTLEMENT AND NOTICE OF INTENT TO APPEAR

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF MIAMI-DADE        )

I, Alexander Lora, do hereby state as follows:

1. I am a co-lead plaintiff in the consolidated class action suit pending in the Delaware Court of Chancery asserting breach of fiduciary duty claims, which is captioned *In re Momentus, Inc. Stockholders Litigation*, C.A. No. 2022-1023-PAF (the "Delaware Fiduciary Duty Action").

1

2.     I file this Declaration in Support of the Objection to Stipulation of Settlement and Notice of Intent to Appear in the above-referenced action (the "Securities Action").

3.     I am a member of the proposed Settlement Class of the Securities Action, having owned Class A shares of Stable Road Acquisition Corp. ("SRAC") from March 2021 through the closing of the de-SPAC acquisition on August 12, 2021, through which SRAC acquired and was renamed Momentus, Inc. ("Momentus"). Attached as Exhibit A to this Declaration is an account statement for March 2021 showing that I purchased 60 shares of SRAC Class A common stock on March 8, 2021. This account statement shows all the purchases or sales of SRAC Class A common stock, warrants and units that I made during the Securities Action's "Settlement Class Period" of October 7, 2020 to July 13, 2021. Attached as Exhibit B to this Declaration is an account statement for January 2024 showing that I continue to hold common stock in the post-merger entity, Momentus.[1]

4.     I am a retail investor and I live in Miami, Florida. I may be contacted for purposes of the Securities Action through Rebecca A. Musarra, Esq., of Grant & Eisenhofer, P.A., co-lead counsel in the Delaware Fiduciary Duty Action, who has appeared in the Securities Action to file this objection.

//
//
//
//
//
//

---

[1] On August 22, 2023, Momentus announced it effectuated a 1-for-50 reverse stock split of its Class A common stock to be effective August 23, 2023. As a result of that reverse stock split, my 60 shares of Momentus common stock were converted into 2 shares of post-reverse split Momentus common stock. I continue to own those 2 shares of Momentus common stock as of the date of this Declaration.

2

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear
2:21-CV-5744-JFW(SHKx)

5.     I respectfully ask the Court to withhold approval of the proposed settlement (or condition approval upon a revision to the settlement terms) because the proposed release of claims contained in the Stipulation and Agreement of Settlement as drafted purports to include claims in the Delaware Fiduciary Duty Action and thus is vague and overbroad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this date: __03/01/2024__

_____
Alexander Lora

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear
2:21-CV-5744-JFW(SHKx)

# Exhibit A

**TD Ameritrade**

Statement Reporting Period:
03/01/21 - 03/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #** ████ **4589**
ALEXANDER LORA

**Statement for Account #** ████ **4589**

03/01/21 - 03/31/21

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| STABLE ROAD ACQUISITION CORP COM CL A | SRAC | 60 | 13.23 | 793.80 | 03/08/21 | 815.05 | 13.58 | (21.25) | - | - |

**Statement for Account #** ▮▮▮▮**4589**

03/01/21 - 03/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| | | | | | | | | | |
| 03/08/21 | 03/10/21 | Cash | Buy - Securities Purchased | STABLE ROAD ACQUISITION CORP COM CL A | SRAC | 50 | 13.545 | (677.25) | 1,239.11 |
| | | | | | | | | | |
| 03/08/21 | 03/10/21 | Cash | Buy - Securities Purchased | STABLE ROAD ACQUISITION CORP COM CL A | SRAC | 10 | 13.78 | (137.80) | 56.97 |
| | | | | | | | | | |

# Exhibit B



Schwab One® Account of

ALEXANDER LORA
DESIGNATED BENE PLAN/TOD

| Account Number | Statement Period |
|---|---|
| ▮▮▮▮382 | January 1-31, 2024 |



Schwab One® Account of

ALEXANDER LORA
DESIGNATED BENE PLAN/TOD

Statement Period

January 1-31, 2024

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MNTS | MOMENTUS INC ◊ | 2.0000 | 1.02000 | 2.04 | 815.05 | (813.01) | N/A | 0.00 | |