# EXHIBIT 3

Rebecca A. Musarra (SBN 291250)
GRANT & EISENHOFER PA
123 Justison St.
Wilmington, Delaware 19801
Tel.: (302) 622-7026
Fax:  (302) 622-7100
rmusarra@gelaw.com

*Counsel for Objectors*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
| | **DECLARATION IN SUPPORT OF OBJECTION TO STIPULATION OF SETTLEMENT; NOTICE TO APPEAR** |
| | Hearing Date: April 22, 2024 |
| | Hearing Time: 1:30 p.m. |
| | Location: W. 1st Street, Courtroom 7A |

**DECLARATION OF PATRICIA SHIRLEY IN SUPPORT OF HER OBJECTION TO STIPULATION OF SETTLEMENT AND NOTICE OF INTENT TO APPEAR**

I, Patricia Shirley, being duly sworn, do hereby state as follows:

1.      I am a co-lead plaintiff in the consolidated class action suit pending in the Delaware Court of Chancery asserting breach of fiduciary duty claims, which is captioned *In re Momentus, Inc. Stockholders Litigation*, C.A. No. 2022-1023-PAF (the "Delaware Fiduciary Duty Action").

1

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear
2:21-CV-5744-JFW(SHKx)

2.    I file this Declaration in Support of the Objection to Stipulation of Settlement and Notice of Intent to Appear in the above-referenced action (the "Securities Action").

3.    I am a member of the proposed Settlement Class of the Securities Action, having owned shares of Stable Road Acquisition Corp. ("SRAC") from March 2021 through the closing of the de-SPAC acquisition through which SRAC acquired and was renamed Momentus, Inc. ("Momentus"). I continue to hold these shares. Attached as Exhibit  A        to this Declaration are account statements showing my Momentus stock holdings.

4.    I am a retail investor and I live in Yelm, Washington. I may be contacted through Rebecca A. Musarra, Esq., of Grant & Eisenhofer, P.A., co-Lead Counsel in the Delaware Fiduciary Duty Action.

5.    I respectfully ask the Court to withhold approval of the proposed settlement (or condition approval upon a revision to the settlement terms) because the proposed release of claims contained in the Stipulation and Agreement of Settlement as drafted purports to include claims in the Delaware Fiduciary Duty Action and thus is vague and overbroad.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the _1ˢᵗ_ day of _March_ 2024

_Patricia Shirley_
Patricia Shirley

2

# EXHIBIT A

TD AMERITRADE CLEARING, CUSTODIAN



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE |
|---|---|---|---|---|---|
| ▉ | | ▉ | A | | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| YOU BOUGHT | 3 | 85236Q109 | 12.44 | 37.32 | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/08/2021 | 04/12/2021 | | 0.00 | 37.32 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| STABLE ROAD ACQUISITION CORP COM CL A | SRAC |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS

## TD Ameritrade

Confirmation Notice
Account 490-804243
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE |
|---|---|---|---|---|---|
| ▉ | | ▉ | A | | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 37 | 85236Q109 | 12.55 | 464.35 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/06/2021 | 04/08/2021 | | 0.00 | 464.35 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| STABLE ROAD ACQUISITION CORP COM CL A | SRAC |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE |
|---|---|---|---|---|---|
| ▉ | | ▉ | A | | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 10 | 85236Q109 | 13.92 | 139.20 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 03/24/2021 | 03/26/2021 | | 0.00 | 139.20 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| STABLE ROAD ACQUISITION CORP COM CL A | SRAC |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS