# EXHIBIT 4

Rebecca A. Musarra (SBN 291250)
GRANT & EISENHOFER PA
123 Justison St.
Wilmington, Delaware 19801
Tel.: (302) 622-7026
Fax:  (302) 622-7100
rmusarra@gelaw.com

*Counsel for Objectors*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Master File No. 2:21-CV-5744-JFW(SHKx) |
| | **DECLARATION IN SUPPORT OF OBJECTION TO STIPULATION OF SETTLEMENT; NOTICE TO APPEAR** |
| | Hearing Date: April 22, 2024<br>Hearing Time: 1:30 p.m.<br>Location: W. 1st Street, Courtroom 7A |

### DECLARATION OF CHRISTOPHER SPEARS IN SUPPORT OF HIS OBJECTION TO STIPULATION OF SETTLEMENT <u>AND NOTICE OF INTENT TO APPEAR</u>

I, Christopher Spears, being duly sworn, do hereby state as follows:

1.      I am a co-lead plaintiff in the consolidated class action suit pending in the Delaware Court of Chancery asserting breach of fiduciary duty claims, which is captioned *In re Momentus, Inc. Stockholders Litigation*, C.A. No. 2022-1023-PAF (the "Delaware Fiduciary Duty Action").

2.      I file this Declaration in Support of the Objection to Stipulation of Settlement and Notice of Intent to Appear in the above-referenced action (the "Securities Action").

1

3.    I am a member of the proposed Settlement Class of the Securities Action, having owned shares of Stable Road Acquisition Corp. ("SRAC") from December 2020 through the closing of the de-SPAC acquisition through which SRAC acquired and was renamed Momentus, Inc. ("Momentus").  I continue to hold these shares. Attached as Exhibits A and B to this Declaration are account statements showing my Momentus stock holdings.

4.    I am a retail investor and I live in Knoxville, Tennessee. I may be contacted through Rebecca A. Musarra, Esq., of Grant & Eisenhofer, P.A., co-Lead Counsel in the Delaware Fiduciary Duty Action.

5.    I respectfully ask the Court to withhold approval of the proposed settlement (or condition approval upon a revision to the settlement terms) because the proposed release of claims contained in the Stipulation and Agreement of Settlement as drafted purports to include claims in the Delaware Fiduciary Duty Action and thus is vague and overbroad.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3 day of MARCH 2024

Christopher Spears

Declaration In Support Of Objection To Stipulation Of Settlement; Notice To Appear

# EXHIBIT A



**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



## Confirmation Notice

**CHRISTOPHER DYLAN SPEARS**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| | | 30865652967 | A | TD AMERITRADE |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 120 | 85236Q109 | 16.418 | 1,970.16 | | 0.00 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount |
|---|---|---|---|---|---|
| | 12/21/2020 | 12/23/2020 | | 0.00 | 1,970.16 |

| Symbol | | Trade Description |
|---|---|---|
| | STABLE ROAD ACQUISITION CORP | |
| SRAC | COM CL A | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

# EXHIBIT B

 **Ameritrade**

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



## Confirmation Notice

**CHRISTOPHER DYLAN SPEARS**

█████████████████

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| ██████████ | | 35974168962 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 24 | 85236Q109 | 14.0536 | 337.29 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | | **Net Amount** |
| | 07/06/2021 | 07/08/2021 | | 0.00 | | 337.29 |
| **Symbol** | | | **Trade Description** | | | |
| SRAC | STABLE ROAD ACQUISITION CORP COM CL A | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security**
**that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole**
**or in part before maturity which could affect its yield. Additional information is available upon request.**