# EXHIBIT 10

| | |
|---|---|
| **From:** | Norris, Austin <austin.norris@kirkland.com> |
| **Sent:** | Tuesday, February 27, 2024 11:32 PM |
| **To:** | Glenn McGillivray |
| **Subject:** | RE: Momentus |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**[External]**

Glenn,

Apologies as I've been tied up in depositions. We will not agree to amend the federal securities settlement stipulation.

Thanks,

**Austin Norris**

**KIRKLAND & ELLIS LLP**
2049 Century Park East, Los Angeles, CA 90067
**T** +1 213 680 8184  **F** +1 213 680 8500

austin.norris@kirkland.com

**From:** Glenn McGillivray <Glenn.McGillivray@blbglaw.com>
**Sent:** Monday, February 26, 2024 4:29 PM
**To:** Norris, Austin <austin.norris@kirkland.com>
**Subject:** RE: Momentus

Austin,

Following up on this, please let us know if you'll be providing a response on behalf of defendants today. If not, we'll plan to file our objection.

Thanks,
Glenn

Glenn R. McGillivray
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
NY: (212) 554-1944
DE: (302) 364-3600
Mobile: (401) 829-9660
glenn.mcgillivray@blbglaw.com

**From:** Glenn McGillivray
**Sent:** Thursday, February 22, 2024 2:38 PM

1

**To:** 'austin.norris@kirkland.com' <austin.norris@kirkland.com>
**Subject:** RE: Momentus

Austin,

Thanks for the call. To memorialize our discussion, please let us know whether the federal securities defendants will agree to amend the federal securities settlement stipulation to fix the carve-out language to expressly exclude the claims in the Delaware fiduciary duty class action from the release, as the federal securities parties indicated they would in their October 6, 2023 joint stipulation filed with the court in the federal securities action. We would greatly appreciate a response with defendants' position by tomorrow or Monday.

As I mentioned, if defendants do not agree, we will be filing an objection to the settlement on behalf of the Delaware plaintiffs next week.

Thanks,
Glenn

Glenn R. McGillivray
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
NY: (212) 554-1944
DE: (302) 364-3600
Mobile: (401) 829-9660
glenn.mcgillivray@blbglaw.com

---

**From:** Glenn McGillivray
**Sent:** Thursday, February 22, 2024 1:02 PM
**To:** austin.norris@kirkland.com
**Subject:** Momentus

Austin,

Hope you're doing well. Just left you a voicemail. Give me a ring on my office line (212-554-1944) when you have a chance.

Thanks,
Glenn

Glenn R. McGillivray
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
NY: (212) 554-1944
DE: (302) 364-3600
Mobile: (401) 829-9660
glenn.mcgillivray@blbglaw.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.