Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
 *csadler@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) |
| | Honorable John F. Walter |
| | **SUPPLEMENTAL DECLARATION OF CASEY E. SADLER IN SUPPORT OF: (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |
| | Hearing Date: April 22, 2024 Hearing Time: 1:30 p.m. Location: W. 1st Street, Courtroom 7A |

I, Casey E. Sadler, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice in the Central District of California. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Hartmut Haenisch in the above-entitled action. I make this Declaration in further support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.    Attached as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Margery Craig Concerning: (A) Mailing/Emailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections, dated April 11, 2024.

3.    Attached as Exhibit 2 is a true and correct copy of a table that contains examples of securities class action cases with similar release language to the instant Action, including cases where the settlements were approved by the Honorable John F. Walter, recent cases within the Ninth Circuit, and cases in which the objectors' counsel firms served as lead plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 15th day of April, 2024, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler

1
SUPPLEMENTAL DECLARATION OF CASEY E. SADLER

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 15, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2024.

*s/ Casey E. Sadler*
Casey E. Sadler