Perrie M. Weiner, State Bar No. 134146
perrie.weiner@bakermckenzie.com
Aaron T. Goodman, State Bar No. 330791
aaron.goodman@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Telephone: (310) 201-4728

*Attorneys for Defendant Momentus Inc.*

Jeffrey L. Steinfeld (SBN 294848)
jlsteinfeld@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700

*Attorneys for Defendant Dawn Harm*

Mark Holscher (SBN 139582)
mholscher@kirkland.com
Austin Norris (SBN 284603)
austin.norris@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Ste. 3700
Los Angeles, CA 90071
Telephone: (213) 680-8190

*Attorneys for Defendants Brian Kabot, Juan Manuel Quiroga, James Norris, James Hofmockel, and SRC-NI Holdings, LLC*

William E. Stoner (SBN 101418)
wstoner@stonercarlson.com
**STONER CARLSON LLP**
301 E. Colorado Blvd., Suite 320
Pasadena, CA 91101
Telephone:  (213) 687-2640

*Attorneys for Defendant Fred Kennedy*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx)<br><br>Hon. John F. Walter<br><br>**DECLARATION OF AARON T. GOODMAN IN SUPPORT OF DEFENDANT MOMENTUS INC.'S RESPONSE IN OPPOSITION TO PUTATIVE SETTLEMENT CLASS MEMBERS' OBJECTION TO FINAL APPROVAL OF PROPOSED SETTLEMENT**<br><br>[Filed Concurrently with Response]<br><br>Hearing Date: April 22, 2024<br>Hearing Time: 1:30 p.m.<br>Location: W. 1st Street, Courtroom 7A |

I, Aaron T. Goodman, declare as follows:

1.     I am an attorney with the law firm of Baker & McKenzie LLP, counsel of record for Defendant Momentus, Inc. ("Momentus"), in the above-captioned action.  I make this Declaration in support of Momentus' Response in Opposition to Putative Settlement Class Members' Objection to Final Approval of Proposed Settlement.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     On October 17, 2022, Plaintiffs' counsel and Defendants' counsel and party representatives, including myself representing Momentus, alongside in-house counsel for Momentus, and carrier representatives, participated in a full-day mediation session before Jed Melnick, Esq., of JAMS.  The session ended without reaching a settlement.

3.     Thereafter, Mr. Melnick assisted in a lengthy and extensive negotiation process amongst the parties and insurance carriers, including numerous calls, emails, and conferences to discuss and negotiate the principal terms of a global settlement.

4.     The parties did not come to an agreement on the principal terms of a global settlement until approximately six months later, in April 2023.  The parties memorialized their agreement in a term sheet that was fully executed on or about April 13, 2023.  Even so, while the parties had agreed to the principal terms of settlement, they had not yet negotiated the specific terms and scope of the bargained for release.

5.     The parties continued to negotiate the long-form settlement agreement including the release language, which was not finally agreed and executed until August 18, 2023 (the "Settlement Agreement").  The primary focus of the parties' negotiations between April and August 2023 was the language of the release and exclusions, which was specifically and intentionally negotiated as to each line, word, and punctuation mark.

DECLARATION OF AARON T. GOODMAN IN SUPPORT OF DEFENDANT MOMENTUS INC.'S RESPONSE IN OPPOSITION TO PUTATIVE SETTLEMENT CLASS MEMBERS' OBJECTION TO FINAL APPROVAL OF PROPOSED SETTLEMENT

6.     The parties and their respective law firms made no error in drafting, negotiating, and executing the Settlement Agreement or the specific language of the releases.  All claims released by the language of the "Released Plaintiffs' Claims" section of the Settlement Agreement were released deliberately.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of April 2024, in Phoenix, Arizona.


_/s/ Aaron T. Goodman_____
Aaron T. Goodman

DECLARATION OF AARON T. GOODMAN IN SUPPORT OF DEFENDANT MOMENTUS INC.'S RESPONSE IN OPPOSITION TO PUTATIVE SETTLEMENT CLASS MEMBERS' OBJECTION TO FINAL APPROVAL OF PROPOSED SETTLEMENT