UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **Master File: CV 21-5744-JFW(SHKx)**                Dated: **April 22, 2024**

Title:    In re Stable Road Acquisition Corp. Securities Litigation

PRESENT:    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| Casey Edwards Sadler | Austin C. Norris |
| Garth A. Spencer | Jeffrey L Steinfeld |
| Aaron T. Goodman | |

**PROCEEDINGS:    LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [198] Filed 3/18/24**

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES [200] Filed 3/18/24**

The case is called, and appearances are made on the record. Rebecca Musarra, counsel for Objectors is also present.

Court hears oral argument and, for the reasons stated on the record, the Court grants:

- Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation [198] Filed 3/18/24

- Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses [200] Filed 3/18/24

The Court will sign, as modified, Lead Plaintiff's proposed Statement of Decision ([207]-1), the Judgment Approving Class Action Settlement ([203]-1), the Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses ([203]-2), and the Order Approving Plan of Allocation of Net Settlement Funds ([203]-3).

Initials of Deputy Clerk ___sr___

0/30