Robert V. Prongay (SBN 270796)
*rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
*csadler@glancylaw.com*
Garth Spencer (SBN 335424)
*gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION | Case No. 2:21-CV-5744-JFW(SHKx) <br><br> Honorable John F. Walter <br><br><br> **LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER** <br><br> Date:    March 31, 2025 <br> Time:    1:30 p.m. <br> Location: W. 1st Street, Courtroom 7A |

NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 31, 2025, at 1:30 p.m., or as soon thereafter as the matter can be before the Honorable John F. Walter, in Courtroom 7A of the United States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012, Court-appointed lead plaintiff Hartmut Haenisch ("Lead Plaintiff"),[1] will and hereby does move this Court for entry of the [Proposed] Class Distribution Order, which, among other things, will: (i) approve the Claims Administrator's recommendations accepting and rejecting Claims submitted in the above-captioned action (the "Action"); (ii) direct the distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; and (iii) approve the Claims Administrator's fees and expenses incurred in connection with the Action.

This Motion is based on this Notice of Motion, and the accompanying: (i) Memorandum of Law; (ii) Declaration of Sharon M. McGowan of the Public Justice Foundation; and (iii) Declaration of Margery Craig Concerning the Results of the Claims Administration Process, submitted on behalf of the Court-approved Claims Administrator, Strategic Claims Services, and the exhibits attached thereto.

Lead Counsel gave Defendants advance notice of this Motion, and counsel for Defendants authorized Lead Counsel to represent that Defendants do not oppose the proposed relief.

Because this Motion is unopposed, Lead Plaintiff respectfully submits that the Motion may be decided without a hearing.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated August 18, 2023 (ECF No. 178-1).

NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

Dated: February 18, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Casey E. Sadler*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey E. Sadler (SBN 274241)
  *csadler@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Hartmut Haenisch and the Settlement Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

*Additional Counsel*

NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On February 18, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2025, at Los Angeles, California.

*/s/ Casey E. Sadler*
Casey E. Sadler

3