**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.     **Master File: CV 21-5744-JFW(SHKx)**                     Date:  March 24, 2025

Title:          In re Stable Road Acquisition Corp. Securities Litigation -v-

PRESENT:
          **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

      **Shannon Reilly**                                    **None Present**
      **Courtroom Deputy**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                              None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED**
                                      **MOTION FOR CLASS DISTRIBUTION ORDER**
                                      **[filed 2/18/2025; Docket No. 216]**

      On February 18, 2025, Lead Plaintiff Hartmut Haenisch ("Lead Plaintiff") filed an Unopposed Motion for Class Distribution Order.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 31, 2025 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

      For the reasons stated by Lead Plaintiff, Lead Plaintiff's Unopposed Motion for Class Distribution Order is **GRANTED**.  The Court signs Lead Plaintiff's Proposed Statement of Decision lodged with the Court on March 19, 2025 (Docket No. 219-1) and the Proposed Class Distribution Order lodged with the Court on February 18, 2025 (Docket No. 216-1).

      IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_